UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARVIN PEARLSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, and BRIAN BIDULKA,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:13-CV-07060<br><br>HON. THOMAS P. GRIESA<br><br><u>CLASS ACTION</u><br><br>ECF CASE |
| BENYAMIN KOHANIM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS and BRIAN BIDULKA,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:13-CV-07132 (TPG) |
| VU TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS and BRIAN BIDULKA,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 1:13-CV-07972 (TPG) |

**RESPONSE BY OMAR AHMED IN SUPPORT OF MARK KATZ'S MOTION
FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF LEAD COUNSEL</u>**

Based on the pending motions for appointment of Lead Plaintiff, Proposed Lead Plaintiff Omar Ahmed ("Ahmed" or "Movant") supports the appointment of Mark Katz ("Katz") as the Lead Plaintiff with the largest financial interest in this action, who satisfies the relevant requirements of Rule 23.  While there are other movants that report higher losses, these appear to be groups of unrelated entities.  Moreover, a number of the trades of Todd Cox and Mary Dinzik appear to be executed at prices significantly outside the possible range of prices for the reported trade dates.  Considering these issues, Ahmed supports the appointment of a single movant in this matter and, acknowledging that his losses are smaller than those of Katz, supports Katz's motion for lead plaintiff and approval of lead counsel.

Dated: December 20, 2013                           Respectfully submitted,

                                                   */s/ Peter Safirstein*
                                                   Peter Safirstein

                                                   Domenico Minerva
                                                   Elizabeth Metcalf
                                                   **MORGAN & MORGAN, P.C.**
                                                   28 W. 44th St., Suite 2001
                                                   New York, NY  10036
                                                   Telephone: (212) 564-1637
                                                   Facsimile: (212) 564-1807
                                                   Email: psafirstein@MorganSecLaw.com
                                                   Email: dminerva@MorganSecLaw.com
                                                   Email: emetcalf@MorganSecLaw.com

1

2

        Jeffrey M. Norton
        **Newman Ferrara LLP**
        1250 Broadway, 27th Floor
        New York, NY 10001
        Telephone: (212) 619-5400
        Facsimile: (212) 619-3090
        Email: jnorton@nfllp.com

        *Attorneys For Movant and*
        *[Proposed] Co-Lead Counsel*

        Christopher S. Polaszek
        **MORGAN & MORGAN, P.A.**
        One Tampa City Center
        201 N. Franklin St., 7th Fl.
        Tampa, FL 33602
        Telephone: (813) 314-6484
        Facsimile: (813) 222-2406
        Email: cpolaszek@MorganSecLaw.com

        *Attorney For Movant*