# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN <br><br> Defendants. | File No. 1:13-CV-7060-TPG |

REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

11 May 2018

**TABLE OF CONTENTS**

I.    SCOPE OF PROJECT AND REPORT ...................................................................1

II.   CREDENTIALS ...................................................................................................1

III.  CONCLUSIONS..................................................................................................3

IV.   FACTUAL BACKGROUND.................................................................................4

    A.    About the Company ...................................................................................4

    B.    Summary of Plaintiffs' Allegations ..........................................................5

V.    EFFICIENT MARKET DEFINED.........................................................................6

    A.    The *Cammer*/*Krogman* Factors.................................................................8

        1.    The *Cammer* Factors......................................................................8

        2.    The *Krogman* Factors ..................................................................10

VI.   EFFICIENCY OF THE MARKET FOR BLACKBERRY COMMON STOCK ............11

    A.    Trading Volume .......................................................................................11

    B.    Analyst Coverage and Other Avenues of Information Dissemination ...................12

        1.    Analyst Coverage..........................................................................12

        2.    Institutional Ownership and Buy-Side Analysis.......................................13

        3.    News Coverage .............................................................................13

    C.    Market Makers and Listing on the NASDAQ Exchange......................................14

    D.    F-10 Registration Eligibility ...................................................................15

    E.    *Krogman* Factors....................................................................................16

        1.    Market Capitalization....................................................................17

        2.    Float .............................................................................................17

        3.    Bid-Ask Spread.............................................................................17

VII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR
      BLACKBERRY STOCK.......................................................................................18

    A.    Event Study Test of Market Efficiency ...................................................19

        1.    A Caveat About Non-Significant Stock Price Movements........................20

        2.    Selection of Event Study Events....................................................22

            a.    28 June 2013 .....................................................................22

            b.    12 August 2013..................................................................24

            c.    20 September 2013 ............................................................25

            d.    Third Earnings Data Considered.........................................27

3.     Isolating the Impact of Company-Specific Information ............................28

4.     *t*-Test ....................................................................................................31

B.     Event Study Results ..............................................................................................31

1.     Event Study Results: 28 June 2013...............................................................31

2.     Event Study Results: 12 August 2013 ..........................................................32

3.     Event Study Results: 20 September 2013 ......................................................32

4.     Event Study Summary ..................................................................................33

C.     Collective Tests of Market Efficiency ....................................................................33

1.     Tests of Event Return Dispersion ................................................................33

2.     F-Test and Ansari-Bradley Test Analyses of Event Return Dispersion ........................................................................................................35

a.     F-Test ................................................................................................36

b.     Ansari-Bradley Test ..........................................................................36

VIII.     MARKET EFFICIENCY SUMMARY ...........................................................................37

IX.     COMMON DAMAGE METHODOLOGY ....................................................................38

A.     Section 10(b) Damage Methodology ......................................................................38

X.     LIMITING FACTORS AND OTHER ASSUMPTIONS..................................................41

XI.     APPENDIX-1: LOGARITHMIC RETURNS ................................................................42

XII.     APPENDIX-2: BLACKBERRY STOCK PRICE AND VOLUME ................................43

## I.    SCOPE OF PROJECT AND REPORT

1.    I was asked by Kahn Swick & Foti, LLP, and Brower Piven, A Professional Corporation, counsel for Plaintiffs, to determine whether the common stock of BlackBerry Limited ("BlackBerry" or the "Company") traded in an efficient market in the U.S. during the period from 28 March 2013 through 20 September 2013, inclusive (the "Class Period").

2.    In addition, I have been asked to opine on whether damages in this matter can be computed using a common methodology for all Class members in connection with their claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities & Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

3.    Toward these ends, I analyzed the market for BlackBerry stock, the price behavior of the stock, and the factors that are generally accepted to be indicative of market efficiency for publicly-traded securities. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of BlackBerry's peers, as well as other pertinent data and documents. I also read the Second Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws (the "Complaint") filed 29 September 2017 and considered the allegations therein. Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4.    This report presents my methodology, findings, and conclusions.

5.    I reserve the right to amend, refine, or modify my opinion and report, including in the event any additional information or analysis becomes available.

## II.    CREDENTIALS

6.    I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.    I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.    At Babson College, I have taught undergraduate and MBA-level courses in

1

Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9.      I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10.      Prior to my joining the faculty at Babson College, I taught undergraduate, MBA and Ph.D. level finance courses at Boston University.  Previously, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States.

11.      I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, and *Primus*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. Co-authored papers of mine have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings and the Boston Area Finance Symposium. A list of all the publications I authored in the previous ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12.      I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and

investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13.    I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston, where I have served as a member of the education committee and ethics subcommittee. I served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14.    The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program - two of the leading review programs that prepared candidates for the CFA exams. In both of these programs I taught candidates at the most advanced level.

15.    In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As a financial consultant, I have conducted analyses and presented opinions related to markets, valuation, and damages in over 100 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16.    I am the sole owner of the consulting firm Crowninshield Financial Research, which receives compensation for the work performed by me and the analysts who assist me on this case. My firm is being compensated at a rate of $895 per hour for my work. My compensation is neither contingent on my findings nor on the outcome of this matter.

### III.    CONCLUSIONS

17.    I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which,

consistent with financial economic principles and empirical research, indicate market efficiency. BlackBerry stock satisfied all of the *Cammer* and *Krogman* factors by wide margins.

18.    Event study analysis demonstrates that there was a cause and effect relationship between the release of new, Company-specific information and movements in BlackBerry's stock price. Additional statistical tests examining the behavior of BlackBerry stock on earnings announcement dates collectively further indicate that BlackBerry stock responded to new Company-specific information throughout the Class Period. These empirical analyses not only indicate market efficiency, but prove that BlackBerry stock demonstrates market efficiency.

19.    Based on the foregoing, I conclude that BlackBerry stock traded in an efficient market over the course of the Class Period.

20.    Damages in this matter can be computed on a class-wide basis for all Class Members using a common methodology that is consistent with the Plaintiffs' allegations of liability.

## IV.    FACTUAL BACKGROUND

### A.    About the Company

21.    During the Class Period, BlackBerry operated in the wireless communications industry.[1] At the start of the Class Period, the Company offered a range of smartphones and tablets, and support services and features including the BlackBerry Enterprise Service ("BES").[2] The Company generated revenue primarily through the sale of smartphones and tablets ("Hardware"), and services ("Service").[3] Prior to the end of Fiscal Year ("FY") 2013, BlackBerry launched its new BlackBerry 10 smartphones and BES 10.

22.    For the fiscal years ended 2 March 2013 and 1 March 2014, the Company

---

[1] On 30 January 2013, before the start of the Class Period, the Company announced that it was changing its name from Research In Motion Limited and "will now operate around the world under the iconic name BlackBerry, effective immediately." ("Research In Motion Changes Its Name to BlackBerry; Company Adopts Globally Recognized Brand, Consolidates To Single Brand Identity," *Marketwire*, Company press release, 30 January 2013, 11:04 AM).  On 9 July 2013, the Company's shareholders approved a special resolution to "change the Company's name from Research In Motion Limited to BlackBerry Limited." (BlackBerry Limited, Form 6-K, filed 12 July 2013).

[2] Research In Motion Limited, Form 40-F for the fiscal year ended 2 March 2013, filed 28 March 2013, pp. 19-20.

[3] Research In Motion Limited, Form 40-F for the fiscal year ended 2 March 2013, filed 28 March 2013, p. 19.

reported revenues of $11.1 billion and $6.8 billion, respectively.[4] In FY 2013 and FY 2014, Hardware accounted for 60.0% and 55.5% of the Company's revenue, respectively.[5] In FY 2013 and FY 2014, Service accounted for 35.3% and 39.6% of the Company's revenue, respectively.[6]

23.    Throughout the Class Period, the Company's stock was cross-listed and traded on the NASDAQ Global Select Market ("NASDAQ") and the Toronto Stock Exchange ("TSX") under the symbols BBRY and BB, respectively.[7,8]

24.    At its Class Period peak, on 30 April 2013, BlackBerry's market capitalization (the aggregate value of all outstanding shares) stood at $8.54 billion.[9] By the close of trading on 20 September 2013, the Company's market capitalization had fallen to $4.58 billion.

### B.    Summary of Plaintiffs' Allegations

25.    Plaintiffs allege that Defendants made materially false and misleading statements and omissions throughout the Class Period regarding the Company's new BlackBerry 10 smartphone device, specifically the market demand, reception, and profitability prospects of the device. The Complaint alleges that the Company touted the success of the new device launch, despite possessing knowledge that "end-users were not buying the phones."[10]

26.    Plaintiffs contend that in accordance with Defendants' misleading statements, the Company also issued misleading financial reports whereby the Company incorrectly and prematurely recognized revenues associated with sales of the BlackBerry 10 smartphone devices that were impermissible under Generally Accepted Accounting Principles ("GAAP"), and failed to make timely charges to account for excess inventory that built up due to the BlackBerry 10's

---

[4]  BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14. The Company's functional and reporting currency is the U.S. dollar. (BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 44).

[5]  BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14.

[6]  BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 14.

[7]  BlackBerry Limited, Form 40-F for the fiscal year ended 1 March 2014, filed 28 March 2014, p. 9.

[8]  Effective 4 February 2013, the Company changed its ticker from "RIM" to "BB" on the Toronto Stock Exchange and from "RIMM" to "BBRY" on the NASDAQ. ("Research In Motion Changes Its Name to BlackBerry; Company Adopts Globally Recognized Brand, Consolidates To Single Brand Identity," *Marketwire*, Company press release, 30 January 2013, 11:04 AM).

[9]  Shares outstanding data obtained from Company SEC filings.

[10]  Complaint, ¶77.

poor sales and distributor excess inventory.[11] Plaintiffs allege that these misstatements were designed to conceal the truth regarding the commercial failure of the BlackBerry 10 series and its impact on Blackberry's actual financial position and operating results.[12]

## V.    EFFICIENT MARKET DEFINED

27.    The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 decision in *Cammer v. Bloom*, 711 F. Supp. 1263 (D.N.J.), which is often cited as a legal authority on the meaning of market efficiency and is consistent with the definition of informational efficiency generally accepted by the academic finance community, is set forth below.

> As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in "efficient markets" (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price).

*Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989).

28.    Judge Lechner also cited the definitions offered by commentators Alan R. Bromberg and Lewis D. Lowenfels, and by renowned financial economist and Nobel laureate Eugene Fama.  "An efficient market is one which rapidly reflects new information in price." Alan Bromberg & Lewis Lowenfels, *Securities Fraud and Commodities Fraud*, §7.4 (Dec. 2003); *see also Cammer*, 711 F. Supp. at 1276.  "A market in which prices always 'fully reflect' available information is called 'efficient.'"  "Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. at 1280.

29.    In his 1991 follow up article titled "Efficient Capital Markets II," Professor Fama further elaborated.

> I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information …. A weaker and more economically sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal cost.

---

[11] Complaint, ¶¶121-27.

[12] Complaint, ¶95.

"Efficient Capital Markets: II," Eugene Fama, *Journal of Finance*, 1991, p. 1575.

30.    More recently, Professor Fama and a group of other preeminent economists described market efficiency and the state of the profession's general understanding thusly in an *amicus curiae* brief that they submitted to the United States Supreme Court in the *Halliburton II* case.

> There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear on what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to "beat the market" by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic [Inc. v. Levinson*, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information.

Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.,* 5 February 2014, p. 3 (emphasis in original).

31.    The Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.  "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business…."  *Basic v. Levinson,* 485 U.S. 224, 108 S. Ct. 978, 988-91, 99 (1988).

32.    The Supreme Court's 2013 *Amgen* decision defined market efficiency similarly. "The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company...." *Amgen Inc. v. Conn. Ret. Plans & Trust Funds*, 133 S. Ct. 1184, 1190, L. Ed. 2d 308 (2013).

33.    In its 2014 *Halliburton II* decision, the Supreme Court addressed the cause and effect relationship at the center of market efficiency as follows:

> Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. . . . Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. "That the . . . price [of a stock] may be inaccurate does

7

not detract from the fact that false statements affect it, and cause loss," which is "all that *Basic* requires."

*Halliburton Co. v. Erica P. John Fund, Inc.,* 134 S. Ct. 2398, 2410, (2014) (emphasis in original).

34.     An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg & Lowenfels, and Professor Fama and other leading scholars, is a market in which available information is incorporated into the price of a security such that the trading price reflects available information with reasonable promptness. As these cases have recognized, market efficiency is relevant to a securities case as it addresses the question of whether false information (*e.g.*, in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and which were relied upon.

### A.     The *Cammer/Krogman* Factors

### 1.     The *Cammer* Factors

35.     The *Cammer* opinion lays out five factors that generally indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are: 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

36.     Empirical research has confirmed that trading volume, number of market makers, and analyst coverage are indicative of market efficiency.

> Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms.

"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, p. 302.

37.     Barber, Griffin & Lev [1994], also found that high institutional ownership is indicative of market efficiency.

38.     With respect to the fifth *Cammer* factor - empirical evidence - Barber, Griffin &

Lev, [1994], used empirical tests as the standard for market efficiency by which to judge the significance of the other variables.[13] Consequently, they acknowledge the importance of the empirical factor.

39.    Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as five necessary factors, but rather as indicative of the degree to which the market for a security is expected to be efficient.

> There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures.

*Cammer*, 711 F. Supp. at 1283.

40.    The *Cammer* opinion describes the nature of the five factors as follows.

> There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra,* 806 F.2d at 1160.

*Id.* at 1285-86 (footnote omitted).

> First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co*., 858 F.2d 1104, 1121 (5th Cir.1988).

*Id.* at 1286.

> Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period.

*Id.*

> Third, it could be alleged the stock had numerous market makers.

*Id.*

> Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration in connection with public offerings….

---

[13] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber, Paul Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994.

*Id.* at 1287.

> Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price.

*Id.*

> As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price.

*Id*. at 1291.

## 2.    The *Krogman* Factors

41.    In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005), and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001), identified that three additional factors are also indicative of market efficiency.

42.    These additional factors, the *Krogman* factors, are: 1) the size of the company's market capitalization, 2) the size of the stock's float, and 3) the typical bid-ask spread.

43.    Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well known the company will be. Larger companies tend to attract more analyst and news media coverage, and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

44.    The stock's float is the number of shares outstanding, less shares held by insiders and affiliated corporate entities. It is generally the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization, but it focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and garner the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which occur when a company has a high float level, promote market efficiency.

10

45.     The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread will tend to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors, and thereby tends to attract greater interest, greater coverage, and greater volume, which in turn are factors that promote market efficiency.

## VI.    EFFICIENCY OF THE MARKET FOR BLACKBERRY COMMON STOCK

46.     To assess whether the market for BlackBerry stock was efficient during the Class Period, I analyzed the market for, and behavior of, BlackBerry stock, focusing on the *Cammer/Krogman* factors which are generally accepted to be indicative of market efficiency for a publicly-traded stock.

### A.    Trading Volume

47.     Throughout the Class Period, BlackBerry stock traded regularly and actively. On average, 26.9 million shares changed hands daily.[14] BlackBerry stock trading data are presented in Exhibit-4.

48.     In addition to average daily trading volume, another volume metric to consider in determining market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of BlackBerry stock was approximately 134.6 million shares, or 25.7% of shares outstanding.[15] This level of trading activity is well above levels accepted by courts as being indicative of market efficiency for common stock.[16] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan R. Bromberg and Lewis D. Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[17] The trading volume

---

[14] Data obtained from CRSP.

[15] Estimated by averaging the daily ratio of the trading volume to the number of shares outstanding and multiplying by 5 (the number of trading days in a typical week).

[16] *Cammer*, 711 F. Supp. at 1286.

[17] *Id.* at 1293.

for BlackBerry stock during the Class Period was well above the threshold for a strong presumption of market efficiency.

49.     Both in terms of average daily trading volume and the percentage of outstanding shares traded weekly, the market for BlackBerry stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in BlackBerry stock is strong evidence of the efficiency of the market for BlackBerry stock over the course of the Class Period.

### B.     Analyst Coverage and Other Avenues of Information Dissemination

#### 1.     Analyst Coverage

50.     Securities analysts disseminate and interpret information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

51.     I obtained analyst reports published on BlackBerry during the Class Period by 44 different analyst firms: ACI Research, Bank of America Merrill Lynch, Bernstein Research, BGC, BMO Capital Markets, Canaccord Genuity, CIBC Capital Markets, Citi, CLSA, Cormark Securities, Cowen And Company, Credit Suisse, Deutsche Bank, Evercore Partners, Exane BNP Paribas, FBR Capital, GMP Securities, Goldman Sachs, Hudson Square Research, Jacob Securities, Jefferies, JP Morgan, Macquarie Research, MKM Partners, Morgan Stanley, Morningstar, National Bank Financial, Needham, Nomura Equity Research, Oppenheimer, Pacific Crest Securities, Raymond James, RBC Capital Markets, Robert W. Baird, S&P Capital IQ, Scotiabank, Seaport Group, Societe Generale, Sterne, Agee, & Leach, TD Securities, UBS Research, Wedge Partners, Wells Fargo, and William Blair.

52.     Transcripts of BlackBerry's conference calls conducted during the Class Period reveal that at least two additional firms also followed the Company: Arete Research and Cleveland Research Company.[18]

53.     Consequently, analysts from at least 46 firms followed the Company during the

---

[18] Conference call transcripts obtained from Thomson Eikon.

Class Period.

54.    During the Class Period, there were at least 229 analyst reports issued regarding BlackBerry. Coverage by at least 44 analyst firms, and the issuance of at least 229 analyst reports in a period of six months, is broad analyst coverage. Barber, et al., [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[19] Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the coverage of BlackBerry by professional securities analysts is evidence of the efficiency of the market for BlackBerry stock during the Class Period.

### 2.    Institutional Ownership and Buy-Side Analysis

55.    Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[20]

56.    Thomson Eikon compiles and provides institutional ownership data derived from SEC Form 13-F filings. The data show the holdings of BlackBerry stock by major investment institutions as of the end of each quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million. Large investment firms often employ financial analysts who conduct their own research on the stocks they buy. According to SEC filings compiled and reported by Thomson Eikon, at least 490 major institutions owned BlackBerry stock during the Class Period.[21] Exhibit-5 presents a list of the institutions that owned BlackBerry stock during the Class Period. This broad institutional ownership further supports a finding that the market for BlackBerry stock was an efficient market during the Class Period.

### 3.    News Coverage

57.    Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of material information to the marketplace,

---

[19] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad M. Barber, Paul A. Griffin, and Baruch Lev, *The Journal of Corporation Law*, 1994, pp. 302 and 310-11.

[20] *See, e.g., In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008).

[21] According to the SEC filings compiled and reported by Thomson Eikon data, 490 institutions held shares of BlackBerry stock on at least one of the following reporting dates: 31 March 2013 and 30 June 2013. There may have been additional institutions that held BlackBerry stock during the Class Period, though not on the quarterly reporting dates.

thereby promoting market efficiency.[22] In the case of BlackBerry, such coverage was extensive. My search of the Factiva database found that at least 6,369 articles were published about the Company during the Class Period.[23] The articles I obtained from Factiva include published news articles and press releases.

58.     Information about BlackBerry also emerged in the form of SEC filings and conference calls.

59.     In sum, during the Class Period, information about BlackBerry was readily available to market participants, not only in the form of analyst reports but also in the form of widely available news media reports. This extensive news coverage is further evidence of the efficiency of the market for BlackBerry stock.

### C.     Market Makers and Listing on the NASDAQ Exchange

60.     The number of market makers is one of the factors that the *Cammer* court determined indicates market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions, and other market makers. A large number of market makers implies that many market participants are trading that particular stock, which generally results in a high degree of liquidity lower transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs.

61.     During the Class Period, there were 167 market makers for BlackBerry stock according to Bloomberg. Exhibit-6 presents a list of the market makers for BlackBerry stock during the Class Period.[24]

62.     The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that BlackBerry stock traded on the NASDAQ during the Class Period highly relevant. NASDAQ is an electronic exchange consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. The subject company in the *Cammer* case, Coated Sales, Inc., was listed

---

[22] *See, e.g.*, *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003).

[23] Based on a Factiva search in "All Sources" for articles published during the Class Period where "BlackBerry Ltd." was the "Company" search field parameter.

[24] Market maker data obtained from Bloomberg.

on the NASDAQ. Citing Bromberg and Lowenfels, the *Cammer* court explicitly acknowledged the importance of a NASDAQ listing and the implications of such a listing for market efficiency.

> We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System.

*Cammer*, 711 F. Supp. at 1292 (quoting Bromberg & Lowenfels, *Securities Fraud and Commodities Fraud*, §8.6 (1988)).

63.    That BlackBerry stock traded on the NASDAQ and had a large number of market markers is strong evidence that BlackBerry stock traded in an efficient market throughout the Class Period.

### D.    F-10 Registration Eligibility

64.    F-10 registration is to Canadian companies listed on U.S. exchanges what S-3 registration is to domestic companies.[25] A U.S. company is eligible for S-3 registration and a Canadian company is eligible for F-10 registration, when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

65.    At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.

66.    In 1992, the SEC amended its requirements for S-3 registration eligibility to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration so long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one third of their public float in primary offerings over any period of 12 calendar months."[26]

---

[25] https://www.sec.gov/about/forms/formf-10.pdf.

[26] "Revisions To The Eligibility Requirements For Primary Securities Offerings On Forms S-3 And F-3," SEC Release No. 33-8878, 19 December 2007.

Despite the fact that the $75 million float requirement has been loosened, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[27]

67.    The *Cammer* court noted that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensured that financial data are available to market participants, and the "public float" requirement indicated that many market participants would have examined the information.[28]

> Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient.

*Cammer*, 711 F. Supp. at 1284-85.

> The "public float" aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document.

*Id*. at 1285.

> Again, it is the number of shares traded and value of shares outstanding that involve the facts which imply efficiency.

*Id.* at 1287.

68.    BlackBerry satisfied both the original and revised conditions for F-10 registration eligibility throughout the entire Class Period. BlackBerry's average float during the Class Period of $5.44 billion exceeded the threshold requirement for F-10 registration by a wide margin.

69.    Consistent with the *Cammer* opinion, BlackBerry's eligibility to file F-10 registration is evidence of the efficiency of the market for BlackBerry stock throughout the Class Period.

### E.    *Krogman* Factors

70.    In addition to evaluating market efficiency using the *Cammer* factors, I also

---

[27] *See, e.g*., *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

[28] *Cammer*, 711 F. Supp. at 1284-85.

examined BlackBerry stock and its market with respect to the three additional *Krogman* factors.

### 1. Market Capitalization

71.     During the Class Period, the market capitalization of BlackBerry averaged $6.45 billion, putting BlackBerry in the 1st decile of U.S. companies by size – meaning that BlackBerry's average market capitalization was larger than at least 90% of all other publicly-traded companies in the United States.[29]

72.     Consistent with the *Unger* and *Krogman* opinions, BlackBerry's sizeable market capitalization throughout the Class Period is further evidence of the efficiency of the market for BlackBerry stock.

### 2. Float

73.     BlackBerry's float averaged $5.44 billion during the Class Period. While float excludes shares held by insiders and affiliated corporate entities, BlackBerry's average float was still larger than the total market capitalization of at least 80% of all other publicly-traded companies in the U.S.[30] The size of BlackBerry's float satisfied the second *Krogman* factor for market efficiency.

74.     Float can also be analyzed as a percentage of total shares outstanding, as well as in absolute share and value terms. On average during the Class Period, there were 442.2 million shares in BlackBerry's float and 524.2 million shares outstanding, resulting in an average float of 84.4% of shares outstanding.

75.     The large size of BlackBerry's float is indicative of the efficiency of the market for its stock during the Class Period.

### 3. Bid-Ask Spread

76.     I obtained from CRSP the daily closing bid and ask quotes for BlackBerry stock during the Class Period.

77.     I measured the percentage bid-ask spread as the difference between the bid and

---

[29] Using averaged month-end data from CRSP for 31 March 2013 through 30 August 2013, I grouped public companies into deciles, so that the 1st decile contains the largest 10% of all public companies listed on the NYSE, AMEX, NASDAQ, and ARCA, while the 10th decile contains the smallest 10%.

[30] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013. BlackBerry share data were obtained from SEC filings.

ask quotes, divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[31] Exhibit-4 presents BlackBerry's bid-ask spread data.

78.     The average bid-ask spread for BlackBerry stock over the course of the Class Period was 0.09%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database was 0.65%.[32] BlackBerry's bid-ask spread was therefore narrower than the mean level among all other CRSP stocks – which comprises stocks traded on the NYSE, AMEX, NASDAQ, and ARCA.

79.     In dollar terms, BlackBerry's bid-ask spread during the Class Period averaged $0.01 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.11 during the Class Period.[33]

80.     The average bid-ask spread in the market for BlackBerry stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly-traded stocks in the United States. BlackBerry's narrow bid-ask spread supports a conclusion of market efficiency.

## VII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY FOR BLACKBERRY STOCK

81.     The fifth *Cammer* factor involves showing a cause-and-effect relationship between the dissemination of company-specific information and movement(s) in the security price.[34] The *Cammer* court noted that a demonstration of a cause and effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[35] While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017), the Second Circuit emphasized, consistent with financial principles and empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied by wide margins and circumstances are not

---

[31] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, Vol. 25, No. 4, 1990, pp. 535-47.

[32] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013.

[33] This calculation is based upon averaged month-end data from CRSP for 31 March 2013 through 30 August 2013.

[34] *Cammer*, 711 F. Supp. at 1291.

[35] *Cammer*, 711 F. Supp. at 1287.

unusual. For example, in *Waggoner v. Barclays PLC*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies." Nonetheless, appropriately significant reactions to new valuation-relevant information demonstrate market efficiency. Tests that prove that the stock reacted to information flow would also empirically demonstrate the efficiency of the subject security.

82.     I conducted two empirical tests of the efficiency of the market for BlackBerry stock.

83.     The first empirical test is an event study that investigates whether BlackBerry stock reacted significantly on important news and announcement event dates during the Class Period. Significant and appropriate reactions to new valuation-relevant information indicates market efficiency.

84.     The second type of test are collective studies that investigate whether BlackBerry stock exhibited market efficiency by moving more on a set of high information flow dates than on all other ordinary dates, which would demonstrate that information reaches the market, that the market trades on that information, and the stock price reacts to the flow of information. In the instant case, I conducted the collective tests on the set of earnings announcement dates, which according to the literature are generally high information flow dates. This test collectively compares earnings announcement dates to all ordinary non- or lesser-news dates.

85.     According to the finance literature, the flow of company-specific information is elevated on earnings announcement dates.  More stock price movement on days with more information would indicate a cause and effect relationship between information and responses in the BlackBerry stock price, which is the essence of informational market efficiency. I conducted this collective event analysis using an F-test and an Ansari-Bradley volatility test. These statistical tests compare the BlackBerry stock price dynamics on earnings announcement dates to the behavior of the stock price on all ordinary non-  or lesser news dates in the Estimation Period. A pattern of greater dispersion and larger stock price movements on earnings announcement dates would indicate market efficiency.

### A.     Event Study Test of Market Efficiency

86.     The event study is the paramount tool for testing market efficiency, as financial economist and Nobel laureate Eugene Fama attests:

The cleanest evidence on market-efficiency comes from event studies, especially

event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies give a clear picture of the speed of adjustment of prices to information.

"Efficient Capital Markets II," by Eugene F. Fama, *Journal of Finance*, 1991, p. 1607.

87.    Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. Campbell, Lo, and MacKinlay [1997] present a useful description and examples of the methodology and write about how it is generally accepted and widely used in academic research.[36] Crew, *et al.*, [2017] write about how the methodology is generally accepted and widely used in forensic applications.[37]

88.    An event study measures how much a stock price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a stock price change is explained by market and sector (industry) factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributable to market or sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether the residual return can reasonably be explained as merely a random fluctuation.

89.    If a stock's return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. Such proof of a cause and effect relationship between the release of information and movements in the stock price establishes market efficiency.

### 1.    A Caveat About Non-Significant Stock Price Movements

90.    It is important to note that an event study tests the joint hypothesis that the security trades in an efficient market and that the valuation impact of the information

---

[36] Chapter 4 of *The Econometrics of Financial Markets*, by John Campbell, Andrew Lo, and A. C. MacKinlay, Princeton University Press, 1997.

[37] "Federal Securities Acts and Areas of Expert Analysis," by Nicholas I. Crew, Marine A. Moore, and Kevin L. Gold, in Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.

disseminated on the event date is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular disclosure.[38]

91.    For example, if a company reports earnings that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to elicit a statistically significant stock price reaction. Thus, the release of important information consistent with market expectations would be expected to maintain the price, whereas important information inconsistent with expectations would be expected to cause a change in the stock price. Similarly, if a misrepresentation is made alongside countervailing confounding news that impacts the stock price in the opposite direction, one might not reasonably expect this mix of new information to cause a statistically significant stock price reaction.[39] In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price reaction. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock is behaving as it should in an efficient market.

92.    Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a significant stock price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it previously was, so the appropriate price reaction would be a maintenance of the price level where it previously was.

93.    Therefore, ideal candidate events for inclusion in a market efficiency event study are events on which company-specific information was released that is new, unexpected, and may potentially be on balance of such import as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.

---

[38] "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," by Alon Brav and J.B. Heaton, *Washington University Law Review*, 30 March 2015, p. 602.

[39] Confounding information is simultaneously released unrelated company-specific information.

94.     One may run a collective event study, which is a methodology that examines a broader collection of news events collectively. By comparing a broad collection of news days to typical non- or lesser-news days, the methodology can assess whether information flow affects the security price, thereby demonstrating market efficiency.

## 2.     Selection of Event Study Events

95.     An event study testing market efficiency does not require a comprehensive identification of all events during a class period on which new allegation-related information was disclosed, or testing of all events identified in a complaint.[40] Similarly, to test for market efficiency, not all of the selected events need to be allegation-related. Events should be selected on the basis of an independent analysis of which candidate events would be most informative about market efficiency.

96.     To identify potential event dates, I reviewed all Company news and analyst reports during the Class Period. My review and analysis indicated that, based on valuation principles, the information announced on the following three dates was of such valuation relevance and importance as to reasonably be expected to elicit a stock price reaction over the threshold for statistical significance.

### a.     28 June 2013

97.     On 28 June 2013, prior to the start of trading, the Company announced its financial results for Q1 2014 and held a conference call with investors.[41] The Company announced quarterly revenue of $3.1 billion and an adjusted loss per share of $0.13.[42] The Company also announced that it had shipped 6.8 million smartphones in the quarter, of which "approximately 40% of these devices were BlackBerry 10 devices."[43]

98.     Analyst reaction to the Company's quarterly results and sales of the BlackBerry

---

[40] A comprehensive identification of all disclosures of information related to the alleged fraud is beyond the scope of this report, and is properly addressed in an analysis of loss causation and damages.

[41] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwire*, Company press release, 28 June 2013, 07:00 ET; and "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

[42] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwire*, Company press release, 28 June 2013, 07:00 ET.

[43] "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM, p. 6.

22

10 was decidedly negative. William Blair analysts lamented that "the results were disappointing and will come as a surprise to investors."[44] BMO analysts noted that "we view this as a sign that even a much more robust operating system may not save Blackberry as the ecosystem still lacks."[45] Analysts adjusted their estimates and expectations for the Company and the Blackberry 10 devices.

> It's early days for BB10, yet initial sell-in appears below expectations, implying slowing sell-through in early markets even as BlackBerry looks to expand shipments in new markets. Gross margins, profitability and cash-burn are now a concern with upcoming promotional activity; BlackBerry needs to stimulate sell-through. Price target cut to $15; estimate new trading bracket of $8.50-to-$15 (down from $11-to- $18) as tangible-book may decline.

"Investment Needed to Drive BB10," by Mark Sue, et al., RBC Capital, analyst report, 28 June 2013, p. 1.

> We are downgrading BBRY to Market Perform from Outperform. Our downgrade does not necessarily reflect a view that BBRY will not be able to succeed (while we still believe it can upgrade its existing installed base, admittedly visibility is limited), but, rather, that success may be further out than we would like and that the benefits may be costly upfront as the company invests heavily. . . . We expect BBRY shares to experience significant volatility quarter to quarter with downside risk around continued slow sell-in/uptake of BlackBerry devices and further degradation of services revenue and upside risk around the reversal of service revenue in Venezuela (not embedded into forecasts) as well as lower operating expense. We are most disappointed by the slower-than-expected ramp relative to our expectation and relative to high marketing spend and note that while management highlights it has only been 5 months into the BB10 product cycle, we note that the industry has been seeing a short 12-month product cycle between smartphones over the past several years. We lower our valuation range to $10.50-$12.

"BBRY: BB10 Benefits May Take Longer--Downgrade To Market Perform," by Maynard Um and Munjal Shah, Wells Fargo, analyst report, 28 June 2013, p. 1.

> Although it is still early, BB 10 volumes to date have disappointed. The company has just started rolling out BES 10 and we expect corporate uptake to improve and lower priced Q5 devices to also help volumes. But for now, BB 10 is not proving

---

[44] "First Look at Fiscal First-Quarter Results; Unimpressive, in Spite of Flagship BB10 Product Launches," by Anil Doradla and Brian Nugent, William Blair, analyst report, 28 June 2013, p. 1.

[45] "Tough Quarter All Around; Lowering Estimates and Target, Reiterate Underperform," by Tim Long and Ari Klein, BMO Capital, analyst report, 28 June 2013, p. 1.

23

to be as much of a stimulus as we had expected.

"Q1: Big Miss – Reducing Recommendation," by Gus Papageorgiou, *et al.*, Scotiabank, analyst report, 28 June 2013, p. 1.

> b.    *12 August 2013*

99.    Merger and acquisition related announcements have often been the focus of event studies.[46] The financial literature finds change in control transactions (*i.e.*, mergers and/or acquisitions) are generally positive significant events for the target (or acquired) company.[47] Thus, one would reasonably expect that news concerning a potential takeover of BlackBerry would likely cause positive returns in BlackBerry's common stock price.

100.    On 12 August 2013, prior to the start of trading, the Company announced that it had formed a special committee to explore strategic alternatives including "possible joint ventures, strategic partnerships or alliances, a sale of the Company or other possible transactions."[48]

101.    I reviewed news media and analyst reports published around the date to determine whether the information conveyed in this event was new, valuation-relevant information that should reasonably be expected to cause the Company's stock prices to move by a statistically significant amount. Based on these criteria, 12 August 2013 was an appropriate event for the event study.

102.    Analyst reaction to the Company's announcement was, on balance, positive. Scotiabank analysts noted BlackBerry's "attractive assets" and expected a "transaction to occur within 6 months."[49] Analysts commentary including the following:

> Due to the lackluster BB10 launch, we think the board is actively considering taking the company private or selling the company (we view Samsung as most likely). With interest from several large Canadian funds and rescaled opex, we think an LBO is feasible.

---

[46] *The Econometrics of Financial Markets*, by John Y. Campbell, Andrew W. Lo, and A. Craig MacKinlay, Princeton University Press, 1997, p. 149.

[47] *See, e.g.*, "Merger Bids, Uncertainty, and Stockholder Returns," by Paul Asquith, *Journal of Financial Economics*, 1983.

[48] "BlackBerry Board of Directors Announces Exploration of Strategic Alternatives," *Dow Jones Newswires*, Company press release, 12 August 2013, 07:58 AM.

[49] "Exploring Strategic Alternatives," by Gus Papageorgiou, et al., Scotiabank, analyst report, 12 August 2013, p.1.

"Board Exploring Strategic Alternatives; We Think an LBO Is Possible," by Peter Misek, *et al*., Jefferies, analyst report, 12 August 2013, p.1.

> What would BlackBerry offer to a potential buyer? Surprisingly, quite a bit. [A] moble / wireless operating system / platform (not just in consumer market but industrial applications around M2M); an IP portfolio (acquired and organically developed); and, a global network that connects into ~600 carrier networks. We believe all of the above would be of value to players without any meaningful presence in mobile / wireless given that is where the market continues to move towards (think of players like Dell, HP, IBM, etc.). . . . Obviously, there needs to be a willing buyer to step up but we think it's reasonable to assume the Company recognizes where it needs to go now and as such will take the actions (restructuring, asset sales, etc.) to preserve what value remains. We rate BBRY a Buy with a US$13.50 target.

"Exploring Strategic Alternatives," by Richard Tse and Hubert Mak, Cormark, analyst report, 12 August 2013, p.1.

> Moving to Sector Outperform: We believe BlackBerry maintains attractive assets and is motivated to get a deal in place. As a result we expect a transaction to occur within 6 months at around $14.20.

"Exploring Strategic Alternatives," by Gus Papageorgiou, *et al*., Scotiabank, analyst report, 12 August 2013, p.1.

> We see a big range of potential value by using SOTP, with a mid point of about $10.5. Positive contributors include cash, IPR, the operating system, the NOC and enterprise, while we include negative value for the hardware business.

"Updated SOTP Analysis; Maintain Market Perform," by Tim Long and Ari Klein, BMO Capital Markets, analyst report, 13 August 2013, p.1.

> Our target of $10.00 is based on a base case value of BBRY's fixed assets and subscriber base, and implies a multiple of 2.0 times F2014 EV/EBITDA. We have applied no premium on take out. We believe valuation will be difficult to predict given continued subscriber defections and cash required for restructuring headcount and inventory. At the current share price, below book value of $17.93, BBRY could attract a takeover bid with meaningful upside.

"BlackBerry formally exploring strategic options," by Deepak Kaushal and Angelica Uruena, GMP Securities, analyst report, 12 August 2013, p.1.

<em>c.</em>    <u><em>20 September 2013</em></u>

103.    On 20 September 2013, the Company announced its preliminary financial results

25

for Q2 2014 and provided a business update to investors.[50] The Company announced that they expected to report quarterly revenue of $1.6 billion and an adjusted loss per share of $0.47 to $0.51. The Company revealed that a majority of the 3.7 million BlackBerry units sold in the quarter were the older generation BlackBerry 7 model, and that they would be unable to recognize revenue for "certain BlackBerry 10 devices" as those devices had yet to have been sold to actual end customers.[51] The Company also announced that it had taken a pre-tax charge of $930 - $960 million against inventory and supply commitments, which the Company stated was "primarily attributable to BlackBerry Z10 devices."[52]

104.    Analysts expressed their surprise and disappointment with the quarterly results and sales of the BlackBerry 10 devices. According to UBS analysts, "2 main surprises in our opinion: a) the magnitude of the miss (50% in revenues); b) of the 3.7m phones for which revs were recognized, almost all were BB7, i.e., almost no revenue was recognized for the newer BB10 devices."[53] Macquarie analysts reduced their price target from $9.00 to $7.00 due to "higher cash burn," and worried that "BBRY's Board, management, major shareholders and the Canadian government will need to accept a low offer quickly before liquidity becomes an issue and valuable enterprise services customers depart en masse."[54]

105.    Other analysts published reports in response to the Company's preannouncement.

> BBRY negatively preannounces F2Q results now anticipating Revs of $1.6b (cons $3.1b) and EPS loss, prior to an inventory write-down charge of $930-960m, of -$0.47 to -$0.51 vs. cons at -$0.15. There were 2 main surprises in our opinion: a) the magnitude of the miss (50% in revenues); b) of the 3.7m phones for which revs were recognized, almost all were BB7, i.e., almost no revenue was recognized for the newer BB10 devices. BBRY attributed some of this to sell-in vs. sell thru diff.

---

[50] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwire*, Company press release, 20 September 2013, 15:15 ET.

[51] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwire*, Company press release, 20 September 2013, 15:15 ET.

[52] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwire*, Company press release, 20 September 2013, 15:15 ET.

[53] "Another Negative Preannouncement," by Amitabh Passi and James Hillier, UBS, analyst report, 20 September 2013, p.1.

[54] "Takeunder or bust; cutting target to $7 on higher cash burn," by Kevin Smithen and Zach Horat, Macquarie, analyst report, 22 September 2013, p. 1.

"Another Negative Preannouncement," by Amitabh Passi and James Hillier, UBS, analyst report, 20 September 2013, p.1.

> BlackBerry pre-announced a dismal 2Q-FY14 with expected sales of only $1.6B, roughly half consensus of $3.1B. BB vol. decreased by 45.6% QoQ with nearly all those able to be recognized being legacy BB7 devices. BB10 hasn't built any momentum, forcing BBRY to announce large cuts (40% of its workforce) and retrenchment to its enterprise roots. The strategy looks to be a full maintenance effort to conserve cash and the services base as a sale of the company is pursued. We see a full company sale as difficult to realize, with a sale of parts (IP and some enterprise pieces) the most likely path. With the parts difficult to value given the extreme circumstance, we recommend staying on the sidelines.

"Dark Days," by Ittai Kidron and George Iwanyc, Oppenheimer, analyst report, 22 September 2013, p.1.

> We are reducing our BlackBerry price target to $7 from $9 and reiterating our Sell rating following Friday's dour pre-announcement. We expect BlackBerry will soon go away as a handset brand and likely as a smartphone operating system too. The brand may only remain as part of the stand-alone BlackBerry Messenger application before long. Management is pushing for a quick sale and the only questions that remain are which parts of the business are left that can sold and for how much? We conclude there is roughly $7 per share of value remaining consisting of $5 for the right to the remaining Services profit-stream, $1 for the QNX OS and $1 for the intellectual property. We project that most, if not all, of the current $2.6bn or $5 per share in cash will be consumed by operating losses and cash restructuring expenses.

"Reiterate Sell Rating and Lowering PT to $7 as BlackBerry 10 Fails," by Michael Genovese and Matt Bielawski, MKM Partners, analyst report, 23 September 2013, p.1.

#### d.    *Third Earnings Data Considered*

106.    On 28 March 2013, before the start of trading in the U.S., the Company announced its financial results for the three months and fiscal year ended 2 March 2013.[55] For the quarter, Blackberry reported revenue of $2.7 billion, and adjusted earnings of $0.22 per share diluted.[56] On balance, analysts deemed the news to be mixed. UBS analysts published a report

---

[55] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwire*, Company press release, 28 March 2013, 7:00 ET.

[56] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwire*, Company press release, 28 March 2013, 7:00 ET.

titled "Enough to inspire both Bulls and Bears."[57] BMO analysts noted that "BBRY reported mixed results. Revenue was roughly in line, and EPS was better thanks to a much higher GM, but the subscriber decline accelerated."[58] Cowen analysts stated "Mixed F4Q13: Gross Margins Shine, But Sharp Payables Rise Boosts OCF."[59]

107.    Given the mixed nature of the information made available to the market that day, this date is not an appropriate event for inclusion in a market efficiency event study.

### 3.    Isolating the Impact of Company-Specific Information

108.    Event study analysis determines how much of the Company's stock return following each of the events was driven by Company-specific information as opposed to market and sector factors.

109.    The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of BlackBerry stock typically behaved in relation to the overall stock market and its sector, and then using the regression model to determine how much of each event day's actual return is explained by the market and sector factors.  The portion of the stock return that is apportioned to market and sector factors is called the explained return.

110.    The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and sector effects.

111.    The regression equation models the return of BlackBerry stock as a function of: 1) a constant term, 2) the returns of the overall stock market, and 3) the returns of the sector.

112.    For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

113.    For the sector factor, I examined analyst reports written about BlackBerry during the Class Period and identified four companies that were listed by at least two analysts as

---

[57] "Enough to inspire both Bulls and Bears," by Amitabh Passi, et al., UBS, analyst report, 28 March 2013, p.1.

[58] "Quick Note; GM Is Strong, but Sub Decline a Concern," by Tim Long and Ari Klein, BMO, analyst report, 28 March 2013.

[59] "Mixed F4Q13: Gross Margins Shine, But Sharp Payables Rise Boosts OCF," by Matthew Hoffman, *et al.*, Cowen, analyst report, 28 March 2013.

comparable companies in their valuation models. These four companies were: Apple, Inc., HTC Corp., Microsoft Corporation, and Nokia OYJ.  These companies were cited as peers by CIBC (Apple, Inc., HTC Corp., and Nokia OYJ), GMP Securities (Apple, Inc., HTC Corp., Microsoft Corporation, and Nokia OYJ), Jefferies (Apple, Inc., HTC Corp., Microsoft Corporation, and Nokia OYJ), Morningstar (Apple, Inc. and Nokia OYJ ), Raymond James (Apple, Inc., HTC Corp., and Nokia OYJ), and Scotiabank (Apple, Inc. and Nokia OYJ).

114.    I also considered the constituents of the BI Global Mobile Handset Manufacturers Competitive Peers Index ("BB Index").[60] Twelve different companies were listed as constituents of the BB Index during the Estimation Period. Of these 12 companies, three were in common with the list of the four companies identified by at least two analysts as comparable companies in their valuation models: Apple, Inc., HTC Corp., and Nokia OYJ.

115.    As data for HTC Corp. ADS was unavailable and data from HTC Corp. stock trading in Taiwan was non-contemporaneous with BBRY trading in the U.S., I constructed the sector index ("Sector Index") from the returns of Apple, Inc. and Nokia OYJ ADS to measure the daily performance of BlackBerry's peers. The Sector Index I constructed is an equal-weighted index. The Sector Index appropriately incorporates payments of dividends by the constituent companies.[61]

116.    All returns used in the regression are logarithmic returns – that is, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis. Analysts and researchers generally use logarithmic returns instead of percent price changes because of various

---

[60] Index data obtained from Bloomberg. My understanding is that this index was constructed by Bloomberg to track the competitive peers in the Mobile Handset Manufacturing Sector.  It is an equal-weighted index.  The BI Global Mobile Handset Manufacturers Competitive Peers Index is composed of the following companies during the Estimation Period (certain companies were not included in the index throughout the entirety of the Estimation Period): Alphabet, Inc.; Apple, Inc.; Blackberry, Ltd.; HTC Corp.; Lenovo Group Ltd.; LG Electronics; Motorola Solutions, Inc.; Nokia; Samsung Electronics Co. Ltd.; Sharp Corp.; TCL COMM; and ZTE Corp.

[61] To determine if my conclusions are sensitive to an alternative specification of the sector index, I used the NASDAQ OMX CTA Smartphone Index as an alternate sector index ("Alternate Sector Index"). This index tracks "the performance of companies in the Smartphone segment of the telecom and technology sectors." I reran all event study tests as described herein using the Alternate Sector Index. My conclusions are robust to this alternative treatment of the sector index.  All qualitative findings and conclusions with respect to the efficiency of the market in which BlackBerry stock traded would not change if the regression model were modified so as to substitute the Alternate Sector Index for the Sector Index.

29

computational advantages.[62]

117.   BlackBerry's stock prices, trading volume, and returns are shown in Exhibit-4 and in Appendix-2. Exhibit-7 presents Market Index and Sector Index data.

118.   I ran the regression on daily returns covering the one full year starting on 19 September 2012 through the last day of the Class Period, 20 September 2013 ("Estimation Period"). I used dummy variables to control for potentially abnormal returns on the subject events dates of the events study and collective tests, Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[63]

119.   The choice of using one full year ending on the last day of the Class Period for the regression Estimation Period is a widely used and generally accepted practice in event study analysis.  "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window." "Materiality and Magnitude: Event Studies in the Courtroom," by David I. Tabak and Frederick C. Dunbar in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001, p. 19.5.

120.   The regression results are presented in Exhibit-8.

121.   I computed the explained portion of BlackBerry stock return on each event date by adding: 1) the estimated regression intercept term, 2) the respective day's Market Index return multiplied by the Market Index coefficient estimated by the regression, and 3) the respective day's Sector Index return multiplied by the Sector Index coefficient estimated by the regression.

---

[62] Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

[63] *See, e.g.*: "Event Studies with a Contaminated Estimation Period," by Nihat Aktas, et al., *Journal of Corporate Finance*, 2007; "Measuring the Effects of Regulation with Stock Price Data," by John J. Binder, *The RAND Journal of Economics*, 1985; "Intervention Analysis with Applications to Economic and Environmental Problems," by G. E. P. Box and G. C. Tiao, *Journal of the American Statistical Association*, 1975; "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker, *et al.*, *Journal of Financial & Quantitative Analysis*, 1980; "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," by Paul H. Malatesta, *The Journal of Financial and Quantitative Analysis*, 1986; "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," by Rex Thompson, *The Journal of Financial and Quantitative Analysis*, 1985.

122.    I then computed the residual return for each event date by subtracting the explained return from the actual return.

### 4.    *t*-Test

123.    For each event, a statistical test called a *t*-test was conducted to determine whether the residual return of BlackBerry stock was statistically significant. Statistical significance means that the event return after controlling for the market and sector effects, was of such magnitude that it cannot be reasonably attributed to random volatility, but alternatively must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to the typical residual return exhibited over the regression estimation period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the residual return was unlikely to be caused by random volatility and is therefore statistically significant.[64]

124.    The results of the event study are presented below and summarized in Exhibit-9.

### B.    Event Study Results

### 1.    Event Study Results: 28 June 2013

125.    On 28 June 2013, prior to the start of trading, the Company announced its financial results for Q1 2014 and held a conference call with investors.[65] The totality of the news as it was reported to analysts and investors was decidedly negative.

126.    On 28 June 2013, BlackBerry stock fell 32.52% (on a logarithmic return basis). The Market Index return that day was -0.28%, and the Peer Index return was -0.57%. Based on the regression model, the explained return on BlackBerry stock was -0.09%. The difference between the actual return of -32.52% and the explained return of -0.09% is a residual return of -

---

[64] The test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, *i.e.*, the regression estimation data comprising all other days. If the absolute value of the *t*-statistic is greater than the critical *t*-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the t-statistic is greater than the critical t-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

[65] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwire*, Company press release, 28 June 2013, 07:00 ET; and "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

32.43%.

127.    A residual return of -32.43% is an unusually large one-day decline for BlackBerry stock. That residual return is associated with a *t*-statistic value of -8.60, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is virtually nil. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 99.99%.

### 2.    Event Study Results: 12 August 2013

128.    On 12 August 2013, prior to the start of trading, the Company announced that it had formed a special committee to explore strategic alternatives including "possible joint ventures, strategic partnerships or alliances, a sale of the Company or other possible transactions."[66] The news as it was reported to analysts and investors was, on balance, positive.

129.    On 12 August 2013, BlackBerry stock rose 9.94% (on a logarithmic return basis). The Market Index return that day was -0.01%, and the Sector Index return was 1.53%. Based on the regression model, the explained return on BlackBerry stock was 0.69%. The difference between the actual return of 9.94% and the explained return of 0.69% is a residual return of 9.25%.

130.    A residual return of 9.25% is an unusually large one-day increase for BlackBerry stock. That residual return is associated with a *t*-statistic value of 2.45, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is less than 1.5%. The stock return is statistically significant at a confidence level exceeding 98.5%.

### 3.    Event Study Results: 20 September 2013

131.    On 20 September 2013, the Company released its preliminary financial results for Q2 2014 and provided a business update.[67] The totality of the news as it was reported to analysts and investors was decidedly negative.

---

[66] "BlackBerry Board of Directors Announces Exploration of Strategic Alternatives," *Dow Jones Newswires*, Company press release, 12 August 2013, 07:58 AM.

[67] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwire*, Company press release, 20 September 2013, 15:15 ET.

132.    On 20 September 2013, BlackBerry stock fell 18.71% (on a logarithmic return basis). The Market Index return that day was -0.73%, and the Sector Index return was -1.35%. Based on the regression model, the explained return on BlackBerry stock was -0.59%. The difference between the actual return of -18.71% and the explained return of -0.59% is a residual return of -18.12%.

133.    A residual return of -18.12% is an unusually large one-day decline for BlackBerry stock. That residual return is associated with a *t*-statistic value of -4.81, which indicates that the residual return was too extreme to have been merely a random fluctuation. The likelihood of obtaining a residual return of this magnitude and associated *t*-statistic given that particular explanation is less than 0.00027%. Therefore, the stock return is deemed statistically significant. The confidence level associated with this finding of statistical significance exceeds 99.99%.

### 4.    Event Study Summary

134.    The event study shows that for each of the events tested, there was a strong statistically significant price reaction to Company-specific news. This finding proves that BlackBerry stock reacted to new information and its market was thus efficient.

135.    Further, the event study is essentially a controlled experiment that allows one to observe the market's valuation of the stock with and without the information at issue. Prior to an event, the stock is valued in the marketplace without the new information. After the event, the stock is valued with the newly-released information. The significant stock price changes elicited by the events reflects the effect of that information. In its 2014 *Halliburton II* decision, the Supreme Court recognized that "plaintiffs themselves can and do introduce evidence of the *existence* of price impact in connection with 'event studies.'"[68] These event study results are such evidence.

### C.    Collective Tests of Market Efficiency

### 1.    Tests of Event Return Dispersion

136.    In addition to assessing market efficiency by observing whether the stock price reacted on important news event dates, individually, one can also test for market efficiency by assessing collectively whether the stock generally moves more on days with greater information flow than on typical days with less news. That is, if the stock price movements are greater among

---

[68] *Halliburton Co. v. Erica P. John Fund, Inc.*, 134 S. Ct. 2398, 2410 (2014) (emphasis in original).

a collection of news days than among all other lesser or non-news days, this result would establish that there is a cause and effect relationship between the flow of information and stock price movements, which indicates market efficiency.

137. I conducted collective empirical tests of market efficiency based on these principles. For the collective tests, I examined all five of the earnings announcements that occurred over the course of the entire Estimation Period. A company's financial results and forecasts are among the most important considerations to investors assessing the value of its stock. While not every earnings announcement contains new, unexpected, highly impactful valuation information, the finance literature notes that such information more frequently arrives on earnings announcement dates than on ordinary dates.[69]

138. Numerous well-known and highly-regarded academic studies (for example, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], and Ball and Kothari [1991]) have specifically examined stock price movements caused by earnings announcements, and concur that earnings announcements are unusually important information events generally.

139. A pattern of greater stock price movement on earnings announcement days as compared to all other days is indicative of market efficiency.

140. The following is a list of BlackBerry earnings event dates corresponding to BlackBerry's earnings during the Estimation Period:

  i. **28 September 2012** – On 27 September 2012, after the close of trading, the Company announced its financial results for Q2 2013 and held a conference call with investors.[70]

  ii. **21 December 2012** – On 20 December 2012, after the close of trading, the Company announced its financial results for Q3 2013 and held a conference call with investors.[71]

---

[69] *Financial Reporting: An Accounting Revolution*, 3rd ed., William H. Beaver, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by Francois Degeorge, Jayendu Patel, and Richard Zeckhauser, *Journal of Business*, 1999, p. 1.

[70] "Research In Motion Reports Second Quarter Fiscal 2013 Results," *Marketwire*, Company press release, 27 September 2012, 16:05 ET; and "Q2 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 27 September 2012, 5:00 PM.

[71] "Research In Motion Reports Third Quarter Fiscal 2013 Results," *Marketwire*, Company press release, 20 December 2012, 16:11 ET; and "Q3 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2012, 5:00 PM.

iii.      **28 March 2013** – On 28 March 2013, before the start of trading, the Company announced its financial results for Q4 and FY 2013 and held a conference call with investors.[72]

iv.      **28 June 2013** – On 28 June 2013, before the start of trading, the Company announced its financial results for Q1 2014 and held a conference call with investors.[73]

v.      **20 September 2013** – On 20 September 2013, the Company announced its preliminary financial results for Q2 2014 and provided a business update.[74]

141.    There may have been additional valuation-relevant information aside from earnings information disseminated on these event dates to which the stock price reacted. Stock price reactions to such additional information would be further support of market efficiency.[75]

### 2.      F-Test and Ansari-Bradley Test Analyses of Event Return Dispersion

142.    If the flow of important Company news is greater on earnings announcement days as compared to ordinary days, as the finance literature states is usually the case, and if BlackBerry stock reacts to information, which is the hallmark of informational efficiency, then one would expect a wider dispersion of returns on earnings announcement dates as compared to ordinary days.

143.    It follows that if the dispersion of BlackBerry stock returns on earnings announcement days was significantly greater than the dispersion of BlackBerry stock returns on all other days, this finding would demonstrate that the stock price reacted to news, which establishes market efficiency. I conducted an F-test and an Ansari-Bradley test to determine whether this is the case.

---

[72] "BlackBerry Reports Fourth Quarter and Year-End Results for Fiscal 2013," *Marketwire*, Company press release, 28 March 2013, 07:00 ET; and "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013, 8:00 AM.

[73] "BlackBerry Reports First Quarter Fiscal 2014 Results," *Marketwire*, Company press release, 28 June 2013, 07:00 ET; and "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013, 8:00 AM.

[74] "BlackBerry Announces Preliminary Second Quarter Fiscal 2014 Results and Provides Business Update," *Marketwire*, Company press release, 20 September 2013, 15:15 ET.

[75] "I excluded 12 August 2013 from the tested data as that date was an atypical news date as described above. The qualitative results of the two collective tests are robust to the inclusion of 12 August 2013 among the non- or lesser-news date sample.

144.    I ran both tests on the residual returns for BlackBerry stock. Running the tests on residual returns focuses the tests more precisely on the effects of Company-specific information on the Company stock price.

### a.    F-Test

145.    The sample standard deviation of the earnings announcement event day residual returns was 16.14%.  The sample standard deviation of all other returns was 3.75%. Clearly, the earnings announcement day sample standard deviation was greater than the sample standard deviation for all other non- or lesser-news dates – over four times greater.

146.    An F-test assesses whether the difference between the two sample standard deviations is statistically significant, or alternatively, a potentially random result. The F-statistic for these two samples is 18.48 which is greater than the 95% confidence level critical F-statistic value of 2.41 (with 4 and 245 degrees of freedom), indicating that the difference in sample standard deviations is statistically significant and meaningful.

147.    The F-test finds that the dispersion of earnings announcement returns is significantly greater than the dispersion of returns for all other non- or lesser-news dates. This result demonstrates that the price of BlackBerry stock moved more on earnings announcement days than on other days. This statistical result indicates that there was a cause and effect relationship between the release of new information and reactions in the BlackBerry stock price, which therefore establishes that BlackBerry stock traded in an efficient market.

### b.    Ansari-Bradley Test

148.    The Ansari-Bradley test is another test that determines whether two data samples have significantly different dispersions, which, as discussed above, when applied to a sample of earnings announcement dates, in comparison to all other non- or lesser-news dates, would indicate market efficiency. The Ansari-Bradley test is a well-regarded and generally accepted test for comparing sample dispersions and is presented and described in numerous authoritative textbooks.[76]

---

[76] *See*, *e.g.*, "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, vol. 31, by A.R. Ansari and R. A. Bradley, 1960, pp. 1174-89; *Applied Nonparametric Statistical Methods*, 4th Edition, by Peter Sprent and Nigel C. Smeeton, 2007, pp. 170-78; *Applied Nonparametric Statistics*, by Wayne W. Daniel, Houghton Mifflin, 1978, pp. 103-07; *Nonparametric Statistical Methods*, by Myles Hollander and Douglas A. Wolfe, John Wiley & Sons, 1973, pp. 142-58; *Beyond ANOVA: Basics of Applied Statistics*, by Rupert G. Miller, Jr., John Wiley & Sons, 1986, pp. 266-78.

149.    Applied to the earnings announcement returns, and the sample of all other returns observed during the Estimation Period, the Ansari-Bradley test, like the F-test, finds with an extremely high degree of statistical certainty that the dispersion of earnings announcement returns was significantly greater than the dispersion of returns on all other non- or lesser-news dates. The Ansari-Bradley C-statistic for the two samples of BlackBerry stock residual returns is 2.34, which is greater than the critical C-statistic threshold of 1.65 for significance at the 95% confidence level.[77] This result demonstrates that the price of BlackBerry stock moved more on earnings announcement days than on other days during the Estimation Period.

150.    The collective tests indicate that there was a cause and effect relationship between Company news and reactions in the BlackBerry stock price, which further supports the conclusion that BlackBerry stock traded in an efficient market during the Class Period.

## VIII.    MARKET EFFICIENCY SUMMARY

151.    BlackBerry stock traded on the NASDAQ, and numerous market makers facilitated trading in the stock. The Company was widely covered by analysts and the news media. Institutional ownership of BlackBerry stock was widespread, and trading was active. Market capitalization and float were high. The stock's bid-ask spread was narrow. Current and historical financial information about the Company was readily available to investors and analysts. The Company was eligible for F-10 registration throughout the Class Period.

152.    The market for BlackBerry stock satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency, by wide margins.

153.    BlackBerry stock satisfied the empirical *Cammer* factor, demonstrating market efficiency.

154.    The empirical tests prove that there was a cause and effect relationship between new, Company-specific information, and movements in the price of BlackBerry stock.

155.    Given these facts, I conclude that BlackBerry stock traded in an efficient market over the course of the Class Period.

---

[77] The Ansari-Bradley critical C-statistic threshold of 1.65 indicates statistical significance at the 95% confidence level for a one-tailed test. When testing for market efficiency, the relevant question is whether news events have *greater* price movements than the non-events as opposed to the question of whether news events have *different* price movements than non-events. Therefore, a one-tailed test is appropriate.

## IX.    COMMON DAMAGE METHODOLOGY

### A.    Section 10(b) Damage Methodology

156.    Counsel for Plaintiffs also asked me to opine on whether per share damages could be measured for each Class member under Section 10(b) of the Exchange Act using a common methodology for all Class members.

157.    It should be noted that I have not conducted a loss causation analysis at this time and reserve the right to address such issues at the appropriate stage. The loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

158.    Nonetheless, the methodology discussed herein allows the calculation of individual and class-wide damages stemming from various alleged misrepresentations and omissions and therefore will accommodate alternative potential determinations of liability. Economic analyses (including valuation and empirical event study analysis) can be used to estimate the relationship between specific statements or sets of statements and the subsequent effect on prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, class-wide damages in response to the specific misrepresentations and omissions ultimately established by the Plaintiffs can be calculated in a straightforward manner common to all Class members. Out-of-pocket damages can be measured as the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale taking into account formulaic prescriptions in relevant case law and statutes.

159.    To the extent that there are specific issues or challenges complicating the quantification of artificial inflation and damages encountered due to the unique facts and circumstances of this case, the standard tools of valuation and attribution analysis can be applied to measure inflation and damages caused by the alleged misrepresentations and omissions according to Plaintiffs' theory of liability. Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages. Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are for example: valuation multiple models, such as those based on earnings, EBITDA, revenue, book value, and cash flow; discounted cash flow models (DCF); return attribution analysis; and the literature regarding valuation effects of factors

such as reputation and quality of accounting. In addition, forensic analysts have the added benefit of event study analysis, which quantifies price effects when information did reach the market.

160. Assuming a verdict for the Plaintiffs on the allegations of fraud, Section 10(b) per share damages, respectively for each investor and security, can be measured as follows:

i. First, valuation tools, which would include event study analysis such as that described herein, and potentially other empirical analyses if necessary, would be used to establish that the disclosure(s), correcting the alleged misrepresentations and omissions, caused the price of BlackBerry stock to fall. This analysis, after controlling for potentially non-fraud-related information, would establish that the alleged misrepresentations and omissions had caused the stock price to be artificially inflated, and that the corrective disclosure(s) caused the inflation to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis.

ii. Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of BlackBerry stock on each day during the Class Period. An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been full disclosure from the outset of the Class Period. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools and models. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for stock prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis.

iii. Third, the measure of per share damages generally applied in 10(b)-5 cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss) that was caused by corrective disclosures. That is, for each Class member, per share damages would be calculated as the difference between the inflation on the

date the shares were purchased and the inflation on the date those same shares were subsequently sold, excluding any inflation dissipation caused by factors other than corrective disclosure. Per share damages are also limited, however, to be no greater than the decline in share price over the holding period, which is the investment loss actually sustained. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. § 78u-4(e)), for any shares sold during the 90-day period after the end of the Class Period, per share damages would be calculated as the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss), or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price from the final corrective disclosure date to the sale date. Also, pursuant to the PSLRA, for any shares held 90 days or more beyond the final corrective disclosure, damages would equal the lesser of the reduction in the dollar inflation over the investor's holding period (the economic/inflation loss) or the decline in the stock price (the investment loss), where the terminal stock price is deemed to be the average price over the 90 days following the final corrective disclosure. The calculation of each Class member's damages would be a mechanical arithmetical exercise, conducted the same way for all Class members, applying the results of the Class-wide analyses described above to each Class member's trading data.

161.    Consequently, each Class member's damages under Section 10(b) can be computed in the same way, common to all Class members, using readily available daily pricing information, in accordance with widely used and generally accepted methodologies and the PSLRA.

162.    I have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class, and such calculations will likely depend, in part, on the completion of discovery. However, the methodology described above is generally accepted and widely used for calculating damages under Section 10(b) consistently on a Class-wide basis in securities class actions.

## X.    LIMITING FACTORS AND OTHER ASSUMPTIONS

163.    This report is furnished solely for the purpose of court proceedings in the above referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to supplement or amend this report, including in the event additional information becomes available.


_____
Steven P. Feinstein, Ph.D., CFA

## XI.   APPENDIX-1: LOGARITHMIC RETURNS

A-1.   Logarithmic returns, rather than percent change returns are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
  $R_t$ is the logarithmic return on day t;
  $P_t$ is the stock price at the end of day t;
  $P_{t-1}$ is the stock price from the previous day, day t-1;
  $d_t$ is the dividend on day t, if any.

A-2.   The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
  $DR_t$ is the dollar return on day t;
  $P_{t-1}$ is the stock price from the previous day, day t-1;
  e is natural e (approximately 2.7);
  $R_t$ is the logarithmic return on day t.

A-3.   If a stock falls from \$20 to \$18, the percent change in price is -10%, equal to the \$2 decline divided by the original \$20 price. The logarithmic return, however, is -10.54%, equal to ln(\$18/\$20).

A-4.   The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.   An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

## XII.    APPENDIX-2: BLACKBERRY STOCK PRICE AND VOLUME



**Exhibit-1**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- Second Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws, filed 29 September 2017.
- Decision and Order Denying Defendants' Motion to Dismiss the Second Amended Complaint and Request for Oral Argument on the Motion, Filed 19 March 2018.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles (16,300) from 28 March 2012 to 27 March 2013, downloaded using the following search parameters: Sources Field: All Subjects; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.
- Factiva news articles (6,369) from 28 March 2013 to 20 September 2013, downloaded using the following search parameters: Sources Field: All Sources; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.
- Factiva news articles (13,215) from 21 September 2013 to 20 September 2014, downloaded using the following search parameters: Sources Field: All Subjects; Company: BlackBerry Ltd.; All Subjects; All Industries; All Regions.

## ANALYST REPORTS

- Credit Suisse, 7 January 2013.
- Sterne Agee Crt, 9 January 2013.
- BMO Capital Markets, 10 January 2013.
- Bernstein Research, 11 January 2013.
- Jefferies, 18 January 2013.
- Byron Capital Markets, 21 January 2013.
- Macquarie Research, 21 January 2013.
- Citi, 22 January 2013.
- Scotiabank, 22 January 2013.
- Bernstein Research, 23 January 2013.
- Jefferies, 23 January 2013.
- RBC Capital Markets, 23 January 2013.
- UBS Research, 24 January 2013.
- TD Securities, 25 January 2013.
- Byron Capital Markets, 28 January 2013.
- RBC Capital Markets, 28 January 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Scotiabank, 28 January 2013.
- CLSA, 29 January 2013.
- Evercore ISI, 29 January 2013.
- UBS Research, 29 January 2013.
- Wedge Partners, 29 January 2013.
- BMO Capital Markets, 30 January 2013.
- Canaccord Genuity, 30 January 2013.
- Citi, 30 January 2013.
- Cowen And Company, 30 January 2013.
- Evercore ISI, 30 January 2013.
- GMP Securities, 30 January 2013.
- Jefferies, 30 January 2013.
- JP Morgan, 30 January 2013.
- Morgan Stanley, 30 January 2013.
- Morningstar, Inc., 30 January 2013.
- National Bank Financial, 30 January 2013.
- Societe Generale, 30 January 2013.
- Standard & Poor's, 30 January 2013.
- UBS Research, 30 January 2013.
- UBS Research, 30 January 2013.
- Wells Fargo Securities, 30 January 2013.
- Bank of America Merrill Lynch, 31 January 2013.
- Barclays, 31 January 2013.
- Byron Capital Markets, 31 January 2013.
- Cormark Securities, 31 January 2013.
- CLSA, 31 January 2013.
- Credit Suisse, 31 January 2013.
- Deutsche Bank, 31 January 2013.
- FBR Capital, 31 January 2013.
- MKM Partners, 31 January 2013.
- RBC Capital Markets, 31 January 2013.
- Robert W. Baird, 31 January 2013.
- Scotiabank, 31 January 2013.
- TD Securities, 31 January 2013.
- Wedge Partners, 31 January 2013.
- Jefferies, 1 February 2013.
- Jefferies, 1 February 2013.
- Bernstein Research, 4 February 2013.
- Byron Capital Markets, 4 February 2013.

45

**Exhibit-1**

**Documents and Other Information Considered**

- Deutsche Bank, 4 February 2013.
- GMP Securities, 4 February 2013.
- Jefferies, 4 February 2013.
- Canaccord Genuity, 5 February 2013.
- Byron Capital Markets, 6 February 2013.
- Macquarie Research, 6 February 2013.
- Morgan Stanley, 6 February 2013.
- RBC Capital Markets, 6 February 2013.
- TD Securities, 6 February 2013.
- Standard & Poor's, 11 February 2013.
- National Bank Financial, 12 February 2013.
- Deutsche Bank, 13 February 2013.
- Canaccord Genuity, 18 February 2013.
- Macquarie Research, 18 February 2013.
- Jefferies, 20 February 2013.
- CLSA, 21 February 2013.
- Standard & Poor's, 21 February 2013.
- MKM Partners, 22 February 2013.
- Morningstar, Inc., 22 February 2013.
- Bernstein Research, 25 February 2013.
- Jefferies, 25 February 2013.
- UBS Research, 25 February 2013.
- Wells Fargo Securities, 25 February 2013.
- BMO Capital Markets, 28 February 2013.
- Byron Capital Markets, 1 March 2013.
- CLSA, 1 March 2013
- Sterne Agee Crt, 1 March 2013.
- Canaccord Genuity, 3 March 2013.
- Cormark Securities, 4 March 2013.
- Jefferies, 7 March 2013.
- Trefis, 7 March 2013.
- Jefferies, 11 March 2013.
- Scotiabank, 11 March 2013.
- Wells Fargo Securities, 11 March 2013.
- Trefis, 12 March 2013.
- Wedge Partners, 12 March 2013.
- Standard & Poor's, 13 March 2013.
- Wells Fargo Securities, 13 March 2013.
- BMO Capital Markets, 14 March 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Jefferies, 14 March 2013.
- Morgan Stanley, 14 March 2013.
- Morningstar, Inc., 14 March 2013.
- RBC Capital Markets, 14 March 2013.
- Sterne Agee Crt, 14 March 2013.
- Trefis, 14 March 2013.
- Wedge Partners, 14 March 2013.
- Macquarie Research, 15 March 2013.
- Morgan Stanley, 20 March 2013.
- Byron Capital Markets, 21 March 2013.
- Cormark Securities, 21 March 2013.
- Deutsche Bank, 21 March 2013.
- Evercore ISI, 21 March 2013.
- Wells Fargo Securities, 21 March 2013.
- Citi, 24 March 2013.
- Jefferies, 25 March 2013.
- Morgan Stanley, 25 March 2013.
- National Bank Financial, 25 March 2013.
- RBC Capital Markets, 25 March 2013.
- Scotiabank, 25 March 2013.
- Sterne Agee Crt, 25 March 2013.
- Sterne Agee Crt, 25 March 2013.
- TD Securities, 25 March 2013.
- UBS Research, 25 March 2013.
- Wedge Partners, 25 March 2013.
- Wells Fargo Securities, 25 March 2013.
- William Blair & Company, 25 March 2013.
- Bernstein Research, 26 March 2013.
- Cowen And Company, 26 March 2013.
- Trefis, 26 March 2013.
- Bernstein Research, 27 March 2013.
- JP Morgan, 27 March 2013.
- Bank of America Merrill Lynch, 28 March 2013.
- BMO Capital Markets, 28 March 2013.
- BMO Capital Markets, 28 March 2013.
- Canaccord Genuity, 28 March 2013.
- Citi, 28 March 2013.
- CLSA, 28 March 2013.
- Cowen And Company, 28 March 2013.

47

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen And Company, 28 March 2013.
- Credit Suisse, 28 March 2013.
- Deutsche Bank, 28 March 2013.
- Jefferies, 28 March 2013.
- Jefferies, 28 March 2013.
- Macquarie Research, 28 March 2013.
- Morgan Stanley, 28 March 2013.
- Oppenheimer And Co, 28 March 2013.
- RBC Capital Markets, 28 March 2013.
- RBC Capital Markets, 28 March 2013.
- Societe Generale, 28 March 2013.
- Sterne Agee, 28 March 2013.
- UBS Research, 28 March 2013.
- Wells Fargo Securities, 28 March 2013.
- William Blair & Company, 28 March 2013.
- William Blair & Company, 28 March 2013.
- Morningstar, Inc., 29 March 2013.
- Trefis, 29 March 2013.
- CIBC Capital Markets, 31 March 2013.
- Evercore ISI, 31 March 2013.
- Morgan Stanley, 31 March 2013.
- National Bank Financial, 31 March 2013.
- Robert W. Baird, 1 April 2013.
- Bernstein Research, 1 April 2013.
- Standard & Poor's, 1 April 2013.
- Cormark Securities, 1 April 2013.
- FBR Capital, 1 April 2013.
- GMP Securities, 1 April 2013.
- JP Morgan, 1 April 2013.
- MKM Partners, 1 April 2013.
- Raymond James, 1 April 2013.
- TD Securities, 1 April 2013.
- Wells Fargo Securities, 1 April 2013.
- Jefferies, 3 April 2013.
- The Seaport Group, 3 April 2013.
- Morningstar, Inc., 4 April 2013.
- MKM Partners, 9 April 2013.
- Scotiabank, 9 April 2013.
- Credit Suisse, 10 April 2013.

48

**Exhibit-1**

**Documents and Other Information Considered**

- Morgan Stanley, 10 April 2013.
- Jefferies, 16 April 2013.
- Sterne Agee, 22 April 2013.
- Wedge Partners, 25 April 2013.
- Jacob Securities, 26 April 2013.
- Jefferies, 29 April 2013.
- RBC Capital Markets, 29 April 2013.
- Jefferies, 2 May 2013.
- Evercore ISI, 3 May 2013.
- Canaccord Genuity, 5 May 2013.
- Pacific Crest Securities, 7 May 2013.
- Jefferies, 8 May 2013.
- Macquarie Research, 8 May 2013.
- Evercore ISI, 13 May 2013.
- Pacific Crest Securities, 13 May 2013.
- RBC Capital Markets, 13 May 2013.
- UBS Research, 13 May 2013.
- BMO Capital Markets, 14 May 2013.
- GMP Securities, 14 May 2013.
- Goldman Sachs, 14 May 2013.
- Jefferies, 14 May 2013.
- Morgan Stanley, 14 May 2013.
- National Bank Financial, 14 May 2013.
- Raymond James, 14 May 2013.
- RBC Capital Markets, 14 May 2013.
- UBS Research, 14 May 2013.
- Bernstein Research, 15 May 2013.
- Cormark Securities, 15 May 2013.
- Credit Suisse, 15 May 2013.
- TD Securities, 15 May 2013.
- Wells Fargo Securities, 15 May 2013.
- Jefferies, 16 May 2013.
- Trefis, 17 May 2013.
- Deutsche Bank, 23 May 2013.
- National Bank Financial, 27 May 2013.
- Pacific Crest Securities, 31 May 2013.
- Pacific Crest Securities, 5 June 2013.
- Jefferies, 7 June 2013.
- Societe Generale, 13 June 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Deutsche Bank, 14 June 2013.
- Wells Fargo Securities, 14 June 2013.
- RBC Capital Markets, 18 June 2013.
- Bernstein Research, 19 June 2013.
- Cormark Securities, 19 June 2013.
- Evercore ISI, 19 June 2013.
- Pacific Crest Securities, 19 June 2013.
- BMO Capital Markets, 20 June 2013.
- Jefferies, 20 June 2013.
- Macquarie Research, 20 June 2013.
- Raymond James, 20 June 2013.
- CIBC Capital Markets, 21 June 2013.
- Bernstein Research, 24 June 2013.
- Citi, 24 June 2013.
- National Bank Financial, 24 June 2013.
- Scotiabank, 24 June 2013.
- TD Securities, 24 June 2013.
- UBS Research, 24 June 2013.
- William Blair & Company, 24 June 2013.
- Cowen And Company, 25 June 2013.
- Cowen And Company, 25 June 2013.
- Deutsche Bank, 25 June 2013.
- Exane BNP Paribas, 25 June 2013.
- Jefferies, 25 June 2013.
- Morgan Stanley, 25 June 2013.
- RBC Capital Markets, 25 June 2013.
- MKM Partners, 26 June 2013.
- Trefis, 26 June 2013.
- Wedge Partners, 26 June 2013.
- BGC, 27 June 2013.
- BMO Capital Markets, 27 June 2013.
- CLSA, 27 June 2013.
- Bank of America Merrill Lynch, 28 June 2013.
- BGC, 28 June 2013.
- BMO Capital Markets, 28 June 2013.
- BMO Capital Markets, 28 June 2013.
- Standard & Poor's, 28 June 2013.
- Citi, 28 June 2013.
- Citi, 28 June 2013.

50

**Exhibit-1**

**Documents and Other Information Considered**

- Cowen And Company, 28 June 2013.
- Cowen And Company, 28 June 2013.
- Credit Suisse, 28 June 2013.
- Deutsche Bank, 28 June 2013.
- Evercore ISI, 28 June 2013.
- Evercore ISI, 28 June 2013.
- GMP Securities, 28 June 2013.
- Jefferies, 28 June 2013.
- Jefferies, 28 June 2013.
- Macquarie Research, 28 June 2013.
- MKM Partners, 28 June 2013.
- Morgan Stanley, 28 June 2013.
- Morgan Stanley, 28 June 2013.
- Nomura Equity Research, 28 June 2013.
- Oppenheimer And Co, 28 June 2013.
- Oppenheimer And Co, 28 June 2013.
- Raymond James, 28 June 2013.
- RBC Capital Markets, 28 June 2013.
- RBC Capital Markets, 28 June 2013.
- Scotiabank, 28 June 2013.
- Trefis, 28 June 2013.
- UBS Research, 28 June 2013.
- UBS Research, 28 June 2013.
- Wedge Partners, 28 June 2013.
- Wells Fargo Securities, 28 June 2013.
- Wells Fargo Securities, 28 June 2013.
- William Blair & Company, 28 June 2013.
- William Blair & Company, 28 June 2013.
- Morningstar, Inc., 29 June 2013.
- Canaccord Genuity, 30 June 2013.
- Robert W. Baird, 1 July 2013.
- Bernstein Research, 1 July 2013.
- CIBC Capital Markets, 1 July 2013.
- CLSA, 1 July 2013.
- Credit Suisse, 1 July 2013.
- Exane BNP Paribas, 1 July 2013.
- FBR Capital, 1 July 2013.
- Goldman Sachs, 1 July 2013.
- JP Morgan, 1 July 2013.

51

**Exhibit-1**

**Documents and Other Information Considered**

- Morgan Stanley, 1 July 2013.
- National Bank Financial, 1 July 2013.
- Needham, 1 July 2013.
- Nomura Equity Research, 1 July 2013.
- Pacific Crest Securities, 1 July 2013.
- Societe Generale, 1 July 2013.
- UBS Research, 1 July 2013.
- Standard & Poor's, 2 July 2013.
- Cormark Securities, 2 July 2013.
- TD Securities, 2 July 2013.
- ACI Research, 8 July 2013.
- Deutsche Bank, 9 July 2013.
- William Blair & Company, 9 July 2013.
- Pacific Crest Securities, 10 July 2013.
- Jefferies, 15 July 2013.
- Morningstar, Inc., 15 July 2013.
- Morningstar, Inc., 15 July 2013.
- JP Morgan, 16 July 2013.
- BMO Capital Markets, 18 July 2013.
- Standard & Poor's, 22 July 2013.
- Morgan Stanley, 31 July 2013.
- Hudson Square Research, 5 August 2013.
- Pacific Crest Securities, 7 August 2013.
- UBS Research, 9 August 2013.
- Wells Fargo Securities, 9 August 2013.
- BMO Capital Markets, 12 August 2013.
- Canaccord Genuity, 12 August 2013.
- Standard & Poor's, 12 August 2013.
- CIBC Capital Markets, 12 August 2013.
- Citi, 12 August 2013.
- Cormark Securities, 12 August 2013.
- Credit Suisse, 12 August 2013.
- Deutsche Bank, 12 August 2013.
- Evercore ISI, 12 August 2013.
- GMP Securities, 12 August 2013.
- Goldman Sachs, 12 August 2013.
- Hudson Square Research, 12 August 2013.
- Jefferies, 12 August 2013.
- Macquarie Research, 12 August 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Morningstar, Inc., 12 August 2013.
- Nomura Equity Research, 12 August 2013.
- Raymond James, 12 August 2013.
- Scotiabank, 12 August 2013.
- TD Securities, 12 August 2013.
- Wells Fargo Securities, 12 August 2013.
- BMO Capital Markets, 13 August 2013.
- Citi, 13 August 2013.
- Trefis, 13 August 2013.
- Nomura Equity Research, 14 August 2013.
- Standard & Poor's, 15 August 2013.
- Pacific Crest Securities, 16 August 2013.
- Jefferies, 19 August 2013.
- Scotiabank, 26 August 2013.
- Raymond James, 30 August 2013.
- Bank of America Merrill Lynch, 3 September 2013.
- CIBC Capital Markets, 3 September 2013.
- Raymond James, 3 September 2013.
- TD Securities, 3 September 2013.
- Canaccord Genuity, 4 September 2013.
- National Bank Financial, 4 September 2013.
- National Bank Financial, 4 September 2013.
- Cormark Securities, 5 September 2013.
- Wedge Partners, 6 September 2013.
- Pacific Crest Securities, 10 September 2013.
- Jefferies, 12 September 2013.
- Jefferies, 12 September 2013.
- Wells Fargo Securities, 18 September 2013.
- Standard & Poor's, 20 September 2013.
- Deutsche Bank, 20 September 2013.
- RBC Capital Markets, 20 September 2013.
- UBS Research, 20 September 2013.
- Citi, 21 September 2013.
- Makor Capital, 22 September 2013.
- Robert W. Baird, 23 September 2013.
- Bank of America Merrill Lynch, 23 September 2013.
- Bernstein Research, 23 September 2013.
- Citi, 23 September 2013.
- FBR Capital, 23 September 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Goldman Sachs, 23 September 2013.
- Goldman Sachs, 23 September 2013.
- Makor Capital, 23 September 2013.
- Nomura, 23 September 2013.
- Pacific Crest Securities, 23 September 2013.
- Pacific Crest Securities, 24 September 2013.
- Robert W. Baird, 24 September 2013.
- Exane BNP Paribas, 24 September 2013.
- FBR Capital, 24 September 2013.
- BGC, 26 September 2013.
- BGC, 27 September 2013.
- Goldman Sachs, 27 September 2013.
- Citi, 27 September 2013.
- Bernstein Research, 30 September 2013.
- FBR Capital, 30 September 2013.
- Nomura, 30 September 2013.
- Pacific Crest Securities, 30 September 2013.
- Robert W. Baird, 30 September 2013.
- Citi, 2 October 2013.
- Bernstein Research, 3 October 2013.
- CLSA, 6 October 2013.
- FBR Capital, 9 October 2013.
- Needham, 15 October 2013.
- FBR Capital, 1 November 2013.
- Citi, 4 November 2013.
- Makor Capital, 4 November 2013.
- Nomura, 4 November 2013.
- Pacific Crest Securities, 4 November 2013.
- CLSA, 4 November 2013.
- Goldman Sachs, 5 November 2013.
- Pacific Crest Securities, 7 December 2013.
- Citi, 10 December 2013.
- Bernstein Research, 16 December 2013.
- Citi, 18 December 2013.
- Exane BNP Paribas, 18 December 2013.
- BGC, 19 December 2013.
- BGC, 20 December 2013.
- Citi, 20 December 2013.
- Goldman Sachs, 22 December 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Robert W. Baird, 23 December 2013.
- Bank of America Merrill Lynch, 23 December 2013.
- Bernstein Research, 23 December 2013.
- FBR Capital, 23 December 2013.
- Hudson Square Research, 23 December 2013.
- Nomura, 23 December 2013.
- Exane BNP Paribas, 24 December 2013.
- Needham 27 December 2013.

**SEC FILINGS**

- Research In Motion Limited, Form 6-K, filed 30 March 2012.
- Research In Motion Limited, Form 6-K, filed 3 April 2012.
- Research In Motion Limited, Form 40-F, filed 9 April 2012.
- Research In Motion Limited, Form 6-K, filed 11 April 2012.
- Research In Motion Limited, Form 6-K, filed 18 April 2012.
- Research In Motion Limited, Form 6-K, filed 18 April 2012.
- Research In Motion Limited, Form 6-K, filed 1 May 2012.
- Research In Motion Limited, Form 6-K, filed 3 May 2012.
- Research In Motion Limited, Form 6-K, filed 3 May 2012.
- Research In Motion Limited, Form 6-K, filed 8 May 2012.
- Research In Motion Limited, Form 6-K, filed 8 May 2012.
- Research In Motion Limited, Form 6-K, filed 14 May 2012.
- Research In Motion Limited, Form 6-K, filed 17 May 2012.
- Research In Motion Limited, Form 6-K, filed 22 May 2012.
- Research In Motion Limited, Form 6-K, filed 29 May 2012.
- Research In Motion Limited, Form 6-K, filed 30 May 2012.
- Research In Motion Limited, Form 6-K, filed 14 June 2012.
- Research In Motion Limited, Form 6-K, filed 14 June 2012.
- Research In Motion Limited, Form 6-K, filed 29 June 2012.
- Research In Motion Limited, Form 6-K, filed 6 July 2012.
- Research In Motion Limited, Form 6-K, filed 6 July 2012.
- Research In Motion Limited, Form 6-K, filed 11 July 2012.
- Research In Motion Limited, Form 6-K, filed 16 July 2012.
- Research In Motion Limited, Form 6-K, filed 19 July 2012.
- Research In Motion Limited, Form 6-K, filed 25 July 2012.
- Research In Motion Limited, Form 6-K, filed 2 August 2012.
- Research In Motion Limited, Form 6-K, filed 9 August 2012.
- Research In Motion Limited, Form 6-K, filed 17 August 2012.

**Exhibit-1**

**Documents and Other Information Considered**

- Research In Motion Limited, Form 6-K, filed 6 September 2012.
- Research In Motion Limited, Form 6-K, filed 19 September 2012.
- Research In Motion Limited, Form 6-K, filed 20 September 2012.
- Research In Motion Limited, Form 6-K, filed 27 September 2012.
- Research In Motion Limited, Form 6-K, filed 28 September 2012.
- Research In Motion Limited, Form 6-K, filed 28 September 2012.
- Research In Motion Limited, Form 6-K, filed 19 October 2012.
- Research In Motion Limited, Form 6-K, filed 23 October 2012.
- Research In Motion Limited, Form 6-K, filed 8 November 2012.
- Research In Motion Limited, Form 6-K, filed 13 November 2012.
- Research In Motion Limited, Form 6-K, filed 15 November 2012.
- Research In Motion Limited, Form 6-K, filed 26 November 2012.
- Research In Motion Limited, Form 6-K, filed 27 November 2012.
- Research In Motion Limited, Form 6-K, filed 29 November 2012.
- Research In Motion Limited, Form 6-K, filed 4 December 2012.
- Research In Motion Limited, Form 6-K, filed 6 December 2012.
- Research In Motion Limited, Form 6-K, filed 12 December 2012.
- Research In Motion Limited, Form 6-K, filed 14 December 2012.
- Research In Motion Limited, Form 6-K, filed 17 December 2012.
- Research In Motion Limited, Form 6-K, filed 18 December 2012.
- Research In Motion Limited, Form 6-K, filed 21 December 2012.
- Research In Motion Limited, Form 6-K, filed 21 December 2012.
- Research In Motion Limited, Form 6-K, filed 8 January 2013.
- Research In Motion Limited, Form 6-K, filed 17 January 2013.
- Research In Motion Limited, Form 6-K, filed 23 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 29 January 2013.
- Research In Motion Limited, Form 6-K, filed 31 January 2013.
- Research In Motion Limited, Form 6-K, filed 31 January 2013.
- Research In Motion Limited, Form 6-K, filed 1 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 February 2013.
- Research In Motion Limited, Form 6-K, filed 8 February 2013.
- Research In Motion Limited, Form 6-K, filed 25 February 2013.
- Research In Motion Limited, Form 6-K, filed 26 February 2013.
- Research In Motion Limited, Form 6-K, filed 28 February 2013.
- Research In Motion Limited, Form 6-K, filed 6 March 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- Research In Motion Limited, Form 6-K, filed 13 March 2013.
- Research In Motion Limited, Form 6-K, filed 14 March 2013.
- Research In Motion Limited, Form 6-K, filed 22 March 2013.
- Research In Motion Limited, Form 6-KA, filed 22 March 2013.
- Research In Motion Limited, Form 6-K, filed 26 March 2013.
- Research In Motion Limited, Form 6-K, filed 28 March 2013.
- Research In Motion Limited, Form 40-F, filed 28 March 2013.
- Research In Motion Limited, Form 6-K, filed 15 April 2013.
- Research In Motion Limited, Form 6-K, filed 3 May 2013.
- Research In Motion Limited, Form 6-K, filed 15 May 2013.
- Research In Motion Limited, Form 6-K, filed 17 May 2013.
- Research In Motion Limited, Form 6-K, filed 28 May 2013.
- Research In Motion Limited, Form 6-K, filed 31 May 2013.
- Research In Motion Limited, Form 6-K, filed 5 June 2013.
- Research In Motion Limited, Form 6-K, filed 5 June 2013.
- Research In Motion Limited, Form 6-K, filed 25 June 2013.
- Research In Motion Limited, Form 6-K, filed 27 June 2013.
- Research In Motion Limited, Form 6-K, filed 28 June 2013.
- Research In Motion Limited, Form 6-K, filed 5 July 2013.
- Research In Motion Limited, Form S-8, filed 10 July 2013.
- BlackBerry Limited, Form 6-K, filed 12 July 2013.
- BlackBerry Limited, Form 6-K, filed 22 July 2013.
- BlackBerry Limited, Form 6-KA, filed 22 July 2013.
- BlackBerry Limited, Form 6-K, filed 30 July 2013.
- BlackBerry Limited, Form 6-K, filed 31 July 2013.
- BlackBerry Limited, Form 6-K, filed 1 August 2013.
- BlackBerry Limited, Form 6-K, filed 8 August 2013.
- BlackBerry Limited, Form 6-K, filed 12 August 2013.
- BlackBerry Limited, Form 6-K, filed 13 August 2013.
- BlackBerry Limited, Form 6-K, filed 26 August 2013.
- BlackBerry Limited, Form 6-K, filed 5 September 2013.
- BlackBerry Limited, Form 6-K, filed 9 September 2013.
- BlackBerry Limited, Form 6-K, filed 18 September 2013.
- BlackBerry Limited, Form 6-K, filed 18 September 2013.
- BlackBerry Limited, Form 6-K, filed 23 September 2013.
- BlackBerry Limited, Form 6-K, filed 23 September 2013.
- BlackBerry Limited, Form 6-K, filed 25 September 2013.
- BlackBerry Limited, Form 6-K, filed 25 September 2013.
- BlackBerry Limited, Form 6-K, filed 26 September 2013.

**Exhibit-1**

**Documents and Other Information Considered**

- BlackBerry Limited, Form 6-K, filed 27 September 2013.
- BlackBerry Limited, Form 6-K, filed 1 October 2013.
- BlackBerry Limited, Form 6-K, filed 2 October 2013.
- BlackBerry Limited, Form 6-K, filed 8 October 2013.
- BlackBerry Limited, Form 6-K, filed 16 October 2013.
- BlackBerry Limited, Form 6-K, filed 17 October 2013.
- BlackBerry Limited, Form 6-K, filed 23 October 2013.
- BlackBerry Limited, Form 6-K, filed 23 October 2013.
- BlackBerry Limited, Form 6-K, filed 29 October 2013.
- BlackBerry Limited, Form 6-K, filed 30 October 2013.
- BlackBerry Limited, Form 6-K, filed 1 November 2013.
- BlackBerry Limited, Form 6-K, filed 4 November 2013.
- BlackBerry Limited, Form 6-K, filed 7 November 2013.
- BlackBerry Limited, Form 6-K, filed 13 November 2013.
- BlackBerry Limited, Form 6-K, filed 13 November 2013.
- BlackBerry Limited, Form 6-K, filed 18 November 2013.
- BlackBerry Limited, Form 6-K, filed 19 November 2013.
- BlackBerry Limited, Form 6-K, filed 21 November 2013.
- BlackBerry Limited, Form 6-K, filed 25 November 2013.
- BlackBerry Limited, Form 6-K, filed 26 November 2013.
- BlackBerry Limited, Form 6-K, filed 26 November 2013.
- BlackBerry Limited, Form 6-K, filed 3 December 2013.
- BlackBerry Limited, Form 6-K, filed 5 December 2013.
- BlackBerry Limited, Form 6-K, filed 11 December 2013.
- BlackBerry Limited, Form 6-K, filed 13 December 2013.
- BlackBerry Limited, Form 6-K, filed 16 December 2013.
- BlackBerry Limited, Form 6-K, filed 17 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 18 December 2013.
- BlackBerry Limited, Form 6-K, filed 19 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 20 December 2013.
- BlackBerry Limited, Form S-8, filed 20 December 2013.
- BlackBerry Limited, Form S-8, filed 20 December 2013.
- BlackBerry Limited, Form 6-K, filed 3 January 2014.
- BlackBerry Limited, Form 6-K, filed 7 January 2014.
- BlackBerry Limited, Form 6-K, filed 8 January 2014.

**Exhibit-1**

**Documents and Other Information Considered**

- BlackBerry Limited, Form 6-K, filed 13 January 2014.
- BlackBerry Limited, Form 6-K, filed 15 January 2014.
- BlackBerry Limited, Form 6-K, filed 16 January 2014.
- BlackBerry Limited, Form 6-K, filed 17 January 2014.
- BlackBerry Limited, Form 6-K, filed 21 January 2014.
- BlackBerry Limited, Form 6-K, filed 28 January 2014.
- BlackBerry Limited, Form 6-K, filed 13 February 2014.
- BlackBerry Limited, Form 6-K, filed 24 February 2014.
- BlackBerry Limited, Form 6-K, filed 25 February 2014.
- BlackBerry Limited, Form 6-K, filed 17 March 2014.
- BlackBerry Limited, Form 6-K, filed 19 March 2014.
- BlackBerry Limited, Form 6-K, filed 21 March 2014.
- BlackBerry Limited, Form 6-K, filed 26 March 2014.
- BlackBerry Limited, Form 6-K, filed 27 March 2014.
- BlackBerry Limited, Form 6-K, filed 28 March 2014.
- BlackBerry Limited, Form 40-F, filed 28 March 2014.
- BlackBerry Limited, Form 6-K, filed 1 April 2014.
- BlackBerry Limited, Form 6-K, filed 1 April 2014.
- BlackBerry Limited, Form 6-K, filed 3 April 2014.
- BlackBerry Limited, Form 6-K, filed 8 April 2014.
- BlackBerry Limited, Form 6-K, filed 15 April 2014.
- BlackBerry Limited, Form 6-K, filed 15 April 2014.
- BlackBerry Limited, Form 6-K, filed 16 April 2014.
- BlackBerry Limited, Form 6-K, filed 17 April 2014.
- BlackBerry Limited, Form 6-K, filed 28 April 2014.
- BlackBerry Limited, Form 6-K, filed 5 May 2014.
- BlackBerry Limited, Form 6-K, filed 8 May 2014.
- BlackBerry Limited, Form 6-K, filed 12 May 2014.
- BlackBerry Limited, Form 6-K, filed 13 May 2014.
- BlackBerry Limited, Form 6-K, filed 15 May 2014.
- BlackBerry Limited, Form 6-K, filed 15 May 2014.
- BlackBerry Limited, Form 6-K, filed 21 May 2014.
- BlackBerry Limited, Form 6-K, filed 6 June 2014.
- BlackBerry Limited, Form 6-K, filed 12 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 13 June 2014.
- BlackBerry Limited, Form 6-K, filed 16 June 2014.
- BlackBerry Limited, Form 6-K, filed 18 June 2014.

**Exhibit-1**

**Documents and Other Information Considered**

- BlackBerry Limited, Form 6-K, filed 19 June 2014.
- BlackBerry Limited, Form 6-K, filed 19 June 2014.
- BlackBerry Limited, Form 6-K, filed 20 June 2014.
- BlackBerry Limited, Form 6-K, filed 20 June 2014.
- BlackBerry Limited, Form 6-K, filed 7 July 2014.
- BlackBerry Limited, Form 6-K, filed 21 July 2014.
- BlackBerry Limited, Form 6-K, filed 23 July 2014.
- BlackBerry Limited, Form S-8, filed 25 July 2014.
- BlackBerry Limited, Form 6-K, filed 29 July 2014.
- BlackBerry Limited, Form 6-K, filed 31 July 2014.
- BlackBerry Limited, Form 6-K, filed 6 August 2014.
- BlackBerry Limited, Form 6-K, filed 13 August 2014.
- BlackBerry Limited, Form 6-K, filed 18 August 2014.
- BlackBerry Limited, Form 6-K, filed 25 August 2014.
- BlackBerry Limited, Form 6-K, filed 11 September 2014.
- BlackBerry Limited, Form 6-K, filed 15 September 2014.
- BlackBerry Limited, Form 6-K, filed 15 September 2014.
- BlackBerry Limited, Form 6-K, filed 16 September 2014.
- BlackBerry Limited, Form 6-K, filed 17 September 2014.
- BlackBerry Limited, Form 6-K, filed 18 September 2014.

**ACADEMIC AND PROFESSIONAL LITERATURE**

- Ansari, A.R. and R. A. Bradley, "Rank-Sum Tests For Dispersions," *The Annals of Mathematical Statistics*, 31, 1960.
- Aktas, Nihat, et al., "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, 2007.
- Asquith, Paul, "Merger Bids, Uncertainty, and Stockholder Returns," *Journal of Financial Economics*, 1983.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, 1990.
- Ball, Ray, and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, 1978.
- Ball, Ray, and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, 1991.

**Exhibit-1**

**Documents and Other Information Considered**

- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stock Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements" *Journal of Accounting and Research*, 1968.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd ed., 1998.
- Binder, John J., "Measuring the Effects of Regulation with Stock Price Data," *The RAND Journal of Economics*, 1985.
- Box, G. E. P., and G. C. Tiao "Intervention Analysis with Applications to Economic and Environmental Problems," *Journal of the American Statistical Association*, 1975.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, And Bias," *Washington University Law Review*, 30 March 2015.
- Bromberg, Alan R. and Lewis D. Lowenfels, *Securities Fraud and Commodities Fraud,* December 2003.
- Campbell, John Y., Andrew W. Lo and A. Craig MacKinlay, *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Crew, Nicholas I., Marine A. Moore, and Kevin L. Gold, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Daniel, Wayne W., *Applied Nonparametric Statistics*, Houghton Mifflin, 1978.
- Degeorge, Francois, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, 1999.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *Journal of Finance*, 1991.
- Hollander, Myles, and Douglas A. Wolfe, *Nonparametric Statistical Methods*, John Wiley & Sons, 1973.
- Larcker, David F., et al., "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial & Quantitative Analysis*, 1980.
- Malatesta, Paul H., "Measuring Abnormal Performance: The Event Parameter Approach Using Joint Generalized Least Squares," *The Journal of Financial and Quantitative Analysis*, 1986.
- Miller, Rupert G., *Beyond ANOVA: Basics of Applied Statistics*, John Wiley & Sons, 1986.
- Patell, James M., and Mark A. Wolfson, "The Intraday Speed Of Adjustment Of Stock Prices To Earnings And Dividend Announcements," *Journal of Financial Economics*, 1984.

**Exhibit-1**

**Documents and Other Information Considered**

- Sprent, Peter and Nigel Smeeton, *Applied Nonparametric Statistical Methods*, 4th Edition, 2007.
- Tabak, David I., and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Thompson, Rex, "Conditioning the Return-Generating Process on Firm-Specific Events: A Discussion of Event Study Methods," *The Journal of Financial and Quantitative Analysis*, 1985.
- Watts, Ross L., "Systematic Abnormal Returns After Quarterly Earnings Announcements" *Journal of Financial Economics*, 1978.

**CONFERENCE CALLS**

- "Q2 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 27 September 2012.
- "Q3 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2012.
- "Q4 2013 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 March 2013.
- "Q1 2014 Research In Motion Limited Earnings Conference Call," *Thomson Reuters*, conference call, 28 June 2013.
- "Q3 2014 BlackBerry Ltd Earnings Conference Call," *Thomson Reuters*, conference call, 20 December 2013.

**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- Factiva
- Thomson Eikon

**LEGAL CASES**

- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y 2008).
- *Amgen Inc., et al. v. Connecticut Retirement Plans*, 133 S. Ct. 1184, 1190 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. (1988).

**Exhibit-1**

**Documents and Other Information Considered**

- *Cammer v. Bloom,* 711 F. Supp. 1264 (N.J., 1989).
- *Cheney v. Cyberguard Corp.,* 213 F.R.D. 484, 499 (S.D. Fl. 2003).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D.Tex. 2001).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).
- *Halliburton Co. Et Al. v. Erica P. John Fund, Inc.,* 573 U. S. 10 (2014).
- *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017).


**OTHER**

- Section 10(b) of the Exchange Act of 1934.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- "Brief of Financial Economists as Amici Curiae in Support of Respondents," *Halliburton Co. and David Lesar v., Erica P. John Fund, Inc.*, 5 February 2014.
- https://www.sec.gov/about/forms/formf-10.pdf.
- Any other documents and data cited in the report.

63

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


Babson College
Finance Division
Babson Park, MA  02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)


## TEACHING EXPERIENCE

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

64

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present          CROWNINSHIELD FINANCIAL RESEARCH, INC.
                        Brookline, MA
                        President and Senior Expert

1996 - 2008             THE MICHEL-SHAKED GROUP
                        Boston, MA
                        Senior Expert (2001 - 2008)
                        Affiliated Expert (1996 - 2001)

1987 - 1990             FEDERAL RESERVE BANK OF ATLANTA
                        Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment
        Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and
        Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010.  Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked).  *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*.  New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

69

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

**COURSES TAUGHT**

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*,
May 19, 2012.

70

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

71

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

72

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Mary K. Jones, et al., vs. Pfizer Inc., et al.
United States District Court
Southern District of New York
Civil Action no. 10-cv-03864-AKH
Deposition Testimony
January 2012 and October 2014

In Re Questcor Pharmaceuticals, Inc. Securities Litigation
Civil Action No. 12-cv-01623-DMG
United States District Court
Central District of California
Deposition Testimony
October 2014

In Re Longtop Financial Technologies, Ltd. Securities Litigation
Civil Action No. 11-cv-3658-SAS
United States District Court
Southern District of New York
Trial Testimony
November 2014

In Re Delcath Systems, Inc. Securities Litigation
Civil Action No. 13 Civ. 3116 (LGS)
United States District Court
Southern District of New York
Deposition Testimony
December 2014

In Re Prudential Financial, Inc. Securities Litigation
Civil Action No. 2:12-cv-05275-SDW-MCA
United States District Court
District of New Jersey
Deposition Testimony
January 2015

In Re Walter Energy, Inc. Securities Litigation
Civil Action No. 2:12-cv-00281-VEH
United States District Court
Northern District of Alabama
Deposition Testimony
January 2014 and March 2015

73

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re CVS Caremark Corporation Securities Litigation
Civil Action No. 1:09-cv-00554-S-DLM
United States District Court
District of Rhode Island
Deposition Testimony
March 2015

In Re JPMorgan Chase & Co. Securities Litigation
Civil Action No. 1:12-cv-03852-GBD
United States District Court
Southern District of New York
Deposition Testimony
March 2015

In Re Baxter International Inc., et al. Securities Litigation
Civil Action No. 1:10-cv-06016
United States District Court
Northern District of Illinois Eastern Division
Deposition Testimony
November 2014 and May 2015

In Re Goldman, Sachs & Co., et al. Securities Litigation
Civil Action No. 10 Civ. 4429 (MGC)
United States District Court
Southern District of New York
Deposition Testimony
June 2015

In Re United States of America, et al. v. Frank Kurnik and Pharmerica Corp., et al.
Case No. 3:11-cv-1464-JFA
United States District Court
District South Carolina
Deposition Testimony
June 2015

In Re HCA Holdings, Inc., Securities Litigation
Civil Action No. 3:11-cv-01033
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
June 2015

74

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Claude A. Reese, et al. v. Robert A. Malone, et al.
Civil Action No. C08-1008 MJP
United States District Court
Western District of Washington at Seattle
Deposition Testimony
June 2015

In Re Bridgepoint Education, Inc. Securities Litigation
Civil Action No. 3:12-cv-01737-JM-JLB
United States District Court
Southern District of California
Deposition Testimony
July 2015

In Re Dana Corporation, et al. Securities Litigation
Civil Action No. 3:05-cv-07393-JGC
United States District Court
Northern District of Ohio
Deposition Testimony
June 2015 and August 2015

In Re Las Vegas Sands Corp. Securities Litigation
Civil Action No. 2:10-cv-00765-KJD-LRL
United States District Court
District of Nevada
Deposition Testimony
March 2015 and December 2015

In Re Groupon, Inc. Securities Litigation
Civil Action No. 12-cv-2450
United States District Court
Northern District of Illinois
Deposition Testimony
February 2014 and December 2015
Testimony at Evidentiary Hearing
September 2014

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re: Petrobras Securities Litigation
Case No. 14-cv-9662 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
October 2015 and December 2015
Testimony at Evidentiary Hearing
December 2015

In Re Symbol Technologies, Inc. Securities Litigation
Civil Action No. 05-cv-3923-DRH
United States District Court
Eastern District of New York
Deposition Testimony
June 2014 and January 2016

In Re KBR, Inc. Securities Litigation
Case No. 4:14-CV-01287
United States District Court
Southern District of Texas
Deposition Testimony
April 2016

In Re: Petrobras Securities Litigation
Case No. 15-cv-04226 (JSR)
Case No. 15-cv-03923 (JSR)
Case No. 15-cv-03911 (JSR)
United States District Court
Southern District of New York
Deposition Testimony
June 2016

In Re World Acceptance Corporation Securities Litigation
Case No. 6:14-cv-01606
United States District Court
District of South Carolina
Deposition Testimony
February 2017

76

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Silver Wheaton Corp. Securities Litigation
Case No. 4 2:15-cv-05146
United States District Court
Central District of California
Deposition Testimony
February 2017

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
April 2017

In Re LSB Industries, Inc. Securities Litigation
Master File No. 1:15-cv-07614-RA
United States District Court
Southern District of New York
Deposition Testimony
June 2017

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

77

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

Daniel Turocy, et al., v. El Pollo Loco Holdings. Inc., et al.
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

**Exhibit-3**
**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**


In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

In re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

79

# Exhibit-4

## BlackBerry Common Stock Prices, Volume, and Returns

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 9/18/2012 | $7.42 | | | | |
| 9/19/2012 | $7.21 | $7.21 | $7.22 | 15,095,913 | -2.80% |
| 9/20/2012 | $6.91 | $6.90 | $6.91 | 14,045,297 | -4.32% |
| 9/21/2012 | $6.46 | $6.45 | $6.46 | 47,035,195 | -6.74% |
| 9/24/2012 | $6.31 | $6.30 | $6.31 | 20,314,096 | -2.35% |
| 9/25/2012 | $6.60 | $6.60 | $6.61 | 45,673,834 | 4.57% |
| 9/26/2012 | $7.00 | $7.00 | $7.01 | 43,578,891 | 5.88% |
| 9/27/2012 | $7.14 | $7.14 | $7.15 | 71,806,677 | 1.98% |
| 9/28/2012 | $7.50 | $7.50 | $7.51 | 138,673,168 | 4.92% |
| 10/1/2012 | $7.86 | $7.86 | $7.87 | 52,282,945 | 4.69% |
| 10/2/2012 | $8.27 | $8.27 | $8.28 | 54,976,511 | 5.08% |
| 10/3/2012 | $8.06 | $8.05 | $8.06 | 27,490,377 | -2.57% |
| 10/4/2012 | $8.23 | $8.22 | $8.23 | 19,902,827 | 2.03% |
| 10/5/2012 | $8.22 | $8.21 | $8.22 | 15,702,432 | -0.06% |
| 10/8/2012 | $8.24 | $8.23 | $8.24 | 12,204,236 | 0.24% |
| 10/9/2012 | $7.80 | $7.80 | $7.81 | 23,122,799 | -5.49% |
| 10/10/2012 | $7.76 | $7.75 | $7.76 | 18,926,339 | -0.51% |
| 10/11/2012 | $7.91 | $7.90 | $7.91 | 11,604,934 | 1.91% |
| 10/12/2012 | $7.80 | $7.79 | $7.80 | 13,409,907 | -1.40% |
| 10/15/2012 | $7.80 | $7.79 | $7.80 | 9,098,085 | 0.00% |
| 10/16/2012 | $7.83 | $7.82 | $7.83 | 11,466,307 | 0.38% |
| 10/17/2012 | $7.99 | $7.98 | $7.99 | 14,318,156 | 2.02% |
| 10/18/2012 | $7.84 | $7.84 | $7.85 | 16,320,319 | -1.90% |
| 10/19/2012 | $7.76 | $7.75 | $7.76 | 19,008,446 | -1.03% |
| 10/22/2012 | $7.69 | $7.69 | $7.70 | 11,922,186 | -0.91% |
| 10/23/2012 | $7.62 | $7.62 | $7.63 | 15,213,146 | -0.89% |
| 10/24/2012 | $7.52 | $7.52 | $7.53 | 9,130,632 | -1.34% |
| 10/25/2012 | $7.71 | $7.71 | $7.72 | 10,727,062 | 2.50% |
| 10/26/2012 | $7.57 | $7.56 | $7.57 | 11,422,946 | -1.83% |
| 10/31/2012 | $7.93 | $7.92 | $7.93 | 12,997,762 | 4.58% |
| 11/1/2012 | $8.70 | $8.70 | $8.71 | 38,696,362 | 9.33% |
| 11/2/2012 | $8.71 | $8.71 | $8.72 | 23,308,368 | 0.11% |
| 11/5/2012 | $8.90 | $8.88 | $8.89 | 27,578,940 | 2.16% |
| 11/6/2012 | $9.06 | $9.05 | $9.06 | 17,691,146 | 1.78% |
| 11/7/2012 | $8.24 | $8.24 | $8.25 | 34,864,493 | -9.49% |
| 11/8/2012 | $8.20 | $8.19 | $8.20 | 15,996,933 | -0.49% |
| 11/9/2012 | $8.54 | $8.53 | $8.54 | 20,124,043 | 4.06% |
| 11/12/2012 | $8.81 | $8.80 | $8.81 | 20,060,892 | 3.11% |

80

## Exhibit-4

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 11/13/2012 | $8.40 | $8.39 | $8.40 | 22,025,083 | -4.77% |
| 11/14/2012 | $8.49 | $8.48 | $8.49 | 14,714,764 | 1.07% |
| 11/15/2012 | $8.79 | $8.76 | $8.77 | 19,252,261 | 3.47% |
| 11/16/2012 | $9.20 | $9.20 | $9.21 | 34,369,865 | 4.56% |
| 11/19/2012 | $9.59 | $9.58 | $9.59 | 41,382,434 | 4.15% |
| 11/20/2012 | $9.71 | $9.70 | $9.71 | 48,345,841 | 1.19% |
| 11/21/2012 | $10.26 | $10.26 | $10.27 | 38,624,029 | 5.56% |
| 11/23/2012 | $11.66 | $11.66 | $11.67 | 72,773,068 | 12.79% |
| 11/26/2012 | $11.98 | $11.98 | $11.99 | 85,546,631 | 2.71% |
| 11/27/2012 | $10.72 | $10.72 | $10.73 | 82,778,392 | -11.11% |
| 11/28/2012 | $11.10 | $11.09 | $11.10 | 53,500,449 | 3.48% |
| 11/29/2012 | $11.54 | $11.54 | $11.55 | 82,918,100 | 3.89% |
| 11/30/2012 | $11.60 | $11.58 | $11.59 | 34,508,764 | 0.52% |
| 12/3/2012 | $11.60 | $11.58 | $11.59 | 37,332,530 | 0.00% |
| 12/4/2012 | $11.56 | $11.55 | $11.56 | 20,632,443 | -0.39% |
| 12/5/2012 | $11.94 | $11.93 | $11.94 | 31,252,379 | 3.28% |
| 12/6/2012 | $11.89 | $11.89 | $11.90 | 32,177,703 | -0.42% |
| 12/7/2012 | $12.01 | $12.01 | $12.02 | 23,882,225 | 1.00% |
| 12/10/2012 | $11.88 | $11.88 | $11.89 | 23,649,130 | -1.09% |
| 12/11/2012 | $12.60 | $12.60 | $12.61 | 42,325,776 | 5.88% |
| 12/12/2012 | $13.31 | $13.33 | $13.34 | 63,557,463 | 5.48% |
| 12/13/2012 | $13.86 | $13.85 | $13.86 | 81,960,862 | 4.05% |
| 12/14/2012 | $14.04 | $14.01 | $14.02 | 53,853,771 | 1.29% |
| 12/17/2012 | $13.93 | $13.92 | $13.93 | 43,946,364 | -0.82% |
| 12/18/2012 | $13.72 | $13.71 | $13.72 | 39,498,076 | -1.48% |
| 12/19/2012 | $13.63 | $13.63 | $13.64 | 26,778,142 | -0.66% |
| 12/20/2012 | $14.12 | $14.12 | $14.13 | 49,414,769 | 3.53% |
| 12/21/2012 | $10.91 | $10.91 | $10.92 | 148,513,429 | -25.79% |
| 12/24/2012 | $10.61 | $10.60 | $10.61 | 28,888,814 | -2.79% |
| 12/26/2012 | $11.83 | $11.82 | $11.83 | 70,729,160 | 10.84% |
| 12/27/2012 | $11.76 | $11.76 | $11.77 | 50,917,632 | -0.55% |
| 12/28/2012 | $11.79 | $11.77 | $11.78 | 28,980,030 | 0.25% |
| 12/31/2012 | $11.87 | $11.87 | $11.88 | 25,596,108 | 0.68% |
| 1/2/2013 | $11.72 | $11.71 | $11.72 | 29,358,046 | -1.31% |
| 1/3/2013 | $11.47 | $11.47 | $11.48 | 25,898,475 | -2.11% |
| 1/4/2013 | $11.95 | $11.94 | $11.95 | 30,634,756 | 4.10% |
| 1/7/2013 | $11.95 | $11.94 | $11.95 | 21,221,436 | 0.00% |
| 1/8/2013 | $11.91 | $11.91 | $11.92 | 33,556,588 | -0.34% |

81

## Exhibit-4

### BlackBerry Common Stock Prices, Volume, and Returns

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 1/9/2013 | $11.49 | $11.48 | $11.49 | 23,571,625 | -3.59% |
| 1/10/2013 | $11.92 | $11.91 | $11.92 | 24,420,126 | 3.67% |
| 1/11/2013 | $13.56 | $13.56 | $13.57 | 110,812,673 | 12.89% |
| 1/14/2013 | $14.95 | $14.95 | $14.96 | 143,351,564 | 9.76% |
| 1/15/2013 | $14.48 | $14.47 | $14.48 | 58,960,554 | -3.19% |
| 1/16/2013 | $14.74 | $14.72 | $14.73 | 67,425,958 | 1.78% |
| 1/17/2013 | $14.91 | $14.91 | $14.92 | 38,787,169 | 1.15% |
| 1/18/2013 | $15.84 | $15.84 | $15.85 | 71,148,594 | 6.05% |
| 1/22/2013 | $17.90 | $17.89 | $17.90 | 110,887,375 | 12.23% |
| 1/23/2013 | $17.35 | $17.30 | $17.31 | 75,503,467 | -3.12% |
| 1/24/2013 | $17.74 | $17.74 | $17.75 | 107,497,652 | 2.22% |
| 1/25/2013 | $17.54 | $17.54 | $17.55 | 57,502,475 | -1.13% |
| 1/28/2013 | $16.18 | $16.17 | $16.18 | 88,806,601 | -8.07% |
| 1/29/2013 | $15.66 | $15.66 | $15.67 | 106,787,080 | -3.27% |
| 1/30/2013 | $13.78 | $13.75 | $13.76 | 223,617,995 | -12.79% |
| 1/31/2013 | $12.98 | $12.96 | $12.97 | 111,078,390 | -5.98% |
| 2/1/2013 | $13.03 | $13.02 | $13.03 | 59,162,657 | 0.35% |
| 2/4/2013 | $14.98 | $14.98 | $14.99 | 82,329,091 | 14.00% |
| 2/5/2013 | $16.02 | $16.00 | $16.02 | 127,410,111 | 6.70% |
| 2/6/2013 | $16.05 | $16.04 | $16.05 | 100,297,566 | 0.19% |
| 2/7/2013 | $16.96 | $16.95 | $16.96 | 75,772,031 | 5.51% |
| 2/8/2013 | $16.49 | $16.48 | $16.49 | 61,281,667 | -2.81% |
| 2/11/2013 | $15.73 | $15.72 | $15.73 | 60,663,557 | -4.72% |
| 2/12/2013 | $15.20 | $15.19 | $15.20 | 44,188,612 | -3.43% |
| 2/13/2013 | $13.99 | $13.98 | $13.99 | 77,448,983 | -8.30% |
| 2/14/2013 | $15.07 | $15.07 | $15.08 | 112,501,284 | 7.44% |
| 2/15/2013 | $14.16 | $14.16 | $14.17 | 92,379,551 | -6.26% |
| 2/19/2013 | $14.36 | $14.36 | $14.37 | 45,976,590 | 1.40% |
| 2/20/2013 | $13.71 | $13.70 | $13.71 | 55,097,078 | -4.60% |
| 2/21/2013 | $13.88 | $13.86 | $13.87 | 49,717,518 | 1.23% |
| 2/22/2013 | $13.18 | $13.19 | $13.20 | 42,423,652 | -5.17% |
| 2/25/2013 | $13.25 | $13.24 | $13.25 | 35,635,885 | 0.53% |
| 2/26/2013 | $13.06 | $13.04 | $13.05 | 51,612,167 | -1.44% |
| 2/27/2013 | $13.25 | $13.25 | $13.26 | 38,341,855 | 1.44% |
| 2/28/2013 | $13.36 | $13.34 | $13.35 | 42,859,345 | 0.83% |
| 3/1/2013 | $13.26 | $13.26 | $13.27 | 38,925,685 | -0.75% |
| 3/4/2013 | $12.81 | $12.80 | $12.81 | 26,811,430 | -3.45% |
| 3/5/2013 | $12.58 | $12.57 | $12.58 | 27,008,576 | -1.81% |

## Exhibit-4

### BlackBerry Common Stock Prices, Volume, and Returns

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 3/6/2013 | $13.35 | $13.35 | $13.36 | 49,626,670 | 5.94% |
| 3/7/2013 | $13.22 | $13.20 | $13.21 | 27,039,469 | -0.98% |
| 3/8/2013 | $13.06 | $13.04 | $13.05 | 21,909,540 | -1.22% |
| 3/11/2013 | $14.90 | $14.89 | $14.90 | 92,554,885 | 13.18% |
| 3/12/2013 | $14.47 | $14.46 | $14.47 | 84,345,725 | -2.93% |
| 3/13/2013 | $15.65 | $15.64 | $15.65 | 81,681,993 | 7.84% |
| 3/14/2013 | $15.06 | $15.06 | $15.07 | 96,304,753 | -3.84% |
| 3/15/2013 | $14.99 | $14.99 | $15.00 | 39,132,003 | -0.47% |
| 3/18/2013 | $15.02 | $15.01 | $15.02 | 50,999,305 | 0.20% |
| 3/19/2013 | $15.03 | $15.02 | $15.03 | 27,633,581 | 0.07% |
| 3/20/2013 | $16.00 | $16.00 | $16.01 | 83,611,058 | 6.25% |
| 3/21/2013 | $16.16 | $16.15 | $16.17 | 46,741,488 | 1.00% |
| 3/22/2013 | $14.91 | $14.90 | $14.91 | 122,935,181 | -8.05% |
| 3/25/2013 | $14.23 | $14.22 | $14.23 | 77,908,159 | -4.67% |
| 3/26/2013 | $14.46 | $14.45 | $14.46 | 36,052,675 | 1.60% |
| 3/27/2013 | $14.57 | $14.56 | $14.57 | 50,703,562 | 0.74% |
| 3/28/2013 | $14.45 | $14.44 | $14.45 | 107,090,949 | -0.84% |
| 4/1/2013 | $15.11 | $15.10 | $15.11 | 57,368,517 | 4.49% |
| 4/2/2013 | $15.14 | $15.14 | $15.15 | 31,262,264 | 0.18% |
| 4/3/2013 | $15.03 | $15.01 | $15.03 | 39,001,643 | -0.70% |
| 4/4/2013 | $14.99 | $14.97 | $14.98 | 27,339,868 | -0.27% |
| 4/5/2013 | $14.70 | $14.69 | $14.70 | 20,931,480 | -1.95% |
| 4/8/2013 | $14.67 | $14.66 | $14.67 | 27,547,142 | -0.20% |
| 4/9/2013 | $14.85 | $14.84 | $14.85 | 19,469,941 | 1.22% |
| 4/10/2013 | $14.69 | $14.68 | $14.69 | 36,432,767 | -1.08% |
| 4/11/2013 | $13.55 | $13.55 | $13.56 | 79,302,929 | -8.08% |
| 4/12/2013 | $13.64 | $13.63 | $13.64 | 34,913,987 | 0.66% |
| 4/15/2013 | $13.71 | $13.70 | $13.71 | 21,245,857 | 0.51% |
| 4/16/2013 | $13.92 | $13.92 | $13.93 | 19,296,788 | 1.52% |
| 4/17/2013 | $13.91 | $13.90 | $13.91 | 29,612,223 | -0.07% |
| 4/18/2013 | $13.50 | $13.49 | $13.50 | 26,568,172 | -2.99% |
| 4/19/2013 | $13.84 | $13.83 | $13.84 | 24,115,733 | 2.49% |
| 4/22/2013 | $13.99 | $13.98 | $13.99 | 19,210,187 | 1.08% |
| 4/23/2013 | $14.33 | $14.33 | $14.34 | 20,391,875 | 2.40% |
| 4/24/2013 | $14.90 | $14.89 | $14.90 | 24,934,806 | 3.90% |
| 4/25/2013 | $14.81 | $14.79 | $14.80 | 30,622,196 | -0.61% |
| 4/26/2013 | $15.02 | $15.01 | $15.02 | 17,714,445 | 1.41% |
| 4/29/2013 | $15.61 | $15.60 | $15.61 | 26,635,538 | 3.85% |

# Exhibit-4

## BlackBerry Common Stock Prices, Volume, and Returns

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 4/30/2013 | $16.29 | $16.27 | $16.28 | 42,763,247 | 4.26% |
| 5/1/2013 | $15.80 | $15.79 | $15.80 | 33,387,010 | -3.05% |
| 5/2/2013 | $15.70 | $15.69 | $15.70 | 26,200,095 | -0.63% |
| 5/3/2013 | $15.63 | $15.62 | $15.63 | 24,378,180 | -0.45% |
| 5/6/2013 | $15.57 | $15.56 | $15.57 | 23,374,945 | -0.38% |
| 5/7/2013 | $14.82 | $14.82 | $14.83 | 35,247,713 | -4.93% |
| 5/8/2013 | $14.90 | $14.89 | $14.90 | 17,651,920 | 0.53% |
| 5/9/2013 | $15.39 | $15.38 | $15.39 | 40,573,762 | 3.24% |
| 5/10/2013 | $15.54 | $15.54 | $15.55 | 17,891,794 | 0.97% |
| 5/13/2013 | $15.88 | $15.87 | $15.88 | 29,031,444 | 2.16% |
| 5/14/2013 | $15.25 | $15.24 | $15.25 | 52,598,308 | -4.05% |
| 5/15/2013 | $15.00 | $15.00 | $15.01 | 26,907,835 | -1.65% |
| 5/16/2013 | $14.69 | $14.67 | $14.68 | 20,302,768 | -2.09% |
| 5/17/2013 | $14.62 | $14.61 | $14.62 | 15,555,318 | -0.48% |
| 5/20/2013 | $14.98 | $14.96 | $14.97 | 18,739,171 | 2.43% |
| 5/21/2013 | $14.77 | $14.75 | $14.76 | 14,379,109 | -1.41% |
| 5/22/2013 | $14.46 | $14.45 | $14.46 | 20,397,489 | -2.12% |
| 5/23/2013 | $14.43 | $14.43 | $14.44 | 15,360,974 | -0.21% |
| 5/24/2013 | $14.48 | $14.47 | $14.48 | 13,443,355 | 0.35% |
| 5/28/2013 | $14.36 | $14.35 | $14.36 | 14,572,504 | -0.84% |
| 5/29/2013 | $14.17 | $14.16 | $14.17 | 17,221,384 | -1.32% |
| 5/30/2013 | $14.42 | $14.41 | $14.42 | 20,149,705 | 1.75% |
| 5/31/2013 | $13.96 | $13.95 | $13.96 | 31,248,988 | -3.28% |
| 6/3/2013 | $13.61 | $13.60 | $13.61 | 25,367,460 | -2.50% |
| 6/4/2013 | $13.54 | $13.53 | $13.54 | 15,554,545 | -0.54% |
| 6/5/2013 | $13.63 | $13.62 | $13.63 | 24,507,736 | 0.68% |
| 6/6/2013 | $13.71 | $13.70 | $13.71 | 15,219,494 | 0.59% |
| 6/7/2013 | $13.86 | $13.85 | $13.86 | 18,479,987 | 1.09% |
| 6/10/2013 | $13.95 | $13.95 | $13.96 | 16,480,811 | 0.65% |
| 6/11/2013 | $13.66 | $13.66 | $13.67 | 11,886,245 | -2.10% |
| 6/12/2013 | $13.56 | $13.57 | $13.58 | 9,353,693 | -0.73% |
| 6/13/2013 | $14.42 | $14.43 | $14.44 | 32,410,666 | 6.15% |
| 6/14/2013 | $14.44 | $14.43 | $14.44 | 24,975,489 | 0.14% |
| 6/17/2013 | $14.30 | $14.28 | $14.29 | 12,300,630 | -0.97% |
| 6/18/2013 | $14.84 | $14.83 | $14.84 | 31,764,453 | 3.71% |
| 6/19/2013 | $14.18 | $14.18 | $14.19 | 34,805,579 | -4.54% |
| 6/20/2013 | $13.98 | $13.97 | $13.98 | 16,835,683 | -1.43% |
| 6/21/2013 | $13.78 | $13.77 | $13.78 | 14,483,320 | -1.48% |

84

**Exhibit-4**

**BlackBerry Common Stock Prices, Volume, and Returns**

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 6/24/2013 | $14.10 | $14.12 | $14.13 | 19,084,446 | 2.33% |
| 6/25/2013 | $14.56 | $14.58 | $14.59 | 17,614,765 | 3.21% |
| 6/26/2013 | $14.91 | $14.90 | $14.91 | 23,180,978 | 2.38% |
| 6/27/2013 | $14.48 | $14.48 | $14.49 | 37,254,066 | -2.93% |
| 6/28/2013 | $10.46 | $10.45 | $10.46 | 135,955,895 | -32.52% |
| 7/1/2013 | $10.29 | $10.28 | $10.29 | 41,031,720 | -1.64% |
| 7/2/2013 | $9.70 | $9.69 | $9.70 | 44,486,093 | -5.90% |
| 7/3/2013 | $9.65 | $9.66 | $9.67 | 22,531,733 | -0.52% |
| 7/5/2013 | $9.55 | $9.54 | $9.55 | 20,028,159 | -1.04% |
| 7/8/2013 | $9.55 | $9.54 | $9.55 | 16,694,742 | 0.00% |
| 7/9/2013 | $9.64 | $9.64 | $9.65 | 29,663,630 | 0.93% |
| 7/10/2013 | $9.28 | $9.27 | $9.28 | 31,053,833 | -3.80% |
| 7/11/2013 | $9.33 | $9.33 | $9.34 | 17,504,419 | 0.54% |
| 7/12/2013 | $9.24 | $9.23 | $9.24 | 12,837,161 | -0.97% |
| 7/15/2013 | $9.37 | $9.37 | $9.38 | 17,598,089 | 1.40% |
| 7/16/2013 | $9.13 | $9.12 | $9.13 | 18,590,506 | -2.65% |
| 7/17/2013 | $9.24 | $9.23 | $9.24 | 14,955,911 | 1.25% |
| 7/18/2013 | $9.12 | $9.11 | $9.12 | 12,464,406 | -1.31% |
| 7/19/2013 | $8.97 | $8.96 | $8.97 | 23,257,109 | -1.66% |
| 7/22/2013 | $9.08 | $9.07 | $9.08 | 15,314,877 | 1.22% |
| 7/23/2013 | $9.02 | $9.01 | $9.02 | 13,015,297 | -0.68% |
| 7/24/2013 | $9.00 | $9.00 | $9.01 | 12,936,632 | -0.21% |
| 7/25/2013 | $8.98 | $8.97 | $8.98 | 11,718,370 | -0.22% |
| 7/26/2013 | $8.88 | $8.87 | $8.88 | 13,419,751 | -1.12% |
| 7/29/2013 | $8.67 | $8.66 | $8.67 | 17,050,448 | -2.39% |
| 7/30/2013 | $8.70 | $8.69 | $8.70 | 14,896,167 | 0.35% |
| 7/31/2013 | $8.84 | $8.83 | $8.84 | 13,753,241 | 1.60% |
| 8/1/2013 | $8.76 | $8.75 | $8.76 | 8,644,653 | -0.91% |
| 8/2/2013 | $8.92 | $8.92 | $8.93 | 8,334,345 | 1.81% |
| 8/5/2013 | $9.58 | $9.57 | $9.58 | 33,519,217 | 7.12% |
| 8/6/2013 | $9.57 | $9.56 | $9.57 | 24,040,476 | -0.09% |
| 8/7/2013 | $9.21 | $9.20 | $9.21 | 17,229,111 | -3.83% |
| 8/8/2013 | $9.23 | $9.22 | $9.23 | 8,827,360 | 0.22% |
| 8/9/2013 | $9.76 | $9.76 | $9.77 | 51,135,869 | 5.58% |
| 8/12/2013 | $10.78 | $10.78 | $10.79 | 92,528,369 | 9.94% |
| 8/13/2013 | $10.93 | $10.92 | $10.93 | 126,857,193 | 1.38% |
| 8/14/2013 | $11.04 | $11.03 | $11.04 | 44,765,578 | 0.98% |
| 8/15/2013 | $10.96 | $10.95 | $10.96 | 20,673,398 | -0.75% |

85

## Exhibit-4

### BlackBerry Common Stock Prices, Volume, and Returns

18 September 2012 through 20 September 2013

| Date | BlackBerry Closing Price | BlackBerry Closing Bid | BlackBerry Closing Ask | BlackBerry Trading Volume | BlackBerry Logarithmic Return |
|---|---|---|---|---|---|
| 8/16/2013 | $10.51 | $10.51 | $10.52 | 29,130,316 | -4.15% |
| 8/19/2013 | $10.32 | $10.31 | $10.32 | 17,753,765 | -1.84% |
| 8/20/2013 | $10.54 | $10.53 | $10.54 | 16,219,572 | 2.12% |
| 8/21/2013 | $10.25 | $10.24 | $10.25 | 22,039,623 | -2.79% |
| 8/22/2013 | $10.19 | $10.27 | $10.19 | 8,868,639 | -0.59% |
| 8/23/2013 | $10.34 | $10.33 | $10.34 | 11,280,335 | 1.46% |
| 8/26/2013 | $10.42 | $10.42 | $10.43 | 14,313,275 | 0.77% |
| 8/27/2013 | $10.03 | $10.02 | $10.03 | 20,617,902 | -3.81% |
| 8/28/2013 | $10.30 | $10.30 | $10.31 | 31,232,450 | 2.67% |
| 8/29/2013 | $10.26 | $10.25 | $10.26 | 9,911,179 | -0.40% |
| 8/30/2013 | $10.12 | $10.10 | $10.11 | 12,684,526 | -1.37% |
| 9/3/2013 | $10.21 | $10.19 | $10.20 | 22,606,917 | 0.89% |
| 9/4/2013 | $10.75 | $10.75 | $10.76 | 30,214,064 | 5.15% |
| 9/5/2013 | $11.00 | $10.99 | $11.00 | 39,892,642 | 2.25% |
| 9/6/2013 | $10.84 | $10.83 | $10.84 | 16,878,310 | -1.42% |
| 9/9/2013 | $11.53 | $11.53 | $11.54 | 36,800,637 | 6.17% |
| 9/10/2013 | $10.94 | $10.94 | $10.95 | 34,195,119 | -5.25% |
| 9/11/2013 | $10.43 | $10.42 | $10.43 | 27,744,823 | -4.77% |
| 9/12/2013 | $10.43 | $10.43 | $10.44 | 17,823,314 | 0.00% |
| 9/13/2013 | $10.28 | $10.27 | $10.28 | 17,302,279 | -1.45% |
| 9/16/2013 | $10.32 | $10.31 | $10.32 | 13,957,272 | 0.34% |
| 9/17/2013 | $10.56 | $10.55 | $10.56 | 19,666,377 | 2.30% |
| 9/18/2013 | $10.40 | $10.40 | $10.41 | 20,951,609 | -1.48% |
| 9/19/2013 | $10.52 | $10.52 | $10.53 | 26,857,206 | 1.15% |
| 9/20/2013 | $8.73 | $8.72 | $8.73 | 71,770,449 | -18.71% |

**Source:** CRSP.

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 1 | 10-15 Associates, Inc. | - | 175 |
| 2 | 1832 Asset Management L.P. | 23,548 | 991,370 |
| 3 | 1919 Investment Counsel, LLC | - | 1,254 |
| 4 | A.R.T. Advisors, LLC | - | 201,025 |
| 5 | Abbot Downing Investment Advisors | 65 | 65 |
| 6 | Abner, Herrman & Brock Asset Management | 109,200 | 62,000 |
| 7 | Acadian Asset Management LLC | - | 354,492 |
| 8 | Accuro Investment Services AG | 9,600 | 9,600 |
| 9 | Acker Finley, Inc. | 2,600 | 2,600 |
| 10 | AcomeA SGR S.p.A. | 5,000 | 5,000 |
| 11 | Acuity Investment Management Inc. | 556,000 | 130,900 |
| 12 | Advisors Asset Management, Inc. | 19,408 | 15,859 |
| 13 | AEGON Investment Management B.V. | 237,049 | 252,337 |
| 14 | AGF Investments Inc. | 192,805 | 42,650 |
| 15 | Aktia Asset Management Oy Ab | - | 30,000 |
| 16 | Aletheia Research and Management, Inc._NLE | - | 5,570 |
| 17 | Alexandria Capital, LLC | - | 100 |
| 18 | AllianceBernstein L.P. | 129,600 | 63,701 |
| 19 | Allianz Global Investors Europe GmbH, UK Branch_NLE | 1,390 | 1,390 |
| 20 | Allianz Global Investors GmbH | 15,740 | - |
| 21 | Allstate Investments LLC | - | 32,000 |
| 22 | American Asset Management Inc. | - | 25 |
| 23 | American Century Investment Management, Inc. | 222,824 | 4,905,782 |
| 24 | American Financial Group, Inc. | 50,000 | 50,000 |
| 25 | AMP Capital Investors Limited | 707,576 | 645,102 |
| 26 | Amundi Asset Management | 200,462 | 163,286 |
| 27 | Amundi Deutschland GmbH | 42,999 | 42,999 |
| 28 | Anima SGR S.p.A. | 238,351 | 267,671 |
| 29 | Antipodean Advisors GP, LLC | 585,100 | 654,100 |
| 30 | Aperio Group, LLC | 85,399 | 90,750 |
| 31 | Apriem Advisors | 400 | 400 |
| 32 | AQR Capital Management, LLC | - | 129,500 |
| 33 | ArcoGest, SGC, S.A._NLE | 5,791 | 5,651 |
| 34 | Argenta Fund | 22,018 | 22,018 |
| 35 | Arrowstreet Capital, Limited Partnership | 8,675,997 | 10,154,889 |
| 36 | Ascend Capital, LLC | 209,076 | - |
| 37 | ATB Investment Management Inc. | 289,200 | 339,000 |
| 38 | ATL 12 Capital Gestión SGIIC, S.A. | 45,319 | 30,027 |
| 39 | Aviva Investors France S.A. | 456,778 | 450,000 |
| 40 | Aviva Investors Global Services Limited | 180,401 | 181,603 |
| 41 | AXA Investment Managers Paris | 179,987 | 179,987 |

## Exhibit-5

### BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 42 | AXA Investment Managers UK Ltd. | 7,300 | - |
| 43 | AXA Rosenberg Investment Management LLC | 7,500 | - |
| 44 | AXA Towarzystwo Funduszy Inwestycyjnych S.A. | 118,270 | - |
| 45 | Axxion S.A. | - | 75,000 |
| 46 | B & T Capital Management DBA Alpha Capital Management | 19,000 | - |
| 47 | B. Madrid Gestión de Activos S.G.I.I.C., S.A. | 1,896 | - |
| 48 | Baillie Gifford & Co. | 646,302 | 646,302 |
| 49 | Bâloise Asset Management | 10,790 | 10,756 |
| 50 | Bank of America Merrill Lynch (US) | 6,993,687 | 2,526,361 |
| 51 | Bank of Nova Scotia | 1,881,115 | 2,198,482 |
| 52 | Bankia Banca Privada Gestion SGIIC S.A._NLE | 6,817 | 6,817 |
| 53 | Bankia Fondos, S.G.I.I.C., S.A. | 14,979 | 38,276 |
| 54 | Bankinter Gestión de Activos, SGIIC S.A. | 699 | 9,448 |
| 55 | Barclays Bank (France) S.A. | 370 | 370 |
| 56 | Barclays Capital | 530,871 | 295,329 |
| 57 | Barclays Capital Inc. | 370,466 | 189,912 |
| 58 | Barclays Wealth | 3,540 | 3,540 |
| 59 | Barclays Wealth Trustees (Guernsey) Ltd. | 220 | 220 |
| 60 | BBR Partners LLC | 35,887 | 35,887 |
| 61 | BBVA Asset Management, S.A., S.G.I.I.C. | 20,609 | 865 |
| 62 | BBVA Patrimonios Gestora S.G.I.I.C., S.A._NLE | 865 | 865 |
| 63 | BCEE Asset Management | 2,500 | - |
| 64 | Bessemer Trust Company, N.A. (US) | 200 | 200 |
| 65 | BlackRock Advisors (UK) Limited | 19,700 | 4,700 |
| 66 | BlackRock Institutional Trust Company, N.A. | 1,330,578 | 821,235 |
| 67 | Bluefin Trading, LLC | - | 33,218 |
| 68 | BMO Asset Management Inc. | 868,943 | 314,304 |
| 69 | BMO Capital Markets (US) | 107,400 | 26,011 |
| 70 | BMO Harris Bank N.A. | - | 300 |
| 71 | BMO Nesbitt Burns Inc. | 5,370,756 | 5,433,376 |
| 72 | BNP Paribas Securities Corp. North America | 107,850 | 105,929 |
| 73 | BNY Mellon Asset Management | 181,613 | 131,025 |
| 74 | BNY Mellon Wealth Management | 7,250 | 5,100 |
| 75 | BonaVista Asset Management Ltd._NLE | 7,890 | 7,890 |
| 76 | Boston Private Bank & Trust Company | 102 | 402 |
| 77 | Bragg Financial Advisors, Inc. | 45,000 | 45,000 |
| 78 | Brandes Investment Partners, L.P. | 23,320 | 23,320 |
| 79 | Brandywine Global Investment Management, LLC | 60 | - |
| 80 | Bridgehampton Capital Management, L.L.C._NLE | 154,500 | 103,000 |
| 81 | BTG Pactual Asset Management US, LLC | - | 144,000 |
| 82 | CA Indosuez (Switzerland) S.A. | 617,557 | - |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 83 | Cadian Capital Management LP | 2,608,884 | 3,425,000 |
| 84 | Candriam Belgium S.A. | - | 21,800 |
| 85 | Canso Investment Counsel Ltd. | 7,500 | 5,500 |
| 86 | Cap West Equities | 1,400 | 1,400 |
| 87 | Capital Fund Management S.A. | 910,500 | - |
| 88 | Capital Research Global Investors | 375,000 | 375,000 |
| 89 | Casa4Funds Luxembourg European Asset Management S.A. | 2,000 | 2,000 |
| 90 | Cassels Investment Management Inc. | - | 2,666 |
| 91 | Centaur Asset Management (Pty.) Ltd. | 50,000 | - |
| 92 | Charles Schwab Investment Management, Inc. | 111,041 | 108,510 |
| 93 | Chilton Capital Management, LLC | 29 | 29 |
| 94 | Chou Associates Management Inc. | 185,000 | 185,000 |
| 95 | CI Investments Inc. | 2,853,600 | - |
| 96 | CIBC Asset Management Inc. | 299,599 | 299,815 |
| 97 | CIBC Atlantic Trust Private Wealth Management | 10 | - |
| 98 | CIBC World Markets Inc. | 6,182,305 | 6,124,597 |
| 99 | Citadel LLC | 511,841 | 622,829 |
| 100 | Citi Investment Research (US) | 2,513,577 | 597,654 |
| 101 | ClearArc Capital, Inc. | 12,831 | 12,842 |
| 102 | ClearBridge Investments, LLC | 730 | 781 |
| 103 | Coatue Capital, L.L.C. | 6,291,159 | 6,416,494 |
| 104 | Columbia Threadneedle Investments (US) | 1,271 | 268,731 |
| 105 | Comerica, Inc. | 3,737 | 3,248 |
| 106 | Commerzbank AG | 1,397,911 | 1,225,562 |
| 107 | Commonwealth Bank of Australia | - | 145,847 |
| 108 | Commonwealth Financial Network | 16,122 | 21,297 |
| 109 | Community Financial Services Group, LLC | 200 | 200 |
| 110 | Connor, Clark & Lunn Investment Management Ltd. | 6,585,580 | 4,048,555 |
| 111 | Coronation Fund Managers Limited | 103,300 | 103,300 |
| 112 | Counsel Portfolio Services, Inc. | 217,624 | 199,119 |
| 113 | Cowen Inc. | - | 8,100 |
| 114 | Cowen Investment Management LLC | - | 35,000 |
| 115 | CP Invest Investicni Spolecnost a.s._NLE | 72,400 | 72,400 |
| 116 | Creative Planning, Inc. | 41,805 | 43,430 |
| 117 | Credit Suisse Asset Management | 291,463 | 353,657 |
| 118 | Credit Suisse Asset Management Funds S.p.A. | 166,018 | - |
| 119 | Crédit Suisse Gestión S.G.I.I.C., S.A. | 799 | 779 |
| 120 | Credit Suisse Private Banking (Switzerland) | 25,000 | 25,000 |
| 121 | Crosslink Capital, Inc. | 272,246 | - |
| 122 | Crossmark Global Investments, Inc | 22,728 | 22,798 |
| 123 | Cumberland Private Wealth Management Inc. | 12,600 | 11,700 |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 124 | D. E. Shaw & Co., L.P. | 15,917 | 1,152,910 |
| 125 | D.A. Davidson & Co. | 3,156 | 2,226 |
| 126 | Dahl & Partner Vermögensverwaltung AG | 20,000 | 20,000 |
| 127 | Daiwa Asset Management Co., Ltd. | - | 17,200 |
| 128 | Dalton Strategic Partnership, L.L.P. | 37,770 | - |
| 129 | Danske Capital | 2,377 | 2,377 |
| 130 | Danske Capital (Sweden) | 4,720 | 4,720 |
| 131 | Davis-Rea Ltd. | 13,775 | 13,975 |
| 132 | DB Platinum Advisors | 62,841 | 63,554 |
| 133 | Degroof Petercam Asset Management | 30,290 | 29,090 |
| 134 | DekaBank Deutsche Girozentrale | - | 318,200 |
| 135 | Deutsche Asset Management Americas | 627,168 | 3,326,562 |
| 136 | Deutsche Asset Management Investment GmbH | 169 | 2,969 |
| 137 | Deutsche Asset Management Investmentgesellschaft mbH_NLE | 87,860 | 63,660 |
| 138 | Deutsche Asset Management, S.G.I.I.C., S.A. | 169 | 165 |
| 139 | Deutsche Bank Securities Inc. | 200,314 | 47,814 |
| 140 | Dimensional Fund Advisors, L.P. | 898,064 | 841,019 |
| 141 | Dimensional Fund Advisors, Ltd. | 18,982 | 18,982 |
| 142 | Discovery Capital Management, LLC | 552,500 | - |
| 143 | Diversified Investment Strategies, LLC | 272,525 | 273,425 |
| 144 | Dorsal Capital Management, LLC | 450,000 | 500,000 |
| 145 | Duncker, Streett & Co., L.L.C. | - | 275 |
| 146 | Dynamic Capital Management LLC | 107,900 | 34,300 |
| 147 | E.Öhman J:or Fonder AB | 3,600 | 3,600 |
| 148 | Ecofi Investissements S.A | 19,348 | - |
| 149 | Edge Wealth Management LLC | 5,000 | - |
| 150 | EDM Gestión S.A., S.G.I.I.C. | 680 | 680 |
| 151 | EDMP, Inc. | 20,567 | 20,622 |
| 152 | Egeria Activos SGIIC S.A.U | 3,993 | 3,897 |
| 153 | Ellington Management Group, L.L.C. | - | 13,000 |
| 154 | Emory University | 300 | 300 |
| 155 | Enterprise Financial Services Corp. | 262 | 262 |
| 156 | ERSTE-SPARINVEST Kapitalanlagegesellschaft mbH | 8,436 | 8,436 |
| 157 | Espalier Global Management LLC | 1,698,762 | - |
| 158 | Etienne, Odier, Pythoud & Cie S.A. | 3,500 | 3,500 |
| 159 | Eurizon Capital S.A. | 4,268 | 4,864 |
| 160 | Federated Investment Management Company | 1,600 | 18,900 |
| 161 | Fidelity Institutional Asset Management | 602,735 | 8,782,835 |
| 162 | Fidelity International | - | 13,900 |
| 163 | Fidelity Management & Research Company | 2,841,700 | 2,139,857 |
| 164 | Fiera Capital Corporation | 916,862 | 967,512 |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 165 | FIL Investment Management (Hong Kong) Limited | 3,694 | 2,892 |
| 166 | Financial Architects Inc. | - | 5,000 |
| 167 | Financial Management Professionals, Inc. | 600 | 600 |
| 168 | FineMark National Bank & Trust | 500 | 500 |
| 169 | First Allied Asset Management, Inc. | - | 12,870 |
| 170 | First Asset Investment Management, Inc. | 474,021 | 22,123 |
| 171 | First Citizens Bank & Trust Company | 265,910 | 277,226 |
| 172 | First New York Capital Corp. | 138,000 | 32,000 |
| 173 | First Trust Advisors L.P. | 18,953 | 24,811 |
| 174 | Foresight Asset Management, L.L.C._NLE | 2,000 | 2,000 |
| 175 | Foresters Asset Management Inc | 196,025 | - |
| 176 | Foyston, Gordon & Payne Inc. | - | 498,926 |
| 177 | Franklin Advisers, Inc. | 450,000 | 450,000 |
| 178 | Franklin Equity Group | 200 | 200 |
| 179 | Franklin Templeton Investments Corporation | 133,270 | 42,650 |
| 180 | Front Street Capital, Inc._NLE | 27,300 | 10,000 |
| 181 | FTB Advisors, Inc. | 420 | 420 |
| 182 | Galaxy Capital Trading Ltd_NLE | - | 54,800 |
| 183 | GAM Investment Management (Switzerland) AG | 6,802 | 7,011 |
| 184 | GCIC Ltd. - (Sibling)_NLE | - | 969,000 |
| 185 | Generali Investments CEE, a.s. | 72,400 | 72,400 |
| 186 | Geode Capital Management, L.L.C. | 73,027 | 162,478 |
| 187 | George V Asset Management | - | 1,000 |
| 188 | Gescooperativo, S.A., S.G.I.I.C. | 14,348 | 14,007 |
| 189 | Gesinter S.G.I.I.C., S.A. | 16,975 | 14,615 |
| 190 | Gesiuris Asset Management S.G.I.I.C., S.A. | 6,688 | 6,529 |
| 191 | Gestión Santander Mexico S.A. de C.V. | 70 | 70 |
| 192 | Glenmede Investment Management LP | 35,055 | 35,055 |
| 193 | GLG LLC | - | 15,000 |
| 194 | GLG Partners LP | - | 50,000 |
| 195 | Goldman Sachs & Company, Inc. | 3,739,767 | 1,716,200 |
| 196 | Goldman Sachs Asset Management (US) | 198,336 | 179,314 |
| 197 | Goldman Sachs Financial Markets LP | 168,188 | 157,085 |
| 198 | Goldman Sachs International | 607,191 | 623,801 |
| 199 | Gotham Asset Management, LLC | - | 158,049 |
| 200 | Graham Capital Management, L.P. | - | 50,000 |
| 201 | Grantham Mayo Van Otterloo & Co LLC | 7,374,018 | 5,969,118 |
| 202 | Great Oaks Capital Management, LLC | 24,750 | 24,750 |
| 203 | Group One Trading, L.P. | - | 23,067 |
| 204 | Gruss Asset Management, L.P. | - | 9,000 |
| 205 | Gryphon Investment Counsel, Inc. | 11,800 | 11,800 |

91

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 206 | GSA Capital Partners LLP | 61,182 | 62,324 |
| 207 | Guardian Capital Advisors LP | - | 13,465 |
| 208 | Guggenheim Investments | 43,441 | 64,778 |
| 209 | Guinness Atkinson Asset Management Inc. | 36,660 | 36,660 |
| 210 | Gustavia Fonder AB_NLE | 1,374 | 1,374 |
| 211 | GVC Gaesco Gestión SGIIC S.A. | 14,694 | 15,901 |
| 212 | GWL Investment Management Ltd. | 701,861 | 673,407 |
| 213 | Hamblin Watsa Investment Counsel Ltd. | 51,854,700 | 51,854,700 |
| 214 | Handelsbanken Asset Management | 33,456 | 30,196 |
| 215 | HAP Trading, LLC | 35,700 | 117,122 |
| 216 | HBK Investments, L.P. | 50,000 | - |
| 217 | Hexavest Inc. | 2,201,412 | 2,094,446 |
| 218 | Highlander Capital Management, LLC | 2,250 | 2,250 |
| 219 | HighMark Capital Management Inc. | 1,000 | 2,650 |
| 220 | Highside Capital Management, L.P._NLE | - | 355,000 |
| 221 | Hightower Advisors, LLC | 40,110 | 44,578 |
| 222 | Hillsdale Investment Management Inc. | 10,800 | 800 |
| 223 | Hoplite Capital Management, L.P. | 542,300 | - |
| 224 | Horizons ETFs Management (Canada) Inc. | 40,273 | 464,686 |
| 225 | Hottinger Asset Management Canada, Inc. (Toronto) | 1,000 | 1,000 |
| 226 | HSBC Global Asset Management (Canada) Limited | 200 | - |
| 227 | HSBC Global Asset Management (Hong Kong) Limited | 1,655 | 1,655 |
| 228 | HSBC Global Asset Management (International) Limited | 10,000 | 10,000 |
| 229 | HSBC Global Asset Management (UK) Limited | 275,577 | 103,685 |
| 230 | Hudock Moyer Wealth Resources, LLC | 400 | 600 |
| 231 | Huntington Private Financial Group | 130 | 130 |
| 232 | I.G. Investment Management, Ltd. | - | 559,678 |
| 233 | Ibercaja Gestión S.G.I.I.C., S.A. | 487 | 487 |
| 234 | Independent Investors, Inc. | 10,600 | 10,600 |
| 235 | Independent Order of Foresters | 37,879 | 47,121 |
| 236 | Industrial Alliance Investment Management Inc. | - | 98,700 |
| 237 | Insiderfonder AB | 60,651 | - |
| 238 | Intact Investment Management Inc. | 605,500 | 314,400 |
| 239 | Invesco Advisers, Inc. | 2,877,900 | 2,344,400 |
| 240 | INVESCO Asset Management (Japan) Ltd. | 41,664 | 41,264 |
| 241 | INVESCO Asset Management Deutschland GmbH | 165,600 | 128,400 |
| 242 | INVESCO Asset Management Limited | 42,000 | 42,000 |
| 243 | Invesco Canada Ltd. | 1,421,508 | 1,996,027 |
| 244 | Invesco Hong Kong Limited | 18,978 | 18,978 |
| 245 | Invesco Management Group, Inc. | 186,300 | 186,300 |
| 246 | Invesco PowerShares Capital Management LLC | 50,114 | 46,565 |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 247 | Investors Capital Advisory Services_NLE | 27,048 | - |
| 248 | Investors Towarzystwo Funduszy Inwestycyjnych S.A. | - | 38,900 |
| 249 | Invex Operadora, S.A. de C.V. | 125,000 | 125,000 |
| 250 | Invictus RG Pte. Ltd. | 14,649 | 14,910 |
| 251 | Ireland Strategic Investment Fund | 33,709 | 33,709 |
| 252 | J. Zechner Associates, Inc. | 148,122 | 73,922 |
| 253 | J.P. Morgan Securities LLC | 1,286,116 | 1,340,794 |
| 254 | J.P. Morgan Securities plc | 62,811 | 55,901 |
| 255 | Jabre Capital Partners S.A. | - | 210,000 |
| 256 | Jane Street Capital, L.L.C. | 36,648 | 208,408 |
| 257 | Janney Montgomery Scott LLC | 55,847 | 42,350 |
| 258 | Janus Henderson Investors | 21,668 | 368,154 |
| 259 | Jarislowsky Fraser, Ltd. | 33,458 | 33,092 |
| 260 | JAT Capital Partners | 1,203,148 | 3,950,000 |
| 261 | Jefferies LLC | 9,930 | - |
| 262 | Joel Isaacson & Co., LLC | 30 | - |
| 263 | JP Morgan Asset Management | 714,867 | 56,798 |
| 264 | JPMorgan Asset Management U.K. Limited | 14,062 | 1,278 |
| 265 | JPMorgan Private Bank (United States) | - | 150 |
| 266 | Jump Trading, LLC | 610 | - |
| 267 | Jupiter Asset Management Ltd. | 596,366 | 649,433 |
| 268 | KBC Asset Management N.V. | 3,006 | 3,024 |
| 269 | KBC Fund Management Limited | 461 | 3,551 |
| 270 | King Investment Advisors, Inc._NLE | 395,095 | 328,065 |
| 271 | KLP Forsikring | 24,500 | 24,500 |
| 272 | Ladenburg Thalmann Asset Management Inc. (LTAM) | 15,876 | 26,611 |
| 273 | Landry Investment Management Inc. | 16,300 | 2,500 |
| 274 | Lansförsäkringar Fondförvaltning AB | 10,100 | 8,100 |
| 275 | Legal & General Investment Management Ltd. | 2,379,595 | 2,308,369 |
| 276 | Lemanik Asset Management S.A. | 5,500 | 5,500 |
| 277 | Light Street Capital Management, LLC | 100,000 | - |
| 278 | Lincluden Management Ltd. | 866,045 | 874,640 |
| 279 | LOGiQ Asset Management Ltd | - | 165,122 |
| 280 | Louisbourg Investments Inc. | - | 2,675 |
| 281 | LOYS AG | 413,800 | 413,800 |
| 282 | LPL Financial LLC | 73,397 | 47,375 |
| 283 | LS Investment Advisors, LLC | 230 | 230 |
| 284 | Lyons Wealth Management, LLC | - | 5,000 |
| 285 | Lyxor Asset Management | 33,822 | 33,561 |
| 286 | Mackenzie Financial Corporation | 41,277 | 34,777 |
| 287 | Macquarie Investment Management Ltd. | 10,170 | - |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 288 | Madison Street Partners, LLC | - | 15,000 |
| 289 | Managed Account Advisors LLC | 5,343 | 2,996 |
| 290 | Manulife Asset Management Limited | 649,861 | 11,254,837 |
| 291 | March Asset Management, S.G.I.I.C., S.A.U. | - | 12,196 |
| 292 | Marco Investment Management, L.L.C. | - | 4,950 |
| 293 | Marketocracy Capital Management, LLC | 1,200 | - |
| 294 | Marque Millennium Capital Management LLC | 54,010 | 54,010 |
| 295 | Marret Asset Management Inc. | 139,270 | 139,270 |
| 296 | Marshall Wace LLP | 16,701 | - |
| 297 | McElvaine Investment Management Ltd. | 250,000 | 250,000 |
| 298 | MCF Advisors LLC | 880 | 880 |
| 299 | MEAG Munich ERGO Kapitalanlagegesellschaft mbH | 110,000 | 110,000 |
| 300 | Meditor Capital Management Limited | 2,210,000 | 3,170,000 |
| 301 | Mellon Capital Management Corporation | 328,597 | 304,799 |
| 302 | Menlo Advisors LLC | 209,435 | - |
| 303 | Merchbanc S.G.I.I.C., S.A. | - | 21,944 |
| 304 | Merrill Lynch Pierce Fenner & Smith S.A.S. | 24,213 | 24,213 |
| 305 | Metropolitan Life Insurance Co. (US) | 1,875 | 3,300 |
| 306 | MFS Investment Management | 7,968 | 7,968 |
| 307 | Millennium Management LLC | - | 168,415 |
| 308 | Mitsubishi UFJ Kokusai Asset Management Co., Ltd. | 34,424 | 34,424 |
| 309 | Mizuho Asset Management Co., Ltd._NLE | 1,100 | 1,100 |
| 310 | Montepio Gestão de Activos - SGFI, S.A. | - | 4,000 |
| 311 | Montrusco Bolton Investments Inc. | 1,545,164 | 1,540,889 |
| 312 | Moon Capital Management LP | 157,224 | - |
| 313 | Morgan Meighen & Associates Ltd. | 47,700 | 47,700 |
| 314 | Morgan Stanley & Co. International Plc | 10,290 | 74,538 |
| 315 | Morgan Stanley & Co. LLC | 5,097,270 | 1,543,481 |
| 316 | Morgan Stanley Canada Limited | 410,521 | 59,972 |
| 317 | Morgan Stanley Investment Management (Japan) Co., Ltd. | - | 100 |
| 318 | Morgan Stanley Wealth Management | 808,168 | 628,787 |
| 319 | Morgens, Waterfall, Vintiadis & Co., Inc. | - | 163,000 |
| 320 | myCIO Wealth Partners, LLC | 3,645 | 2,635 |
| 321 | National Asset Management, Inc. | - | 12,125 |
| 322 | Natixis Arbitrage | 10,000 | 7,200 |
| 323 | New England Securities Corp_NLE | 80 | 80 |
| 324 | Nexus Investment Management Inc. | 112,935 | 118,110 |
| 325 | Nikko Asset Management Co., Ltd. | 14,200 | 17,100 |
| 326 | NNIP Asset Management B.V. | 6,635 | - |
| 327 | Nomura Asset Management (UK) Ltd. | - | 12,100 |
| 328 | Nomura Asset Management Co., Ltd. | - | 50,000 |

94

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 329 | Nomura Securities Co., Ltd. | 888,772 | 600,911 |
| 330 | NORD/LB Asset Management AG | 802 | 802 |
| 331 | Norges Bank Investment Management (NBIM) | 4,636,020 | 4,636,020 |
| 332 | NorthCoast Asset Management LLC | - | 49,991 |
| 333 | Northern Trust Global Investments | 47,255 | 46,063 |
| 334 | Northern Trust Investments, Inc. | 19,130 | 21,125 |
| 335 | Northwestern Mutual Capital, LLC | 35 | 1,000 |
| 336 | Nuveen Asset Management, LLC | 2,984 | 2,984 |
| 337 | Nykredit Bank AS | - | 1,709 |
| 338 | Oak Associates, Ltd. | 43,180 | 43,180 |
| 339 | OceanRock Investments Inc. | 53,265 | 49,955 |
| 340 | Och-Ziff Capital Management Group LLC | 1,283,700 | 1,211,400 |
| 341 | Old Mutual Customised Solutions (Pty) Ltd | 22,500 | 19,700 |
| 342 | Old Mutual Global Investors (UK) Limited | 12,410 | 12,410 |
| 343 | Operadora Inbursa de Sociedades de Inversión, S.A. de C.V. | 140,000 | 645,000 |
| 344 | Oppenheimer Asset Management Inc. | 109,400 | 91,000 |
| 345 | Orinda Asset Management LLC | - | 10,011 |
| 346 | O'Shaughnessy Asset Management, LLC | 1,331,964 | 1,611,649 |
| 347 | Oskie Capital Management, LLC | - | 252,934 |
| 348 | Ostrum Asset Management | - | 141,710 |
| 349 | OxFORD Asset Management | - | 2,627,076 |
| 350 | Pactio Gestión, S.G.I.I.C., S.A. | 413,389 | - |
| 351 | Paloma Partners Management Company | 10,000 | - |
| 352 | Parallax Volatility Advisers, L.P. | - | 180,728 |
| 353 | Parametric Portfolio Associates LLC | 46,418 | 47,246 |
| 354 | Partner Fund Management, L.L.C. | 396,851 | 1,311,412 |
| 355 | Partnervest Advisory Services LLC | - | 100 |
| 356 | Pathstone Federal Street | - | 97 |
| 357 | PCJ Investment Counsel Ltd. | 1,381,600 | 700,700 |
| 358 | Peak 6 Capital Management, LLC | 54,449 | 234,705 |
| 359 | Peak Ten Capital, LLC | - | 10,000 |
| 360 | Perkins Investment Management LLC | 335,618 | 335,618 |
| 361 | Pershing, L.L.C._NLE | 3,077 | 3,077 |
| 362 | Pictet Asset Management Ltd. | 469,146 | 80,149 |
| 363 | Picton Mahoney Asset Management | 171,800 | 100,200 |
| 364 | PineBridge Investments LLC | 149,400 | 149,400 |
| 365 | PKO Towarzystwo Funduszy Inwestycyjnych S.A. | 3,600 | - |
| 366 | PNC Capital Advisors, LLC | 430 | 345 |
| 367 | PNC Wealth Management | 2,375 | 1,825 |
| 368 | Point72 Asset Management, L.P. | 47,100 | 303,055 |
| 369 | Popular Gestión Privada S.G.I.I.C., S.A. | 2,525 | - |

## Exhibit-5

### BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 370 | Portolan Capital Management, L.L.C. | 146,999 | - |
| 371 | Prelude Capital Management, LLC | 2,816 | 32,855 |
| 372 | PRIMECAP Management Company | 27,011,539 | 26,243,539 |
| 373 | Pro-Financial Asset Management, Inc. | 27,463 | 39,263 |
| 374 | Pure Capital S.A. | 15,000 | 15,000 |
| 375 | Putnam Investment Management, L.L.C. | 145,634 | 1,116,947 |
| 376 | PZU Asset Management SA | 35,900 | - |
| 377 | QS Investors, LLC | 79,900 | 3,094,500 |
| 378 | Quantbot Technologies, LP | 99,763 | - |
| 379 | Quantitative Investment Management LLC | 109,600 | 2,246,700 |
| 380 | Quantitative Management Associates LLC | 400 | - |
| 381 | QV Investors Inc. | 2,344,100 | 2,347,800 |
| 382 | R.N. Croft Financial Group Inc. | - | 4,662 |
| 383 | Rabobank Nederland | - | 450,807 |
| 384 | Raymond James & Associates, Inc. | - | 20,325 |
| 385 | RBC Capital Markets Wealth Management | 353,501 | 133,824 |
| 386 | RBC Dominion Securities, Inc. | 1,501,811 | 1,332,840 |
| 387 | RBC Global Asset Management Inc. | 3,113,105 | 4,279,014 |
| 388 | RBC Investment Solutions (CI) Limited | 3,000 | 1,000 |
| 389 | RBC Phillips, Hager & North Investment Counsel Inc. | 59,719 | 49,730 |
| 390 | RBC Private Counsel (USA) Inc. | 68,932 | 16,728 |
| 391 | RBC Trust Co (International) Ltd | 2,600 | 2,600 |
| 392 | RBC Wealth Management, International | 1,966,674 | 1,866,210 |
| 393 | RBS (Luxembourg) S.A. | 752 | - |
| 394 | RCM Capital Management LLC_NLE | - | 339,005 |
| 395 | Renaissance Technologies LLC | 14,792 | 2,023,900 |
| 396 | RFINANZ Rindlisbacher & Partner AG | 9,000 | - |
| 397 | RHJ International SA_NLE | 2,650 | 2,650 |
| 398 | Rice Hall James & Associates, LLC | 228,274 | - |
| 399 | RiverNorth Capital Management LLC | 1,600 | - |
| 400 | Rivulet Capital, LLC | 120,000 | - |
| 401 | Ropes & Gray LLP | - | 65 |
| 402 | Royal Trust Corporation of Canada | 3,980 | 645 |
| 403 | Royce & Associates, LP | 8,000 | - |
| 404 | RWC Partners Limited | 113 | 35,767 |
| 405 | San Francisco Sentry Investment Group | 200 | 1,900 |
| 406 | Sandy Spring Bank | - | 289 |
| 407 | Sanlam Investment Management (Pty) Ltd. | 7,350 | 15,050 |
| 408 | Santander Asset Management | 9,985 | 9,743 |
| 409 | Santander Private Banking Gestion, S.A., S.G.I.I.C. | - | 588 |
| 410 | Scheer, Rowlett & Associates Investment Management Ltd. | 1,361,923 | 1,370,716 |

96

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 411 | Schroder Investment Management Ltd. (SIM) | 2,536,084 | 2,098,107 |
| 412 | Schroder Investment Management North America Inc. | 221,700 | 171,700 |
| 413 | Schweizerische Nationalbank | 1,517,850 | - |
| 414 | Scotia Capital Inc. | 301,383 | 273,132 |
| 415 | SeaStone Capital Management, L.P. | 1,151,981 | 363,147 |
| 416 | SEB Investment Management AB | - | 247,700 |
| 417 | Security Kapitalanlage AG | 2,485 | 2,485 |
| 418 | SFMG Wealth Advisors | - | 140 |
| 419 | SG Americas Securities, L.L.C. | 728,934 | 592,840 |
| 420 | Shepherd Kaplan Krochuk, LLC | 16,923 | 16,796 |
| 421 | Sigma Capital Management, L.L.C._NLE | 400 | 600,000 |
| 422 | Simply Money Advisors | - | 412 |
| 423 | Soroban Capital Partners LP | 1,812,000 | - |
| 424 | Sound Shore Management, Inc. | 14,000 | 14,000 |
| 425 | Southeast Asset Advisors, Inc. | 22,000 | 22,000 |
| 426 | Spot Trading LLC | 117,571 | 26 |
| 427 | Standard Pacific Capital LLC_NLE | - | 1,488,969 |
| 428 | STANLIB Asset Management Ltd. | 7,217 | 10,597 |
| 429 | Stanton Asset Management Inc. | 96,867 | 96,867 |
| 430 | State Street Global Advisors (France) S.A. | 221,230 | 222,921 |
| 431 | State Street Global Advisors (Japan) Co., Ltd. | 36,500 | 36,500 |
| 432 | State Street Global Advisors (UK) Ltd. | 5,350 | 4,650 |
| 433 | State Street Global Advisors (US) | 45,371 | 45,371 |
| 434 | State Street Global Advisors Ltd. (Canada) | 289,383 | 290,483 |
| 435 | Stevens Capital Management LP | 299,312 | 238,909 |
| 436 | Steward Capital Management, Inc. | 10,000 | 75,100 |
| 437 | Stifel Nicolaus Investment Advisors | 18,666 | 17,850 |
| 438 | Storebrand Kapitalforvaltning AS | 117,203 | 106,980 |
| 439 | Sullivan, Bruyette, Speros & Blayney, LLC | 1,700 | 1,700 |
| 440 | Sumitomo Mitsui Trust Asset Management Co., Ltd. | 86,800 | 89,000 |
| 441 | Sumitomo Mitsui Trust Bank, Limited | - | 1,382,131 |
| 442 | SunAmerica Asset Management, LLC | 4,161 | 561 |
| 443 | Susquehanna Financial Group, LLLP | 2,292,233 | 1,848,698 |
| 444 | Swedbank Robur Fonder AB | 3,794 | 51,982 |
| 445 | Sydinvest | - | 3,100 |
| 446 | Synovus Trust Company, N.A. | 350 | 350 |
| 447 | TALPION Fund Management LP | 36,000 | 36,000 |
| 448 | Taylor Asset Management Inc. | 1,161,000 | 783,600 |
| 449 | TCI Wealth Advisors, Inc. | 1,255 | 1,255 |
| 450 | TCW Asset Management Company LLC | - | 10,340 |
| 451 | TD Asset Management Inc. | 2,726,684 | 2,691,444 |

# Exhibit-5

## BlackBerry Common Stock Institutional Ownership

As of 28 March 2013 and 30 June 2013

| No. | Investor Name | Position as of 31 March 2013 | Position as of 30 June 2013 |
|---|---|---|---|
| 452 | TD Securities, Inc. | 11,292,062 | 9,575,892 |
| 453 | TD Waterhouse Private Investment Counsel, Inc. | 56,679 | 62,569 |
| 454 | The Dow Chemical Company | 95,000 | 10,000 |
| 455 | The Vanguard Group, Inc. | 275,424 | 318,424 |
| 456 | Tilney Investment Management | 198 | 298 |
| 457 | TOBAM | 895,001 | 411,000 |
| 458 | Tower Research Capital LLC | 469 | 3,402 |
| 459 | Tressis Gestion, S.G.I.I.C., S.A. | 5,416 | - |
| 460 | Trioaks Capital Management L.P. | - | 257,968 |
| 461 | U.S. Bancorp Asset Management, Inc. | 7,797 | 7,589 |
| 462 | UBS Asset Management (UK) Ltd. | 62,584 | 72,944 |
| 463 | UBS Financial Services, Inc. | 1,865,309 | 1,371,252 |
| 464 | UBS Gestión, S.G.I.I.C., S.A. | 2,535 | 2,518 |
| 465 | Unifortune Investment Management, Limited | 4,767 | - |
| 466 | Union Investment Privatfonds GmbH | 7,000 | 7,000 |
| 467 | Universal-Investment-Gesellschaft mbH | 500 | 500 |
| 468 | Upright Financial Corporation | - | 1,100 |
| 469 | Verition Fund Management LLC | 18,700 | - |
| 470 | Viking Global Investors LP | 14,062,855 | 15,188,363 |
| 471 | Virtu Americas LLC | 236,863 | 140,614 |
| 472 | Visium Asset Management, LP_NLE | - | 50,000 |
| 473 | W & W Asset Management GmbH | 1,200 | 1,200 |
| 474 | Walleye Trading, LLC | - | 26,737 |
| 475 | Wedbush Securities, Inc. | 51,950 | 46,850 |
| 476 | Wellington West Asset Management Inc._NLE | 1,846 | 1,846 |
| 477 | Wells Capital Management Inc. | 222,345 | 133,327 |
| 478 | Wells Fargo Advisors | 118,025 | 145,531 |
| 479 | Wells Fargo Bank, N.A. | 7,973 | 7,823 |
| 480 | Western Asset Management Co. | 41,422 | 41,422 |
| 481 | WFG Advisors LP | 611 | 611 |
| 482 | Whittier Trust Company | 3,735 | 3,735 |
| 483 | Whittier Trust Company of Nevada, Inc. | 1,160 | 1,160 |
| 484 | William Blair & Company, L.L.C. (Research) | 77,808 | 24,200 |
| 485 | Wilmington Trust Investment Advisors, Inc. | - | 100 |
| 486 | Wolverine Asset Management, LLC | - | 235,176 |
| 487 | World Asset Management, Inc. | 81,476 | 86,296 |
| 488 | Yacktman Asset Management LP | 5,871,352 | 5,829,632 |
| 489 | Zürcher Kantonalbank (Asset Management) | 45,377 | 41,549 |
| 490 | Zweig-DiMenna Associates, Inc. | 1,635,196 | 1,418,517 |

**Source:** Thomson Eikon.

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|-----|------|--------------|--------------|
| 1 | MSCO | Morgan Stanley & Co., Inc. | 82,490,726 |
| 2 | UBSS | UBS Securities LLC. | 77,930,736 |
| 3 | LEHM | Barclays Capital Inc. | 44,915,708 |
| 4 | FBCO | Credit Suisse First Boston LLC. | 43,923,909 |
| 5 | TRBT | Tradebot Systems, Inc. | 42,985,624 |
| 6 | FQLS | Quantlab Securities LP | 42,626,349 |
| 7 | JPMS | J.P. Morgan Securities Inc. | 40,207,304 |
| 8 | WEDB | Wedbush Morgan Securities Inc. | 35,279,893 |
| 9 | INCA | Instinet Corporation | 33,767,636 |
| 10 | GSCO | Goldman Sachs | 32,294,212 |
| 11 | NITE | Virtu Americas LLC. | 28,970,002 |
| 12 | IBKR | Interactive Brokers LLC. | 28,324,277 |
| 13 | MLCO | Merrill Lynch | 25,327,152 |
| 14 | FOMA | Ameritrade, Inc. | 16,752,129 |
| 15 | PERT | Pershing Trading Company L.P. | 12,643,128 |
| 16 | TMBR | Timber Hill LLC. | 11,486,679 |
| 17 | WMLT | Wedbush Securities Inc. | 8,744,334 |
| 18 | WEXX | Wolverine Execution Services | 8,436,601 |
| 19 | DBAB | Deutsche Bank Securities Inc. | 7,706,675 |
| 20 | WMIT | Wedbush Securities Inc. | 7,489,943 |
| 21 | DBUL | Deutsche Bank Securities Inc. | 7,336,036 |
| 22 | SBSH | Citigroup Global Markets Inc. | 7,316,435 |
| 23 | WMFC | Wedbush Securities Inc. | 6,173,936 |
| 24 | NMRA | Nomura Securities International | 5,373,329 |
| 25 | WMFO | Wedbush Securities Inc. | 4,748,038 |
| 26 | ATDF | Automated Trading Desk Financial Services, LLC. | 4,442,773 |
| 27 | JEFF | Jefferies & Company, Inc. | 2,914,384 |
| 28 | INAT | Instinet, LLC. | 2,392,772 |
| 29 | WMGP | Wedbush Securities Inc. | 2,289,584 |
| 30 | LSTE | Lightspeed Trading LLC. | 1,994,618 |
| 31 | NFSC | National Financial Services LLC. | 1,798,821 |
| 32 | NITP | Virtu Americas LLC. | 1,770,061 |
| 33 | ETCC | Electronic Transaction Clearing, Inc. | 1,649,039 |
| 34 | WMLW | Wedbush Securities Inc. | 1,539,946 |
| 35 | BNPX | BNP Paribas Securities Corp. | 1,533,529 |
| 36 | INML | Instinet, LLC. | 1,469,566 |
| 37 | BZXL | Volant Liquidity, LLC. | 1,403,249 |
| 38 | CHAS | Charles Schwab And Co. Inc. | 1,194,713 |
| 39 | ITGI | ITG Inc. | 1,180,091 |
| 40 | LSCI | Lek Securities Corporation | 1,063,133 |

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|-----|------|--------------|--------------|
| 41 | INJX | Instinet, LLC. | 952,437 |
| 42 | WCHV | Wells Fargo Securities, LLC. | 933,765 |
| 43 | PIPR | Piper Jaffray & Co. | 930,365 |
| 44 | SCTR | Scout Trading LLC. | 842,596 |
| 45 | VIEW | Viewtrade Securities, Inc. | 839,167 |
| 46 | TDSI | TD Securities (Usa) Inc. | 821,847 |
| 47 | FRET | Fox River Execution Tehnology, LLC. | 806,153 |
| 48 | WMAV | Wedbush Securities Inc. | 704,030 |
| 49 | WMQS | Wedbush Securities Inc. | 680,244 |
| 50 | FNYS | First New York Securities Co | 675,089 |
| 51 | JOTA | Jump Trading | 673,947 |
| 52 | ATMC | Cowen Capital LLC. | 603,075 |
| 53 | BMOC | BMO Capital Markets | 598,514 |
| 54 | PFRC | Apex Clearing Corporation | 573,079 |
| 55 | ETBP | Electronic Transaction Clearing, Inc. | 559,072 |
| 56 | AGIS | Aegis Capital Corp. | 558,317 |
| 57 | BERN | Sanford C. Bernstein And Co. | 555,088 |
| 58 | ETRS | E*Trade Clearing LLC. | 534,127 |
| 59 | WMSF | Wedbush Securities Inc. | 483,432 |
| 60 | GLPS | Electronic Brokerage Systems, LLC. | 472,548 |
| 61 | WMCH | Wedbush Securities Inc. | 464,463 |
| 62 | CLSA | CLSA Americas, LLC. | 447,703 |
| 63 | KING | C. L. King & Associates, Inc. | 444,261 |
| 64 | GELP | RBC Capital Markets, LLC. | 410,135 |
| 65 | SPDR | Speedroute LLC. | 393,518 |
| 66 | WBPX | White Bay Pt LLC. | 375,872 |
| 67 | NQRB | Brut, LLC. | 369,309 |
| 68 | ABLE | Natexis Bleichroeder Inc. | 365,311 |
| 69 | JONE | Jones And Associates Inc. | 351,068 |
| 70 | LBNN | Lime Brokerage LLC. | 339,768 |
| 71 | FILL | Tradestation Securities, Inc. | 305,442 |
| 72 | NEED | Needham And Co. | 270,938 |
| 73 | WEMM | Wells Fargo Securities, LLC. | 252,924 |
| 74 | COWL | <Unnamed> | 238,801 |
| 75 | DAWA | Daiwa Securities America Inc. | 230,390 |
| 76 | JMPT | Jump Trading, LLC. | 226,919 |
| 77 | WMLP | Wedbush Securities Inc. | 208,911 |
| 78 | ETBD | Electronic Transaction Clearing, Inc. | 207,153 |
| 79 | WEXM | Wolverine Execution Services, LLC. | 186,084 |
| 80 | STFL | Stifel Nicolaus | 157,211 |

100

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|---|---|---|---|
| 81 | PDQM | PDQ Ats. Inc. | 150,969 |
| 82 | ETBA | Electronic Transaction Clearing, Inc. | 149,049 |
| 83 | WSCS | WS Clearing Inc. | 144,602 |
| 84 | GAME | Global-American Investments | 135,890 |
| 85 | COWN | Cowen & Co., LLC. | 127,250 |
| 86 | OPCO | Oppenheimer & Co. Inc. | 127,227 |
| 87 | SIMA | | 126,637 |
| 88 | ETBL | Electronic Transaction Clearing, Inc. | 125,472 |
| 89 | TIAD | Triad Securities Corp | 125,200 |
| 90 | SHMR | O'connor & Company LLC. | 114,585 |
| 91 | RGEL | | 110,000 |
| 92 | HAPX | Hap Trading, LLC. | 103,483 |
| 93 | SPTD | Stock USA Investments | 102,200 |
| 94 | HFPC | HFP Capital Markets LLC. | 97,450 |
| 95 | CANT | Cantor Fitzgerald & Co. | 93,644 |
| 96 | DRTR | Dart Executions, LLC. | 92,861 |
| 97 | SPHN | Stephens Inc. | 91,450 |
| 98 | BAYT | Baypoint Trading LLC. | 86,792 |
| 99 | FRWY | Pinnacle Capital Markets, Inc. | 80,897 |
| 100 | SQTF | | 76,600 |
| 101 | SALI | Sterne Agee And Leach Inc. | 72,111 |
| 102 | DEGS | Dart Executions, LLC. | 65,282 |
| 103 | BTIG | BTIG, LLC. | 62,213 |
| 104 | CRAG | Credit Agricole Indosuez Cheuv | 57,734 |
| 105 | FCCP | First Clearing, LLC. | 55,500 |
| 106 | FQLB | Quantlab Securities LP | 54,870 |
| 107 | ONEL | William O'neil & Company | 50,300 |
| 108 | BARD | Robert W. Baird & Co. Inc. | 48,687 |
| 109 | FBRC | Friedman, Billings, Ramsey & Co. | 47,882 |
| 110 | MSTR | Mastertrader.Com | 45,635 |
| 111 | LAZA | Lazard Capital Markets | 44,000 |
| 112 | DEMA | Dematteo Moness LLC. | 30,500 |
| 113 | GLEN | Glendale Securities, Inc. | 28,000 |
| 114 | MAXM | Maxim Group, LLC. | 25,671 |
| 115 | IMPC | Imperial Capital  LLC. | 25,000 |
| 116 | WABR | Wall Street Access | 24,700 |
| 117 | WMMF | Wedbush Securities Inc. | 24,700 |
| 118 | SPCS | Legend Securities, Inc. | 21,494 |
| 119 | BMAK | BMA Securities | 18,200 |
| 120 | WDCO | Wilson Davis And Co. Inc. | 15,100 |

## Exhibit-6

**BlackBerry Common Stock Market Makers**

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
|---|---|---|---|
| 121 | MKMP | MKM Partners | 12,500 |
| 122 | CHLM | Craig-Hallum Capital Group LLC. | 12,449 |
| 123 | WIAI | | 12,100 |
| 124 | WMVG | Wedbush Securities Inc. | 11,892 |
| 125 | ADAM | Canaccord Genuity Inc | 11,000 |
| 126 | MICA | Spartan Securities Group Ltd | 10,500 |
| 127 | FIRE | Blue Fire Capital, LLC. | 10,309 |
| 128 | NATL | National Securities Corp. | 10,250 |
| 129 | ETBB | Electronic Transaction Clearing, Inc | 9,128 |
| 130 | DAPL | Direct Access Partners LLC. | 8,700 |
| 131 | FMAT | Fimat USA, Inc. | 7,536 |
| 132 | LTCO | Ladenburg, Thalmann & Co. Inc. | 7,500 |
| 133 | JSSF | JMP Securities LLC. | 7,350 |
| 134 | AFCO | Albert Fried And Co. | 7,000 |
| 135 | PRSG | Princeton Securities Group, LLC. | 6,823 |
| 136 | STSS | Success Trade | 6,550 |
| 137 | QUAD | Knight Capital Americas LLC. | 6,500 |
| 138 | WBLL | Wedbush Securities Inc. | 6,300 |
| 139 | INTL | Intl Trading, Inc. | 5,885 |
| 140 | VFIN | Vfinance Investments Inc. | 5,800 |
| 141 | RHCO | Suntrust Capital Markets, Inc. | 5,400 |
| 142 | MISM | Mismi, Inc. | 5,203 |
| 143 | GMOR | Lightspeed Trading, LLC. | 5,100 |
| 144 | RJLC | RJL Capital Group, LLC. | 5,100 |
| 145 | AXIO | Axiom Capital Management, Inc. | 5,000 |
| 146 | SDPT | Stock Depot, Inc. | 5,000 |
| 147 | TDSC | Track Data Securities Corp. | 4,905 |
| 148 | KBWI | Keefe Bruyette And Woods Inc. | 4,300 |
| 149 | GARC | Garban Corporates LLC. | 3,500 |
| 150 | DRWS | DRW Securities, LLC. | 3,400 |
| 151 | DJSA | Dawson James Securities, Inc | 3,100 |
| 152 | SSIC | Scottrade, Inc. | 3,000 |
| 153 | FLTL | Feltl & Company, LLC. | 2,500 |
| 154 | HAMC | W.R. Hambrecht & Co., LLC. | 2,500 |
| 155 | PACS | Pacific Crest Securities Inc. | 2,300 |
| 156 | HPPO | Potamus Trading, LLC. | 2,200 |
| 157 | BNCH | The Benchmark Company, LLC. | 2,100 |
| 158 | PCAP | Preferredtrade, Inc. | 2,000 |
| 159 | ETBG | Electronic Transaction Clearing, Inc. | 1,729 |
| 160 | STFC | Stuart Frankel & Co. Inc. | 1,000 |

102

## Exhibit-6

### BlackBerry Common Stock Market Makers

April 2013 through August 2013

| No. | Code | Market Maker | Gross Volume |
| --- | --- | --- | --- |
| 161 | MBTS | MB Trading | 500 |
| 162 | MVPF | Grace Financial Group LLC. | 500 |
| 163 | BZYD | Goldman Sachs Execution & Clearing, L.P. | 400 |
| 164 | WUND | Wunderlich Securities Inc. | 295 |
| 165 | PRRX | River Cross Securites, Lllp | 200 |
| 166 | NORT | Northland Securities, Inc. | 147 |
| 167 | SEVP | Seven Points Capital, LLC. | 7 |

**Source:** Bloomberg.

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 9/19/2012 | 0.13% | -0.16% |
| 9/20/2012 | -0.19% | -0.94% |
| 9/21/2012 | 0.04% | -1.31% |
| 9/24/2012 | -0.31% | -1.21% |
| 9/25/2012 | -1.09% | -2.00% |
| 9/26/2012 | -0.55% | -2.69% |
| 9/27/2012 | 1.00% | 2.72% |
| 9/28/2012 | -0.45% | -2.86% |
| 10/1/2012 | 0.28% | 2.97% |
| 10/2/2012 | 0.12% | -2.42% |
| 10/3/2012 | 0.25% | 1.52% |
| 10/4/2012 | 0.76% | -0.72% |
| 10/5/2012 | -0.01% | -0.31% |
| 10/8/2012 | -0.36% | -1.11% |
| 10/9/2012 | -0.98% | -0.18% |
| 10/10/2012 | -0.56% | -1.10% |
| 10/11/2012 | 0.17% | -1.98% |
| 10/12/2012 | -0.35% | 0.32% |
| 10/15/2012 | 0.72% | 2.71% |
| 10/16/2012 | 0.99% | 3.73% |
| 10/17/2012 | 0.51% | 1.71% |
| 10/18/2012 | -0.27% | -3.37% |
| 10/19/2012 | -1.58% | -2.92% |
| 10/22/2012 | 0.02% | 3.21% |
| 10/23/2012 | -1.30% | -4.02% |
| 10/24/2012 | -0.26% | -1.97% |
| 10/25/2012 | 0.33% | 0.77% |
| 10/26/2012 | -0.14% | -1.80% |
| 10/31/2012 | 0.25% | 1.42% |
| 11/1/2012 | 1.11% | 3.41% |
| 11/2/2012 | -0.98% | -2.56% |
| 11/5/2012 | 0.22% | 0.14% |
| 11/6/2012 | 0.78% | -0.15% |
| 11/7/2012 | -2.13% | -4.34% |
| 11/8/2012 | -1.16% | -2.22% |
| 11/9/2012 | 0.09% | 1.43% |
| 11/12/2012 | -0.02% | 0.74% |

104

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 11/13/2012 | -0.42% | -0.36% |
| 11/14/2012 | -1.48% | -0.93% |
| 11/15/2012 | -0.29% | -0.11% |
| 11/16/2012 | 0.62% | 1.11% |
| 11/19/2012 | 1.90% | 6.46% |
| 11/20/2012 | 0.10% | -0.26% |
| 11/21/2012 | 0.31% | 5.99% |
| 11/23/2012 | 1.26% | 4.54% |
| 11/26/2012 | -0.16% | -1.24% |
| 11/27/2012 | -0.44% | -3.28% |
| 11/28/2012 | 0.75% | 1.41% |
| 11/29/2012 | 0.54% | 1.31% |
| 11/30/2012 | 0.03% | -1.26% |
| 12/3/2012 | -0.42% | 0.08% |
| 12/4/2012 | -0.13% | 1.86% |
| 12/5/2012 | 0.18% | 3.13% |
| 12/6/2012 | 0.28% | -0.89% |
| 12/7/2012 | 0.25% | 0.05% |
| 12/10/2012 | 0.15% | -2.43% |
| 12/11/2012 | 0.61% | 2.42% |
| 12/12/2012 | 0.03% | 0.31% |
| 12/13/2012 | -0.59% | -1.79% |
| 12/14/2012 | -0.31% | -1.09% |
| 12/17/2012 | 1.01% | 2.55% |
| 12/18/2012 | 1.10% | 4.51% |
| 12/19/2012 | -0.47% | -0.59% |
| 12/20/2012 | 0.49% | -0.79% |
| 12/21/2012 | -0.85% | -2.53% |
| 12/24/2012 | -0.22% | 0.21% |
| 12/26/2012 | -0.50% | -0.06% |
| 12/27/2012 | -0.07% | -0.42% |
| 12/28/2012 | -0.93% | -2.95% |
| 12/31/2012 | 1.63% | 3.97% |
| 1/2/2013 | 2.47% | 3.55% |
| 1/3/2013 | -0.19% | -0.02% |
| 1/4/2013 | 0.56% | -1.16% |
| 1/7/2013 | -0.26% | 0.18% |

105

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 1/8/2013 | -0.22% | -1.90% |
| 1/9/2013 | 0.34% | -4.59% |
| 1/10/2013 | 0.68% | 9.49% |
| 1/11/2013 | 0.02% | 2.47% |
| 1/14/2013 | -0.03% | -2.67% |
| 1/15/2013 | 0.20% | -1.37% |
| 1/16/2013 | -0.07% | 1.31% |
| 1/17/2013 | 0.59% | -0.78% |
| 1/18/2013 | 0.29% | -1.38% |
| 1/22/2013 | 0.52% | 2.59% |
| 1/23/2013 | 0.03% | 1.12% |
| 1/24/2013 | 0.06% | -10.84% |
| 1/25/2013 | 0.52% | -1.90% |
| 1/28/2013 | -0.13% | 1.71% |
| 1/29/2013 | 0.36% | 0.47% |
| 1/30/2013 | -0.39% | -1.59% |
| 1/31/2013 | -0.08% | -2.25% |
| 2/1/2013 | 0.92% | 0.81% |
| 2/4/2013 | -1.11% | -3.69% |
| 2/5/2013 | 0.92% | 3.53% |
| 2/6/2013 | 0.13% | 2.08% |
| 2/7/2013 | -0.21% | 0.75% |
| 2/8/2013 | 0.54% | 0.84% |
| 2/11/2013 | -0.10% | 1.49% |
| 2/12/2013 | 0.22% | -1.75% |
| 2/13/2013 | 0.14% | -1.69% |
| 2/14/2013 | 0.08% | -0.04% |
| 2/15/2013 | -0.20% | -0.57% |
| 2/19/2013 | 0.69% | -0.77% |
| 2/20/2013 | -1.34% | -2.65% |
| 2/21/2013 | -0.71% | -1.23% |
| 2/22/2013 | 0.86% | 0.93% |
| 2/25/2013 | -1.73% | -2.91% |
| 2/26/2013 | 0.56% | -0.13% |
| 2/27/2013 | 1.22% | 2.28% |
| 2/28/2013 | -0.06% | -1.97% |
| 3/1/2013 | 0.18% | -2.08% |

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 3/4/2013 | 0.36% | -2.92% |
| 3/5/2013 | 0.92% | 2.16% |
| 3/6/2013 | 0.17% | 0.64% |
| 3/7/2013 | 0.23% | 1.53% |
| 3/8/2013 | 0.49% | -0.00% |
| 3/11/2013 | 0.27% | -0.10% |
| 3/12/2013 | -0.19% | -1.64% |
| 3/13/2013 | 0.08% | -1.84% |
| 3/14/2013 | 0.59% | 0.77% |
| 3/15/2013 | -0.15% | 0.71% |
| 3/18/2013 | -0.53% | 0.19% |
| 3/19/2013 | -0.29% | 0.61% |
| 3/20/2013 | 0.72% | 0.40% |
| 3/21/2013 | -0.76% | 0.14% |
| 3/22/2013 | 0.58% | -0.73% |
| 3/25/2013 | -0.31% | -0.87% |
| 3/26/2013 | 0.73% | 0.35% |
| 3/27/2013 | -0.01% | -0.38% |
| 3/28/2013 | 0.40% | -1.96% |
| 4/1/2013 | -0.54% | -1.88% |
| 4/2/2013 | 0.27% | 0.10% |
| 4/3/2013 | -1.19% | 1.92% |
| 4/4/2013 | 0.38% | -0.35% |
| 4/5/2013 | -0.35% | -1.13% |
| 4/8/2013 | 0.66% | -0.39% |
| 4/9/2013 | 0.37% | 1.30% |
| 4/10/2013 | 1.15% | 3.19% |
| 4/11/2013 | 0.32% | -0.73% |
| 4/12/2013 | -0.38% | -0.38% |
| 4/15/2013 | -2.59% | -3.51% |
| 4/16/2013 | 1.46% | 2.38% |
| 4/17/2013 | -1.48% | -0.72% |
| 4/18/2013 | -0.57% | -7.32% |
| 4/19/2013 | 0.93% | -1.79% |
| 4/22/2013 | 0.43% | 2.32% |
| 4/23/2013 | 1.01% | 1.09% |
| 4/24/2013 | 0.22% | 0.55% |

107

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 4/25/2013 | 0.49% | 1.90% |
| 4/26/2013 | -0.25% | 0.32% |
| 4/29/2013 | 0.73% | 2.59% |
| 4/30/2013 | 0.41% | 2.35% |
| 5/1/2013 | -1.07% | -0.99% |
| 5/2/2013 | 0.94% | -0.49% |
| 5/3/2013 | 1.03% | 1.11% |
| 5/6/2013 | 0.26% | 2.67% |
| 5/7/2013 | 0.51% | 1.24% |
| 5/8/2013 | 0.50% | 0.85% |
| 5/9/2013 | -0.37% | -0.01% |
| 5/10/2013 | 0.47% | 1.13% |
| 5/13/2013 | -0.06% | 2.62% |
| 5/14/2013 | 0.93% | -3.87% |
| 5/15/2013 | 0.39% | -0.18% |
| 5/16/2013 | -0.46% | -0.13% |
| 5/17/2013 | 0.94% | 0.39% |
| 5/20/2013 | 0.06% | 1.51% |
| 5/21/2013 | 0.16% | -0.64% |
| 5/22/2013 | -0.97% | -1.15% |
| 5/23/2013 | -0.24% | -0.46% |
| 5/24/2013 | -0.10% | 1.03% |
| 5/28/2013 | 0.63% | -1.25% |
| 5/29/2013 | -0.70% | 0.67% |
| 5/30/2013 | 0.42% | -1.20% |
| 5/31/2013 | -1.37% | -0.64% |
| 6/3/2013 | 0.46% | 0.69% |
| 6/4/2013 | -0.56% | 0.70% |
| 6/5/2013 | -1.35% | -1.61% |
| 6/6/2013 | 0.89% | 0.26% |
| 6/7/2013 | 1.13% | 0.52% |
| 6/10/2013 | 0.02% | 0.23% |
| 6/11/2013 | -1.09% | -1.70% |
| 6/12/2013 | -0.82% | -0.33% |
| 6/13/2013 | 1.49% | 1.00% |
| 6/14/2013 | -0.54% | 0.59% |
| 6/17/2013 | 0.72% | 1.19% |

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 6/18/2013 | 0.73% | 2.25% |
| 6/19/2013 | -1.35% | -1.15% |
| 6/20/2013 | -2.61% | -0.99% |
| 6/21/2013 | 0.14% | 0.90% |
| 6/24/2013 | -1.24% | -3.02% |
| 6/25/2013 | 1.03% | 0.54% |
| 6/26/2013 | 0.89% | 0.34% |
| 6/27/2013 | 0.81% | -1.83% |
| 6/28/2013 | -0.28% | -0.57% |
| 7/1/2013 | 0.67% | 3.15% |
| 7/2/2013 | -0.14% | 0.74% |
| 7/3/2013 | 0.04% | 1.57% |
| 7/5/2013 | 0.90% | 1.50% |
| 7/8/2013 | 0.52% | 0.33% |
| 7/9/2013 | 0.77% | 1.95% |
| 7/10/2013 | 0.06% | -1.15% |
| 7/11/2013 | 1.45% | 1.61% |
| 7/12/2013 | 0.25% | -0.81% |
| 7/15/2013 | 0.23% | -0.25% |
| 7/16/2013 | -0.38% | -1.14% |
| 7/17/2013 | 0.30% | 0.51% |
| 7/18/2013 | 0.54% | 0.04% |
| 7/19/2013 | 0.15% | -0.92% |
| 7/22/2013 | 0.28% | -0.71% |
| 7/23/2013 | -0.12% | -0.48% |
| 7/24/2013 | -0.49% | 2.90% |
| 7/25/2013 | 0.40% | 0.27% |
| 7/26/2013 | 0.01% | -0.21% |
| 7/29/2013 | -0.38% | 0.27% |
| 7/30/2013 | 0.04% | 0.74% |
| 7/31/2013 | 0.02% | -0.59% |
| 8/1/2013 | 1.22% | 0.84% |
| 8/2/2013 | 0.13% | 0.77% |
| 8/5/2013 | -0.07% | 2.72% |
| 8/6/2013 | -0.66% | -1.42% |
| 8/7/2013 | -0.45% | 0.34% |
| 8/8/2013 | 0.54% | 0.51% |

# Exhibit-7

## Market and Sector Index Returns

19 September 2012 through 20 September 2013

| Date | Market Index Return | Sector Index Return |
|---|---|---|
| 8/9/2013 | -0.19% | -0.35% |
| 8/12/2013 | -0.01% | 1.53% |
| 8/13/2013 | 0.15% | 2.11% |
| 8/14/2013 | -0.41% | 1.15% |
| 8/15/2013 | -1.30% | -0.90% |
| 8/16/2013 | -0.29% | 0.81% |
| 8/19/2013 | -0.71% | 0.42% |
| 8/20/2013 | 0.57% | -1.52% |
| 8/21/2013 | -0.62% | -0.24% |
| 8/22/2013 | 0.91% | 1.17% |
| 8/23/2013 | 0.44% | 0.29% |
| 8/26/2013 | -0.28% | 0.31% |
| 8/27/2013 | -1.64% | -3.65% |
| 8/28/2013 | 0.26% | -0.01% |
| 8/29/2013 | 0.32% | 0.46% |
| 8/30/2013 | -0.48% | -1.72% |
| 9/3/2013 | 0.45% | 14.65% |
| 9/4/2013 | 0.76% | 3.04% |
| 9/5/2013 | 0.18% | 1.15% |
| 9/6/2013 | 0.11% | -0.80% |
| 9/9/2013 | 1.08% | 2.17% |
| 9/10/2013 | 0.72% | 0.13% |
| 9/11/2013 | 0.27% | -0.16% |
| 9/12/2013 | -0.40% | 3.90% |
| 9/13/2013 | 0.27% | -0.43% |
| 9/16/2013 | 0.51% | -2.96% |
| 9/17/2013 | 0.50% | 0.81% |
| 9/18/2013 | 1.25% | 4.44% |
| 9/19/2013 | -0.11% | 0.67% |
| 9/20/2013 | -0.73% | -1.35% |

**Sources:** CRSP.

## Exhibit-8

### BlackBerry Common Stock Regression Results

Estimation Period: 19 September 2012 through 20 September 2013

| Regression Statistics | |
| --- | --- |
| R Squared | 0.415 |
| Adjusted R Squared | 0.396 |
| Standard Error | 3.77% |
| Observations | 252 |

| | Coefficients | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | 0.24% | 0.24% | 0.97 |
| Market Index | 0.562 | 37.22% | 1.51 |
| Sector Index | 0.302 | 11.83% | 2.56 |
| 28 September 2012 | 5.80% | 3.79% | 1.53 |
| 21 December 2012 | -24.78% | 3.79% | -6.54 |
| 28 March 2013 | -0.71% | 3.79% | -0.19 |
| 28 June 2013 | -32.43% | 3.78% | -8.58 |
| 12 August 2013 | 9.25% | 3.78% | 2.45 |
| 20 September 2013 | -18.12% | 3.79% | -4.79 |

## Exhibit-9
### BlackBerry Event Study Results

| Date | BlackBerry Closing Price | BlackBerry Prior Day Closing Price | BlackBerry Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | BlackBerry Explained Return | BlackBerry Residual Return | *t*-statistic |
|---|---|---|---|---|---|---|---|---|
| 28 June 2013 | $10.46 | $14.48 | -32.52% | -0.28% | -0.57% | -0.09% | -32.43% | -8.60 |
| 12 August 2013 | $10.78 | $9.76 | 9.94% | -0.01% | 1.53% | 0.69% | 9.25% | 2.45 |
| 20 September 2013 | $8.73 | $10.52 | -18.71% | -0.73% | -1.35% | -0.59% | -18.12% | -4.81 |

**Note:**
Significance at the 5% significance level (95% confidence level) is indicated by a *t*-statistic greater than 1.96 or less than -1.96.