# BROWER PIVEN

DAVID A.P. BROWER
brower@browerpiven.com

A PROFESSIONAL CORPORATION
136 MADISON AVENUE, 5TH FLOOR
NEW YORK, NEW YORK 10016
www.browerpiven.com
Telephone (212) 501-9000
Facsimile  (212) 501-0300

May 14, 2018

**BY HAND**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007-1312

Re: *Pearlstein v. Blackberry Ltd.*, et al., No. 13-cv-07060-CM

Dear Judge McMahon:

We are proposed co-class counsel in the above entitled matter. Enclosed please find courtesy copies of the following documents that were filed on Friday, May 11, 2018:

- Notice of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel;

- Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel; and

- Declaration of Kim E. Miller in Support of Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel with Exhibits A-C

Should the Court need any further information, we stand ready to promptly respond.

Respectfully yours,

David A.P. Brower

CC: All counsel of record (via ECF)