UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,<br><br>Defendants. | No. 13 Civ. 7060 (CM) (KHP)<br>(Consolidated)<br><br>ECF CASE |

## STIPULATION AND [PROPOSED] ORDER GOVERNING SCHEDULING OF EXPERT DISCOVERY AND MODIFICATION OF DEADLINE FOR COMPLETION OF DISCOVERY

Lead plaintiffs Todd Cox and Mary Dinzik and additional plaintiffs Yong M. Cho and Batuhan Ulug ("Plaintiffs") and defendants BlackBerry Limited, Thorsten Heins, Brian Bidulka, and Steve Zipperstein ("Defendants"), by and through their undersigned counsel, hereby jointly stipulate to the following schedule to govern expert discovery in this action, including extension by up to 15 days of the current deadline for completion of all discovery, subject to the Court's approval:

| Date | Event |
|---|---|
| August 15, 2019 | Deadline for Plaintiffs to designate experts |
| September 17, 2019 | Deadline for completion of fact discovery |
| September 17, 2019 | Deadline for Plaintiffs to serve expert reports |
| October 18, 2019 | Deadline for Defendants to serve expert reports |

1

ny-1650054

| October 29, 2019 | Deadline for Plaintiffs to serve reply expert reports |
| --- | --- |
| November 4-15, 2019 | Expert depositions |
| November 15, 2019 | Deadline for completion of expert discovery |

**STIPULATED AND AGREED BY:**

By: /s/ Kim E. Miller

Kim E. Miller
J. Ryan Lopatka
Kahn Swick & Foti, LLC
250 Park Avenue, Suite 2040
New York, NY 10177
(212) 696-3730

Lewis S. Kahn
Kahn Swick & Foti, LLC
1100 Poydras St. Ste 3200
New Orleans, LA 70163
(504) 455-1400

*Lead Counsel for Plaintiffs*

By: /s/ James Frenahan

Dan Marmalefsky (*admitted pro hac vice*)
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017
(213) 892-5200

Joel C. Haims
James J. Beha II
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000

*Counsel for Defendants*

\*   \*   \*

**SO ORDERED.**

**Date:** _____

_____
Hon. Katharine H. Parker
United States Magistrate Judge