USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEIN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,

Defendants.

**ORDER**

**1:13-CV-7060 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 25, 2019, the parties appeared for a status conference. As discussed on the record, the following order is entered:

**Depositions.** By **December 9, 2019**, Defendants are directed to give Plaintiffs the names of people they intend to depose based on their review of the recently produced FBI documents.

***In Camera* Review.** Defendants are directed to submit the five litigation hold memos and distribution lists discussed in today's conference via email for the Court's *in camera* review by **December 4, 2019**. Defendants shall highlight any portions over which Defendants do not object to producing. Defendants are also directed to highlight in the distribution lists of each memo the names of those who are custodians of records produced in this action. Defendants may submit a letter explaining their objections to producing the full custodian list together with their *in camera* submission of the litigation hold memos. Their letter shall be filed on ECF. Plaintiffs' response, if any, is due by **December 11, 2019**.

**Telephone Conference.** A telephone conference in this matter is scheduled for **December 19, 2019 at 4:00 p.m.** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234. The parties are directed to meet and confer before the telephone conference regarding proposed dates during the week of either January 6, 2020 or the week of January 20, 2020 for an in-person conference.

**SO ORDERED.**

Dated: November 25, 2019
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge