USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-16-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,

    Defendants.

No. 2:13-CV-07060-CM-KHP

---

## [PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

Pursuant to Magistrate Judge Katharine H. Parker's Report & Recommendation Regarding BlackBerry's Motion for Partial Judgement on the Pleadings to dismiss the claims of Yong M. Cho and Batuhan Ulug ("R&R"), entered on August 2, 2019, and this Court's Memorandum Decision and Order Accepting Report and Recommendation and Dismissing the Claims of "Additional Plaintiffs" Cho and Ulug as Against All Defendants ("Dismissal Order"), entered on September 24, 2019, and finding that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b), it is hereby

ORDERED, ADJUGED, and DECREED, for the reasons set forth in the R&R and the Dismissal Order, that Judgment is entered in favor of Defendants BlackBerry Limited, Thorsten Heins, Brian Bidulka, and Steve Zipperstein against Plaintiffs Yong M. Cho and Batuhan Ulug dismissing all of their claims with prejudice.

This shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

DATED: 16 December 2019

The Honorable Colleen McMahon
Chief United States District Court Judge
United States District Court
Southern District of New York