

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

NEW ORLEANS
NEW YORK
SAN FRANCISCO

December 11, 2019

Kim E. Miller
Partner – Admitted in NY & CA
Direct: 212.696.3730
kim.miller@ksfcounsel.com

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 750
New York, New York 10007

   Re: *Pearlstein v. Blackberry Limited, et al.*, No. 1:13-cv-7060 (S.D.N.Y.)

Dear Judge Parker:

  We represent Plaintiffs in the above-referenced Action. We respectfully attach copies of the following documents:

1) Plaintiffs' Letter in Response to Defendants' December 4, 2019 letter; and
2) Exhibits A through B.

One of the exhibits to the Letter (Exhibit B) is designated confidential by Defendants pursuant to the Protective Order. In accordance with paragraph III.d. of Your Honor's Individual Practices in Civil Cases, Plaintiffs have filed via ECF a slip sheet only for Exhibit B. Therefore, Plaintiffs are sending a copy of this letter request via email to Your Honor with the following attachments: (1) one full set of the Letter Motion and Exhibits with confidential materials highlighted; and (2) only those pages, clean and unredacted, that contain confidential materials, which must be filed under seal unless the Court holds otherwise.

          Respectfully submitted,

          */s/ Kim E. Miller*
          Kim E. Miller

Cc: All Counsel of Record (*via ECF*)

**APPLICATION GRANTED**

12/18/2019  *Katharine H. Parker*
      Hon. Katharine H. Parker, U.S.M.J.