UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARVIN PEARLSTEIN, Individually And
On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

BLACKBERRY LIMITED (formerly known as
RESEARCH IN MOTION LIMITED),
THORSTEIN HEINS, BRIAN BIDULKA,
and STEVE ZIPPERSTEIN,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

**ORDER**

**1:13-CV-7060 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 19, 2019, the parties appeared telephonically for a discovery conference. As discussed on the record, the following order is entered:

**Litigation Hold Production.** Defendants are directed to produce the litigation hold memoranda and distributions lists as discussed during the conference. The parties are directed to the record for further detailing.

**Status Conference.** A status conference in this matter is hereby scheduled for **January 24, 2020 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:   December 19, 2019
           New York, New York

*Katharine H. Parker*

                                  KATHARINE H. PARKER
                                  United States Magistrate Judge