UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARVIN PEARLSTEIN, et al.,

                Plaintiffs,

-against-

BLACKBERRY LIMITED, et al.,

                Defendants.

**ORDER**

1:13-CV-07060 (CM)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed during today's status conference, the next status conference is scheduled for **March 11, 2020 at 4:00 p.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:    January 24, 2020
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge