

250 Park Avenue, Suite 2040
New York, NY 10177

NEW ORLEANS
**NEW YORK**
SAN FRANCISCO

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/20
```

January 31, 2020

*via ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 750
New York, New York 10007-1312

Re:   ***Pearlstein v. BlackBerry Limited, et al.***, No. 1:13-cv-7060 (S.D.N.Y.)

Dear Judge Parker:

Plaintiffs respectfully attach copies of the following documents:

1. Plaintiffs' January 31, 2020 Letter Regarding Issues Raised at the January 24, 2020 Discovery Conference; and

2. Exhibits A through G thereto.

Two of the Exhibits to the Letter (Exhibits A and B) are designated confidential by the Federal Bureau of Investigation ("FBI") pursuant to the Protective Order. *See Pearlstein, et al. v. BlackBerry, et al.*, No. 19-MC-91091, at n.1. (Nov. 18, 2019 D. Mass.) ("All such documents will be subject to the Protective Order in the Pearlstein action."). In accordance with paragraph III.d. of Your Honor's Individual Practices in Civil Cases, Plaintiffs have filed via ECF a slip sheet only for Exhibits A and B. Therefore, Plaintiffs are sending a copy of this letter request via e-mail to Your Honor with the following attachments: (1) one full set of the Letter and Exhibits with confidential materials highlighted; and (2) only those pages, clean and unredacted, that contain confidential materials, which must be filed under seal unless the Court holds otherwise.

Respectfully submitted,

*/s/ Kim E. Miller*
Kim E. Miller

Cc: All Counsel of Record *via* ECF

**APPLICATION GRANTED**
02/07/20   *Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.

---

Kahn Swick & Foti LLC · New Orleans · New York — Kahn Swick & Foti LLP · San Francisco