# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/10/20

February 7, 2020

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

By ECF

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

Re: *Pearlstein v. BlackBerry Ltd.*, No. 13 Civ. 7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge Parker:

In accordance with paragraph III.d. of Your Honor's *Individual Practices in Civil Cases*, Defendants respectfully request confidential treatment of an exhibit that Defendants filed with a letter, dated February 7, 2020 (ECF No. 433). This exhibit contains an instant message that the Federal Bureau of Investigation produced to Defendants on a confidential basis, as ordered by the United States District Court for the District of Massachusetts. *See Pearlstein, et al. v. BlackBerry, et al.*, No. 19-MC-91091, ECF No. 19, at 4 n.1. (Nov. 18, 2019 D. Mass.) ("All such documents will be subject to the Protective Order in the *Pearlstein* action."). Defendants inadvertently filed the exhibit on the public docket when, in fact, it should have been filed under seal. Defendants respectfully request that the Court grant confidential treatment to the exhibit, remove it from the public docket, and file it under seal.

Respectfully submitted,

/s/ James J. Beha II
James J. Beha II

cc: All counsel of record (via ECF)

---

Defendants' application is granted. Defendants are directed to re-file an appropriately sealed copy of the document at Doc. No. 433.

The Clerk of Court is respectfully asked to remove the document currently at Doc. No. 433.

SO ORDERED:

02/10/20  /s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE