**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __03/10/2020__

March 9, 2020

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

Re:  *Pearlstein v. Blackberry Limited*, No. 1:13-cv-7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge Parker:

We write on behalf of all parties concerning the conference currently scheduled for 4:00 p.m. on March 11, 2020. The parties have conferred and agree that there are no outstanding issues they wish to address with the Court at the conference. The parties therefore respectfully request that the conference be adjourned.

Respectfully submitted,

/s/ James J. Beha II
James J. Beha II

cc:  All counsel of record (by ECF)

**APPLICATION GRANTED:** The Status Conference in this matter that is scheduled for Wednesday, March 10, 2020 at 4:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, May 11, 2020 at 10:30 a.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/10/2020

ny-1880653