UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

MARVIN PEARLSTEIN, et al.,

                              Plaintiffs,

              -against-

BLACKBERRY LIMITED, et al.,

                              Defendants.

**ORDER**

**1:13-CV-07060 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the national emergency, the conference in this matter scheduled for May 11, 2020 is hereby converted to a telephone conference. The parties are directed to call into the Court conference line at **(866) 434-5269, Code: 4858267** at the appropriate time.

**SO ORDERED.**

Dated:        March 16, 2020
              New York, New York

                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge