**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

May 8, 2020

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007-1312

Re:    *Pearlstein v. Blackberry Limited*, No. 1:13-cv-7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge Parker:

We write to respond to Lead Plaintiffs' letter from earlier today (ECF No. 450) and to inform the Court of the topics we wish to discuss at Monday's status conference. We were not provided with a copy of that letter before it was submitted, so provide this response to state our views on the matters we ask the Court to address.

*Expert Discovery schedule*

In our meet-and-confer call, the parties agreed, subject to the Court's approval, to a modest extension of current discovery deadlines. The schedule presented to the Court by Plaintiffs reflects the parties' discussion except with regard to the final expert reply report and deposition timing. In their letter, plaintiffs propose that they have four weeks to serve reply expert reports, but only allow two weeks for Defendants to do so. The time periods should be reciprocal, which results in a deadline for Defendants to serve their reply of October 23, 2020, with a corresponding two week extension to the deposition period. Defendants therefore ask the Court to set the following schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs serve expert reports | May 29, 2020 | May 29, 2020 |
| Defendants identify new subject experts | May 29, 2020 | June 29, 2020 |
| Defendants serve rebuttal expert reports | June 29, 2020 | August 12, 2020 |
| Defendants serve opening expert reports | June 29, 2020 | August 12, 2020 |
| Plaintiffs serve reply expert reports | July 13, 2020 | September 10, 2020 |
| Plaintiffs serve rebuttal reports | July 29, 2020 | September 25, 2020 |
| Defendants serve reply reports | August 14, 2020 | October 23, 2020 |
| Expert depositions | July 19-August 28, 2020 | October 1-Nov 13, 2020 |
| Completion of expert discovery | August 29, 2020 | November 13, 2020 |

ny-1916895

MORRISON | FOERSTER

Hon. Katharine H. Parker
May 8, 2020
Page Two

### *Class Certification*

Plaintiffs filed a motion before Judge McMahon, asking that the Court permit them to re-file their motion for class certification on May 29, 2020.  (ECF no. 447.)  Because Judge McMahon previously ordered re-filing of the class certification motion upon the Second Circuit deciding *Ark. Teacher Ret. Sys. v. Goldman Sachs Grp., Inc.*, 18-3667 (2d Cir.), (ECF No. 304), Defendants do not believe such a motion was necessary but agree to the request to set a May 29, 2020 deadline for filing the motion.

In our meet-and-confer call, Defendants attempted to discuss a briefing schedule for class certification.  Plaintiffs expressed the view that Judge McMahon's prior order referring class certification to this Court for a report and recommendation was limited to the now-administratively closed motion; therefore, in their view, the subject of a schedule for briefing class certification is not properly before this Court.  They declined to discuss class certification scheduling.

It is Defendants' understanding that Judge McMahon's referral of class certification proceedings continues in effect.  We presume the Court will advise the parties in due course in that regard.  Either way, Defendants believe it would be helpful to set a briefing schedule so that the parties and the Court can arrange their calendars efficiently.  Defendants would like to discuss scheduling of class certification briefing and the timing of an evidentiary hearing at the conference.

We look forward to discussing these issues with the Court on Monday.

Respectfully submitted,

/s/ James J. Beha II
James J. Beha II

cc:     All counsel of record (by ECF)

ny-1916895