USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BLACKBERRY LIMITED, et al., <br><br> Defendants. | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** <br><br> 1:13-CV-07060 (CM)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Case Management conference in this matter is hereby scheduled for **Monday, February 8, 2021 at 2:00 p.m.** The parties are directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

SO ORDERED.

Dated:   January 27, 2021
         New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge