```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BLACKBERRY LIMITED, et al., <br><br> Defendants. | **ORDER SCHEDULING SETTLEMENT CONFERENCE** <br><br> 1:13-CV-07060 (CM)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic settlement conference in this matter is scheduled for **Wednesday, May 19, 2021 at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **May 12, 2021 by 5:00 p.m.**

SO ORDERED.

Dated: February 8, 2021
New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge