UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
:
MARVIN PEARLSTEIN, Individually And On : **ECF CASE**
Behalf of All Others Similarly Situated, :
: No. 13 Civ. 7060 (CM) (KHP)
Plaintiff, : (Consolidated)
:
-against- :
:
BLACKBERRY LIMITED (formerly known as :
RESEARCH IN MOTION LIMITED), :
THORSTEN HEINS, BRIAN BIDULKA, and :
STEVE ZIPPERSTEIN, :
:
Defendants. :
----------------------------------------------------------------- x

# CERTIFICATION OF COMPLIANCE WITH NOTICE REQUIREMENTS IN THE COURT'S ORDER TEMPORARILY GRANTING MOTIONS TO SEAL AND DIRECTING RESPONSE FROM THIRD PARTY WITNESSES (ECF NO. 531)

Defendants BlackBerry Limited, Thorsten Heins, Brian Bidulka and Steve Zipperstein, hereby certify that they notified third-parties Ernst and Young LLP Canada ("EY"), U.S. Cellular, T-Mobile, AT&T, and Verizon Wireless (the "Third Parties") of the Court's Order Temporarily Granting Motions to Seal and Directing Response From Third Party Witnesses Ernst and Young, U.S. Cellular, and T-Mobile (the "Order") (ECF No. 531). Defendants' counsel emailed a copy of the Order to each of the following counsel for the Third Parties:

US Cellular:
    Thomas Collier
    Paul E. Veith
    Sidley Austin LLP

T-Mobile:
    Edward Butkovitz
    Kleinbard LLC

| | |
|---|---|
| Verizon:<br>    Harley Raff<br>    Litigation Counsel, Verizon | Ernst & Young:<br>    Donald Hanna<br>    Associate General Counsel,<br>    Ernst & Young |
| AT&T:<br>    Paula Phillips<br>    Litigation Manager, AT&T | and<br>    Jon Henry<br>    King & Spalding LLP |

Dated: May 10, 2021
       New York, New York

                                          /s/ James J. Beha II

MORRISON & FOERSTER LLP

Dan Marmalefsky (admitted pro hac vice)
707 Wilshire Boulevard
Los Angeles, California 90017
(213) 892-5200

James J. Beha II
Steven Rappoport
250 West 55th Street
New York, New York 10019
(212) 468-8000

*Attorneys for Defendants BlackBerry Limited,*
*Thorsten Heins, Brian Bidulka, and Steve Zipperstein*