# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

BLACKBERRY LIMITED (F/K/A RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,

Defendants.



No. 13 civ. 7060 (CM)

## ORDER

McMahon, J:

In light of Plaintiff's motion (Dkt. No. 460) which sought to make publicly available an unredacted version of the Loss Causation and Damages Report of Steven Feinstein; and given Defendants' letter of 5/10/21 offering no objection to the Feinstein report being publicly available, the Clerk is directed to unseal Dkt. No. 466. The Clerk is also directed to remove the motion at Dkt. No. 460 from the Court's list of open motions.

Dated: May 11, 2021
New York, New York

District Judge