**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** __05/11/2021__

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

May 11, 2021

Hon. Katharine H. Parker
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 750
New York, New York 10007-1312

Re:     *Pearlstein v. Blackberry Limited*, No. 1:13-cv-7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge Parker:

We write on behalf of all parties to request that the Court adjourn the telephonic settlement conference scheduled to occur on May 19, 2021. On May 6, 2021, the parties held a mediation before the Honorable Layn R. Phillips (Ret.) of Phillips ADR. The mediation before Judge Phillips did not result in an agreement. Based on the recent mediation, the parties agree that it would not be productive to go forward with the scheduled settlement conference before Your Honor. Accordingly, the parties jointly request that the Court adjourn the settlement conference scheduled to be held on May 19, 2021.

Respectfully submitted,

/s/ James J. Beha II
James J. Beha II

cc:     All counsel of record (by ECF)

*Application Granted*
*Katharine H Parker*
*USMJ      5-11-2021*

sf-4484943