MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

**By ECF**

May 26, 2021

Hon. Colleen McMahon
Senior United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:   *Pearlstein v. Blackberry Limited*, No. 1:13-cv-7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge McMahon:

We represent the Defendants in the above-captioned action and write in response to the Court's May 5, 2021 Order Temporarily Granting Motions to Seal and Directing Response From Third Party Witnesses Ernst and Young, U.S. Cellular, and T-Mobile.  (ECF No. 531.)  Counsel for Ernst & Young, U.S. Cellular, T-Mobile, and Verizon have informed us that those third-parties do not object to the unsealing of documents and testimony that they had designated as "Confidential" and that the parties had filed as part of their summary judgment and related *Daubert* motions.

Respectfully submitted,

/s/ James J. Beha II
James J. Beha II

cc:   All counsel of record (by ECF)

ny-2117278