UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

MARVIN PEARLSTEIN, Individually And
On Behalf of All Others Similarly Situated,

          Plaintiffs,          No. 13 civ. 7060 (CM)

      v.

BLACKBERRY LIMITED (F/K/A RESEARCH
IN MOTION LIMITED), THORSTEN HEINS,
BRIAN BIDULKA, and STEVE ZIPPERSTEIN,

          Defendants.

───────────────────────────────────────────────

# ORDER

McMahon, J:

In light of the parties' responses to the Court's inquiry regarding whether certain documents filed under seal need to be kept under seal (Dkt. No. 531), the Court is satisfied that there are no objections to the unsealing of such documents. Accordingly, the Clerk is directed to make publicly available Dkt. Nos. 505, 515, 517, and 528. The Clerk is also directed to remove the motions at Dkt. No. 503, 509, and 526 from the Court's list of open motions.

Dated: May 26, 2021
New York, New York

                                                  District Judge