UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-v-<br><br>BLACKBERRY LIMITED, THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,<br><br>Defendants. | Case No. 1:13-cv-07060-CM-KHP<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/8/2022 |

### [~~PROPOSED~~] ORDER OF WITHDRAWAL OF STEVEN T. RAPPOPORT

Upon consideration of the motion to withdraw the appearance of Steven T. Rappoport, this Court orders that Mr. Rappoport be withdrawn as counsel of record from this case, and further orders that Mr. Rappoport be removed from the Court's electronic service list.

SO ORDERED:

*/s/ Colleen McMahon*

Hon. Colleen McMahon
United States District Judge

Dated: February __, 2022

ny-2329486