**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
MARVIN PEARLSTEIN, Individually And On : **ECF CASE**
Behalf of All Others Similarly Situated, :
: No. 13 Civ. 7060 (CM) (KHP)
Plaintiff, : (Consolidated)
:
-against- : Oral Argument Requested
:
BLACKBERRY LIMITED (formerly known as :
RESEARCH IN MOTION LIMITED), :
THORSTEN HEINS, BRIAN BIDULKA, and :
STEVE ZIPPERSTEIN, :
:
Defendants. :
---------------------------------------------------------------- x

## DEFENDANTS' NOTICE OF MOTION *IN LIMINE*
## NO. 16 TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING THE DRAFT
## APPLIED VALUE POWERPOINT

MORRISON & FOERSTER LLP

| | |
|---|---|
| Dan Marmalefsky (admitted *pro hac vice*) | Jamie A. Levitt |
| 707 Wilshire Boulevard | James J. Beha II |
| Los Angeles, California 90017 | Christina L. Golden Ademola |
| (213) 892-5200 | 250 West 55th Street |
| | New York, New York 10019 |
| | (212) 468-8000 |
| | |
| Jordan Eth (admitted *pro hac vice*) | Erik J. Olson (admitted *pro hac vice*) |
| Christin J. Hill (admitted *pro hac vice*) | 755 Page Mill Road |
| 425 Market Street | Palo Alto, California 94304 |
| San Francisco, California 94105 | (650) 813-5600 |
| (415) 268-7000 | |

*Attorneys for Defendants*

ny-2345377

PLEASE TAKE NOTICE that defendants BlackBerry Limited, Thorsten Heins, Brian Bidulka, and Steve Zipperstein ("Defendants") submit this motion *in limine* No. 16 to exclude evidence or argument regarding the draft Applied Value presentation. This motion is based on this Notice of Motion and Motion, the supporting memorandum of law, Declaration of Christina L. Golden Ademola and the exhibits attached thereto, and any other written and oral argument that may be presented to the Court. For the reasons set forth in the supporting memorandum of law, the Court should grant Defendants' motion *in limine* No. 16 and exclude evidence or argument regarding the draft Applied Value presentation.

| | |
|---|---|
| Dated: March 7, 2022<br>New York, New York | /s/ Christina L. Golden Ademola |

                                          MORRISON & FOERSTER LLP

Dan Marmalefsky (admitted *pro hac vice*)
707 Wilshire Boulevard
Los Angeles, California 90017
(213) 892-5200

Jamie A. Levitt
James J. Beha II
Christina L. Golden Ademola
250 West 55th Street
New York, New York 10019
(212) 468-8000

Jordan Eth (admitted *pro hac vice*)
Christin J. Hill (admitted *pro hac vice*)
425 Market Street
San Francisco, California 94105
(415) 268-7000

Erik J. Olson (admitted *pro hac vice*)
755 Page Mill Road
Palo Alto, California 94304
(650) 813-5600

*Attorneys for Defendants*

2