# EXHIBIT A

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 1 | Barron, Geraldo | 9/24/2019 | 6:24-6:25 | | | |
| 2 | Barron, Geraldo | 9/24/2019 | 7:5-7:14 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 3 | Barron, Geraldo | 9/24/2019 | 7:23-8:12 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 4 | Barron, Geraldo | 9/24/2019 | 8:19-9:6 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 5 | Barron, Geraldo | 9/24/2019 | 10:20-10:25 | | | |
| 6 | Barron, Geraldo | 9/24/2019 | 11:16-11:23 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 7 | Barron, Geraldo | 9/24/2019 | 12:5-12:9 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 8 | Barron, Geraldo | 9/24/2019 | 12:12-12:13 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 9 | Barron, Geraldo | 9/24/2019 | 15:20-16:24 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 10 | Barron, Geraldo | 9/24/2019 | 17:19-18:19 | FRE 602, 611, 701 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 11 | Barron, Geraldo | 9/24/2019 | 30:9-30:12 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 12 | Barron, Geraldo | 9/24/2019 | 32:1-32:5 | FRE 602, 802 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 13 | Barron, Geraldo | 9/24/2019 | 32:15-32:20 | FRE 602, FRE 802 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 14 | Barron, Geraldo | 9/24/2019 | 33:1-33:12 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 15 | Barron, Geraldo | 9/24/2019 | 38:19-39:8 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 16 | Barron, Geraldo | 9/24/2019 | 40:11-40:20 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 17 | Barron, Geraldo | 9/24/2019 | 75:16-76:9 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 18 | Barron, Geraldo | 9/24/2019 | 76:13-76:20 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 19 | Barron, Geraldo | 9/24/2019 | 77:10-77:24 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 20 | Barron, Geraldo | 9/24/2019 | 78:2-78:14 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 21 | Barron, Geraldo | 9/24/2019 | 83:2-83:21 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 22 | Barron, Geraldo | 9/24/2019 | 83:25-84:3 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 23 | Barron, Geraldo | 9/24/2019 | 84:6-84:14 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 24 | Barron, Geraldo | 9/24/2019 | 91:12-92:7 | FRE 602, 611 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 25 | Barron, Geraldo | 9/24/2019 | 126:25-127:17 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 26 | Barron, Geraldo | 9/24/2019 | 127:20-128:9 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 27 | Barron, Geraldo | 9/24/2019 | 138:10-138:16 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 28 | Barron, Geraldo | 9/24/2019 | 139:5-139:11 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 29 | Barron, Geraldo | 9/24/2019 | 139:14-139:23 | | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 30 | Barron, Geraldo | 9/24/2019 | 140:2-140:16 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 31 | Barron, Geraldo | 9/24/2019 | 144:3-145:12 | FRE 602 | 7:15-22; 12:17-13:9; 14:5-8; 14:15-5:5; 33:13-17; 33:24-34:5; 35:2-4; 36:7-12; 39:9-12; 41:5-7; 41:8-15; 49:12; 57:15-17; 57:25-58:4; 59:1-6; 68:22-69:12; 80:7-9; 83:22-24; 139:24-140:1; 160:7-161:3; 161:23-162:1; 163:14-23; 164:24-165:7; 172:7-25; 173:8-11; 173:25-174:3; 174:14-24; 187:23-188:2; 189:10-21; 193:11-25; 194:12-17; 217:10-12; 217:23-218:1; 219:5-11 | |
| 32 | Connolly, Keith | 1/15/2020 | 7:15-16 | | | |
| 33 | Connolly, Keith | 1/15/2020 | 8:4-8:12 | | | |
| 34 | Connolly, Keith | 1/15/2020 | 8:20-9:14 | | | |
| 35 | Connolly, Keith | 1/15/2020 | 10:2-11 | | | |
| 36 | Connolly, Keith | 1/15/2020 | 45:16-22 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 37 | Connolly, Keith | 1/15/2020 | 45:24 (partial) - 46:5 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 38 | Connolly, Keith | 1/15/2020 | 46:24-25 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 39 | Connolly, Keith | 1/15/2020 | 47:2-48:1 | | | |
| 40 | Connolly, Keith | 1/15/2020 | 48:5-49:4 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 41 | Connolly, Keith | 1/15/2020 | 49:6-14 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 42 | Connolly, Keith | 1/15/2020 | 50:20-51:16 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 43 | Connolly, Keith | 1/15/2020 | 52:1-2 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 44 | Connolly, Keith | 1/15/2020 | 52:4-53:10 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 45 | Connolly, Keith | 1/15/2020 | 53:15-55:11 | | | |
| 46 | Connolly, Keith | 1/15/2020 | 58:8-58:21 | | | |
| 47 | Connolly, Keith | 1/15/2020 | 79:13-80:18 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 48 | Connolly, Keith | 1/15/2020 | 82:18-84:2 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 49 | Connolly, Keith | 1/15/2020 | 85:12-17 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 50 | Connolly, Keith | 1/15/2020 | 85:19-87:1 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 51 | Connolly, Keith | 1/15/2020 | 89:6-10 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 52 | Connolly, Keith | 1/15/2020 | 94:5-7 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 53 | Connolly, Keith | 1/15/2020 | 94:23-95:21 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 54 | Connolly, Keith | 1/15/2020 | 95:25-96:2 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 55 | Connolly, Keith | 1/15/2020 | 97:25-99:11 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 56 | Connolly, Keith | 1/15/2020 | 99:13-19 | FRE 602(personal knowledge); FRE 802 (hearsay) | | |
| 57 | Hjort, Roddy | 12/4/2019 | 10:19-10:21 | | | |
| 58 | Hjort, Roddy | 12/4/2019 | 11:11-11:18 | | | |
| 59 | Hjort, Roddy | 12/4/2019 | 11:23-12:20 | | | |
| 60 | Hjort, Roddy | 12/4/2019 | 15:12-15:14 | | | |
| 61 | Hjort, Roddy | 12/4/2019 | 15:18-15:24 | | | |
| 62 | Hjort, Roddy | 12/4/2019 | 18:11-19:14 | 18:22-23;  19:4-12 - FRE 602 | 18:24-19:3 | |
| 63 | Hjort, Roddy | 12/4/2019 | 19:16-19:17 | | | |
| 64 | Hjort, Roddy | 12/4/2019 | 21:17-21:21 | | | |
| 65 | Hjort, Roddy | 12/4/2019 | 21:23-21:25 | | | |
| 66 | Hjort, Roddy | 12/4/2019 | 22:23-23:1 | | | |
| 67 | Hjort, Roddy | 12/4/2019 | 23:3-23:11 | | | |
| 68 | Hjort, Roddy | 12/4/2019 | 43:18-44:7 | 43:13-44:7 - FRE 602;  FRE 802 | | |
| 69 | Hjort, Roddy | 12/4/2019 | 44:19-44:24 | FRE 602;  FRE 802 | | |
| 70 | Hjort, Roddy | 12/4/2019 | 48:8-48:9 | | | |
| 71 | Hjort, Roddy | 12/4/2019 | 49:16-50:2 | | 50:3-11 | |
| 72 | Hjort, Roddy | 12/4/2019 | 50:12-50:16 | | 50:17-20, 50:22-23 | 50:22-25: FRE 106 (completeness) |
| 73 | Hjort, Roddy | 12/4/2019 | 51:13-51:22 | 51:13-52:1 - FRE 602;  FRE 802 | | |
| 74 | Hjort, Roddy | 12/4/2019 | 51:24-52:4 | 51:13-52:1 - FRE 602;  FRE 802 | | |
| 75 | Hjort, Roddy | 12/4/2019 | 52:23-53:19 | 52:23-54:16;  54:22-56:10 - FRE 602;  FRE 802 | 53:4-9 | |
| 76 | Hjort, Roddy | 12/4/2019 | 53:21-55:5 | 52:23-54:16;  54:22-56:10 - FRE 602;  FRE 802 | 54:17-18 | |
| 77 | Hjort, Roddy | 12/4/2019 | 56:11-56:12 | | | |
| 78 | Hjort, Roddy | 12/4/2019 | 58:12-58:16 (so…) | FRE 602 | | |
| 79 | Hjort, Roddy | 12/4/2019 | 59:10-60:5 | FRE 602;  FRE 802 | | |
| 80 | Hjort, Roddy | 12/4/2019 | 61:6-61:10 | 60:17-61:17 - FRE 602;  FRE 802 | | |
| 81 | Hjort, Roddy | 12/4/2019 | 61:12-61:19 | 60:17-61:17 - FRE 602;  FRE 802 | | |
| 82 | Hjort, Roddy | 12/4/2019 | 62:11-63:7 | 62:11-65:7 - FRE 602;  FRE 802 | 63:8-9 | |
| 83 | Hjort, Roddy | 12/4/2019 | 63:13-64:4 | 62:11-65:7 - FRE 602;  FRE 802 | | |
| 84 | Hjort, Roddy | 12/4/2019 | 64:8-64:15 | 62:11-65:7 - FRE 602;  FRE 802 | | |
| 85 | Hjort, Roddy | 12/4/2019 | 64:21-65:7 | 62:11-65:7 - FRE 602;  FRE 802 | | |
| 86 | Hjort, Roddy | 12/4/2019 | 65:21-65:22 | | | |
| 87 | Hjort, Roddy | 12/4/2019 | 66:17-67:10 | 66:17-69:2 - FRE 602;  FRE 802 | | |
| 88 | Hjort, Roddy | 12/4/2019 | 68:11-68:16 | 66:17-69:2 - FRE 602;  FRE 802 | | |
| 89 | Hjort, Roddy | 12/4/2019 | 68:18-68:19 | 66:17-69:2 - FRE 602;  FRE 802 | | |
| 90 | Hjort, Roddy | 12/4/2019 | 73:1-73:1 | | 73:10-74:11 | |
| 91 | Hjort, Roddy | 12/4/2019 | 74:12-75:6 | FRE 602;  FRE 802 | | |
| 92 | Hjort, Roddy | 12/4/2019 | 75:20-76:7 | FRE 602;  FRE 802 | | |
| 93 | Hjort, Roddy | 12/4/2019 | 76:21-76:25 | FRE 602;  FRE 802 | | |
| 94 | Hjort, Roddy | 12/4/2019 | 80:14-80:15 | 78:12-81:19 - FRE 602;  FRE 802 | 81:20-24 | |
| 95 | Hjort, Roddy | 12/4/2019 | 80:21-81:22 | 78:12-81:19 - FRE 602;  FRE 802 | | |
| 96 | Hjort, Roddy | 12/4/2019 | 81:24-82:9 | 82:1-84:10 - FRE 602;  FRE 802 | | |
| 97 | Hjort, Roddy | 12/4/2019 | 82:11-82:12 | 82:1-84:10 - FRE 602;  FRE 802 | | |
| 98 | Hjort, Roddy | 12/4/2019 | 82:14-82:19 | 82:1-84:10 - FRE 602;  FRE 802 | | |
| 99 | Hjort, Roddy | 12/4/2019 | 82:21-83:18 | 82:1-84:10 - FRE 602;  FRE 802 | | |
| 100 | Hjort, Roddy | 12/4/2019 | 83:20-83:25 | 82:1-84:10 - FRE 602;  FRE 802 | | |
| 101 | Hjort, Roddy | 12/4/2019 | 84:2-84:12 | 82:1-84:10 - FRE 602;  FRE 802 | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 102 | Hjort, Roddy | 12/4/2019 | 86:24-87:7 | 86:24-88:18 - FRE 602;  FRE 802 | | |
| 103 | Hjort, Roddy | 12/4/2019 | 87:9-87:15 | 86:24-88:18 - FRE 602;  FRE 802 | | |
| 104 | Hjort, Roddy | 12/4/2019 | 87:17-88:18 | 86:24-88:18 - FRE 602;  FRE 802 | | |
| 105 | Hjort, Roddy | 12/4/2019 | 89:10-89:14 | 89:10-17 - FRE 602;  FRE 802 | | |
| 106 | Hjort, Roddy | 12/4/2019 | 89:16-89:17 | 89:10-17 - FRE 602;  FRE 802 | | |
| 107 | Hjort, Roddy | 12/4/2019 | 94:16-95:2 | 94:16-95:20 - FRE 602;  FRE 802 | | |
| 108 | Hjort, Roddy | 12/4/2019 | 95:4-95:11 | 94:16-95:20 - FRE 602;  FRE 802 | | |
| 109 | Hjort, Roddy | 12/4/2019 | 95:13-95:16 | 94:16-95:20 - FRE 602;  FRE 802 | | |
| 110 | Hjort, Roddy | 12/4/2019 | 95:18-95:20 | 94:16-95:20 - FRE 602;  FRE 802 | 102:1-104:9; 106:20-108:3; 108:5-15; 108:19-109:8; 109:23-110:14; 110:17-21; 111:10-19; 111:24-112:21; 113:9-21; 114:25-115:21; 116:17-117:7; 117:14-18; 117:20-119:7; 119:16-120:4; 120:23-121:1; 121:14-122:24; 123:9-126:21; 127:7-128:2; 128:9-16 | 102:2-6, 102:8-9: FRE 611(c) (leading question), FRE 611(a) (vague), FRE 403 (misleading the jury); 103:5-7: FRE 611(c) (leading question), FRE 611(a) (asked and answered, argumentative, cumulative, vague), FRE 403 (misleading the jury); 103:12-15: FRE 611(c) (leading question); 106:25-107:4, 107:7-8, 107:8-14, 107:16-17, 107:19-21, 107:23-24, 108:2-3: FRE 611(c) (leading question); 108:5-6, 108:8: FRE 106 (completeness) (108:4-6), FRE 611(c) (leading question); 108:10-12, 108:14-15: FRE 611(c) (leading question), FRE 611(a) (asked and answered); 108:19-21, 108:23-24: FRE 106 (completeness) (106:17-21), FRE 611(c) (leading question), FRE 611(a) (asked and answered); 109:2-8: FRE 106 (completeness) (110:10-22); 109:23-110:1, 110:3: FRE 106 (completeness) (110:10-22); FRE 611(c) (leading question); 110:10-12: FRE 611(c) (leading question); 110:17-19, 110:21: FRE 106 (completeness) (110:16-19), FRE 611(c) (leading question); 111:10-19: FRE 106 (completeness) (110:23-111:9); 111:24-112:13: FRE 106 (completeness) (111:20-23); 112:14-21: FRE 403 (misleading the jury - foundation laid at 52:23-53:3, 53:10-19, 53:21-23); 113:9-12, 113:14-16: FRE 611(c) (leading question) (110:10-12), FRE 403 (misleading the jury - foundation laid at 52:23-53:3, 53:10-19, 53:21-23); 113:18-21: FRE 403 (misleading the jury - foundation laid at 52:23-53:3, 53:10-19, 53:21-23); 114:25-115:21: FRE 106 (completeness) (114:6-12, 114:14-20, 114:22-23); 116:17-19, 116:21-116:25: FRE 106 (completeness) (116:7-16), FRE 611(c) (leading question), FRE 611(a) (vague); 117:1-5, 117:7: 117:4-5: FRE 611(c) (leading), FRE 611(a) (argumentative), FRE 403; 117:20-21, 117:23: FRE 106 (completeness) (117:19-21); 118:17-19, 118:21-22: FRE 611(a) (vague); 119:16-120:2, 120:4: FRE 611(c) (leading) (117:4-5), FRE 403 (misleading the jury - foundation laid at 62:11-63:7; 63:10-12); 120:23-121:1: FRE 106 (completeness) (120:6-15, 120; 120:17-21, 121:2-11), FRE 403 (misleading the jury - foundation laid at 62:11-63:7, 63:10-12); 121:14-122:24: FRE 611(c) (leading question) (122:21-24), FRE 611(a) (argumentative); 126:8-12: FRE 611(c) (leading); 127:7-128:2: FRE 106 (completeness) (126:22-127:6); 128:9-16: FRE 106 (completeness) (128:3-8) |
| 111 | Luelo, Tory | 12/5/2019 | 1:16-19 | | | |
| 112 | Luelo, Tory | 12/5/2019 | 3:24-4:8 | | | |
| 113 | Luelo, Tory | 12/5/2019 | 4:12-25 | | | |
| 114 | Luelo, Tory | 12/5/2019 | 5:3-6:5 | | | |
| 115 | Luelo, Tory | 12/5/2019 | 7:4-5 | | | |
| 116 | Luelo, Tory | 12/5/2019 | 7:8-10 | | | |
| 117 | Luelo, Tory | 12/5/2019 | 14:8-9 (...chain.) | | | |
| 118 | Luelo, Tory | 12/5/2019 | 14:21-15:17 | | | |
| 119 | Luelo, Tory | 12/5/2019 | 15:20-26 | | | |
| 120 | Luelo, Tory | 12/5/2019 | 16:4-6 | | | |
| 121 | Luelo, Tory | 12/5/2019 | 19:18-22 | | | |
| 122 | Luelo, Tory | 12/5/2019 | 19:24-20:1 | | | |
| 123 | Luelo, Tory | 12/5/2019 | 21:24-26 | FRE 401, 402, 403 | | |
| 124 | Luelo, Tory | 12/5/2019 | 22:17-23:20 | FRE 401, 402, 403 | 23:21-24:7 | |
| 125 | Luelo, Tory | 12/5/2019 | 29:1-20 | | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 126 | Luelo, Tory | 12/5/2019 | 74:18-75:9 | | | |
| 127 | Luelo, Tory | 12/5/2019 | 82:16-20 | | | |
| 128 | Luelo, Tory | 12/5/2019 | 82:24-83:19 | FRE 401, 402, 403 | | |
| 129 | Luelo, Tory | 12/5/2019 | 84:13-24 | FRE 401, 402, 403 | | |
| 130 | Luelo, Tory | 12/5/2019 | 96:9-97:17 | FRE 402, 403, 602, 611 | | |
| 131 | Luelo, Tory | 12/5/2019 | 98:11-100:22 | | | |
| 132 | Luelo, Tory | 12/5/2019 | 102:19-103:3 | FRE 602, 611 | | |
| 133 | Luelo, Tory | 12/5/2019 | 171:6-7 (...13.) | | | |
| 134 | Luelo, Tory | 12/5/2019 | 171:20:172-23 | 172:15-26 - FRE 402, 403, 602, 611 | | |
| 135 | Luelo, Tory | 12/5/2019 | 172:25-173:17 | | | |
| 136 | Luelo, Tory | 12/5/2019 | 177:23-178:2 | | | |
| 137 | Luelo, Tory | 12/5/2019 | 178:9-180:3 | FRE 401, 402, 403, 602, 611 | | |
| 138 | Luelo, Tory | 12/5/2019 | 180:23-182:6 | FRE 401, 402, 403, 602, 611 | | |
| 139 | Luelo, Tory | 12/5/2019 | 182:16-26 | FRE 401, 402, 403, 602, 611 | | |
| 140 | Portnoy, Lisa | 1/16/2020 | 9:14-10:2 | | | |
| 141 | Portnoy, Lisa | 1/16/2020 | 10:8-10:16 | | | |
| 142 | Portnoy, Lisa | 1/16/2020 | 15:25-16:21 | | | |
| 143 | Portnoy, Lisa | 1/16/2020 | 30:16-30:23 | FRE 602 | | |
| 144 | Portnoy, Lisa | 1/16/2020 | 31:2-31:22 | FRE 602 | | |
| 145 | Portnoy, Lisa | 1/16/2020 | 37:5-37:6 | | | |
| 146 | Portnoy, Lisa | 1/16/2020 | 37:9-37:9 | | | |
| 147 | Portnoy, Lisa | 1/16/2020 | 40:3-40:14 | | | |
| 148 | Portnoy, Lisa | 1/16/2020 | 41:3-41:24 | FRE 602, 801, 802 | | |
| 149 | Portnoy, Lisa | 1/16/2020 | 42:1-42:3 | FRE 602, 801, 802 | | |
| 150 | Portnoy, Lisa | 1/16/2020 | 43:23-44:15 | | | |
| 151 | Portnoy, Lisa | 1/16/2020 | 44:17-44:17 | | | |
| 152 | Portnoy, Lisa | 1/16/2020 | 45:1-46:5 | | | |
| 153 | Portnoy, Lisa | 1/16/2020 | 47:17-47:20 | | | |
| 154 | Portnoy, Lisa | 1/16/2020 | 47:22-49:1 | FRE 602, 801, 802 | | |
| 155 | Portnoy, Lisa | 1/16/2020 | 49:3-49:9 | FRE 602, 801, 802 | | |
| 156 | Portnoy, Lisa | 1/16/2020 | 49:11-49:14 | FRE 602, 801, 802 | | |
| 157 | Portnoy, Lisa | 1/16/2020 | 50:3-50:6 | FRE 602, 801, 802 | | |
| 158 | Portnoy, Lisa | 1/16/2020 | 50:8-50:9 | FRE 602, 801, 802 | | |
| 159 | Portnoy, Lisa | 1/16/2020 | 50:11-50:20 | FRE 602, 801, 802 | | |
| 160 | Portnoy, Lisa | 1/16/2020 | 50:22-51:1 | FRE 602, 801, 802 | | |
| 161 | Portnoy, Lisa | 1/16/2020 | 51:3-51:6 | FRE 602, 801, 802 | | |
| 162 | Portnoy, Lisa | 1/16/2020 | 57:3-57:15 | FRE 602, 801, 802 | | |
| 163 | Portnoy, Lisa | 1/16/2020 | 61:6-61:8 | | | |
| 164 | Portnoy, Lisa | 1/16/2020 | 61:10-61:15 | | | |
| 165 | Portnoy, Lisa | 1/16/2020 | 61:17-61:20 | | | |
| 166 | Portnoy, Lisa | 1/16/2020 | 61:22-62:10 | FRE 701 | | |
| 167 | Portnoy, Lisa | 1/16/2020 | 62:12-62:17 | FRE 701 | | |
| 168 | Portnoy, Lisa | 1/16/2020 | 62:19-62:19 | FRE 701 | | |
| 169 | Portnoy, Lisa | 1/16/2020 | 69:6-69:11 | FRE 602 | | |
| 170 | Portnoy, Lisa | 1/16/2020 | 69:13-69:15 | FRE 602 | | |
| 171 | Portnoy, Lisa | 1/16/2020 | 69:17-69:20 | FRE 602 | | |
| 172 | Portnoy, Lisa | 1/16/2020 | 69:22-69:22 | FRE 602 | | |
| 173 | Portnoy, Lisa | 1/16/2020 | 70:11-70:15 | FRE 402, 403, 602 | | |
| 174 | Portnoy, Lisa | 1/16/2020 | 71:11-71:12 | FRE 402, 403, 602 | | |
| 175 | Portnoy, Lisa | 1/16/2020 | 71:17-72:22 | FRE 402, 403, 602 | 72:23-73:15; 76:22-25 | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 176 | Portnoy, Lisa | 1/16/2020 | 77:2-77:7 | FRE 402, 403, 602 | | |
| 177 | Portnoy, Lisa | 1/16/2020 | 77:9-77:12 | FRE 402, 403, 602 | | |
| 178 | Portnoy, Lisa | 1/16/2020 | 77:14-77:21 | FRE 402, 403, 602 | | |
| 179 | Portnoy, Lisa | 1/16/2020 | 78:7-78:7 | FRE 402, 403, 602, 611, 701 | | |
| 180 | Portnoy, Lisa | 1/16/2020 | 78:15-78:19 | FRE 402, 403, 602, 611, 701 | | |
| 181 | Portnoy, Lisa | 1/16/2020 | 80:1-80:5 | FRE 402, 403, 701 | | |
| 182 | Portnoy, Lisa | 1/16/2020 | 80:7-80:16 | FRE 402, 403, 701 | | |
| 183 | Portnoy, Lisa | 1/16/2020 | 80:18-81:1 | FRE 402, 403, 701 | | |
| 184 | Portnoy, Lisa | 1/16/2020 | 81:3-81:4 | FRE 402, 403, 701 | | |
| 185 | Portnoy, Lisa | 1/16/2020 | 82:2-82:10 | FRE 402, 403, 602 | | |
| 186 | Portnoy, Lisa | 1/16/2020 | 82:12-82:25 | FRE 402, 403, 602 | | |
| 187 | Portnoy, Lisa | 1/16/2020 | 83:2-83:4 | FRE 402, 403, 602 | | |
| 188 | Portnoy, Lisa | 1/16/2020 | 83:10-83:14 | FRE 402, 403, 602 | | |
| 189 | Portnoy, Lisa | 1/16/2020 | 83:16-83:25 | FRE 402, 403, 602 | | |
| 190 | Portnoy, Lisa | 1/16/2020 | 85:3-85:5 | FRE 402, 403, 602 | | |
| 191 | Portnoy, Lisa | 1/16/2020 | 85:11-86:1 | FRE 402, 403, 602 | | |
| 192 | Portnoy, Lisa | 1/16/2020 | 86:3-86:12 | FRE 402, 403, 602 | | |
| 193 | Portnoy, Lisa | 1/16/2020 | 87:1-87:6 | FRE 402, 403, 602 | 94:13-94:15 | |
| 194 | Portnoy, Lisa | 1/16/2020 | 93:4-93:6 | | | |
| 195 | Portnoy, Lisa | 1/16/2020 | 93:8-93:11 | | | |
| 196 | Portnoy, Lisa | 1/16/2020 | 93:13-93:16 | | | |
| 197 | Portnoy, Lisa | 1/16/2020 | 98:2-98:4 | FRE 401, 402, 403, 701 | | |
| 198 | Portnoy, Lisa | 1/16/2020 | 98:6-98:14 | FRE 401, 402, 403, 701 | | |
| 199 | Portnoy, Lisa | 1/16/2020 | 98:16-98:17 | FRE 401, 402, 403, 701 | | |
| 200 | Portnoy, Lisa | 1/16/2020 | 101:4-101:8 | | | |
| 201 | Portnoy, Lisa | 1/16/2020 | 103:2-103:17 | | | |
| 202 | Portnoy, Lisa | 1/16/2020 | 103:19-104:8 | | | |
| 203 | Portnoy, Lisa | 1/16/2020 | 104:10-104:18 | | | |
| 204 | Portnoy, Lisa | 1/16/2020 | 104:20-104:22 | | | |
| 205 | Portnoy, Lisa | 1/16/2020 | 105:7-105:9 | FRE 401, 402, 403, 602 | | |
| 206 | Portnoy, Lisa | 1/16/2020 | 105:11-105:17 | FRE 401, 402, 403, 602 | | |
| 207 | Portnoy, Lisa | 1/16/2020 | 106:1-106:3 | | | |
| 208 | Portnoy, Lisa | 1/16/2020 | 106:5-106:18 | | | |
| 209 | Portnoy, Lisa | 1/16/2020 | 106:20-106:20 | | | |
| 210 | Portnoy, Lisa | 1/16/2020 | 107:12-107:15 (...2013) | | | |
| 211 | Portnoy, Lisa | 1/16/2020 | 108:15-108:20 | | | |
| 212 | Portnoy, Lisa | 1/16/2020 | 109:5-109:19 | | | |
| 213 | Portnoy, Lisa | 1/16/2020 | 110:5-111:2 | | | |
| 214 | Portnoy, Lisa | 1/16/2020 | 111:4-111:7 | | | |
| 215 | Portnoy, Lisa | 1/16/2020 | 115:4-116:25 | | | |
| 216 | Portnoy, Lisa | 1/16/2020 | 117:2-117:12 | | | |
| 217 | Portnoy, Lisa | 1/16/2020 | 117:14-117:14 | | | |
| 218 | Portnoy, Lisa | 1/16/2020 | 119:8-119:11 | FRE 402, 403, 602, 611 | | |
| 219 | Portnoy, Lisa | 1/16/2020 | 119:13-119:18 | FRE 402, 403, 602, 611 | | |
| 220 | Portnoy, Lisa | 1/16/2020 | 119:20-120:18 | 119:20-119:23 FRE 402, 403, 602, 611. 120:16-120:18 FRE 402, 403 | | |
| 221 | Portnoy, Lisa | 1/16/2020 | 120:20-121:8 | FRE 402, 403 | | |
| 222 | Portnoy, Lisa | 1/16/2020 | 138:11-139:16 | FRE 402, 403, 602, 611, 801, 802 | | |
| 223 | Portnoy, Lisa | 1/16/2020 | 139:18-139:22 | FRE 402, 403, 602, 611, 801, 802 | | |
| 224 | Portnoy, Lisa | 1/16/2020 | 184:19-185:4 | | | |
| 225 | Portnoy, Lisa | 1/16/2020 | 185:17-185:19 | | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 226 | Portnoy, Lisa | 1/16/2020 | 185:21-186:10 | | | |
| 227 | Portnoy, Lisa | 1/16/2020 | 186:12-186:16 | | | |
| 228 | Portnoy, Lisa | 1/16/2020 | 193:8-193:9 (I am…) | | | |
| 229 | Portnoy, Lisa | 1/16/2020 | 196:2-196:16 | | | |
| 230 | Portnoy, Lisa | 1/16/2020 | 196:18-196:22 | | | |
| 231 | Portnoy, Lisa | 1/16/2020 | 198:8-198:25 | | | |
| 232 | Portnoy, Lisa | 1/16/2020 | 199:2-199:6 | | | |
| 233 | Portnoy, Lisa | 1/16/2020 | 199:15-199:25 | | | |
| 234 | Portnoy, Lisa | 1/16/2020 | 200:5-201:5 | | | |
| 235 | Portnoy, Lisa | 1/16/2020 | 209:12-209:18 | FRE 401, 402, 403, 602, 611 | | |
| 236 | Portnoy, Lisa | 1/16/2020 | 211:19-212:18 | | | |
| 237 | Portnoy, Lisa | 1/16/2020 | 214:7-214:10 | | | |
| 238 | Portnoy, Lisa | 1/16/2020 | 214:12-215:4 | | | |
| 239 | Portnoy, Lisa | 1/16/2020 | 222:17-223:1 | | | |
| 240 | Portnoy, Lisa | 1/16/2020 | 223:4-223:9 | | | |
| 241 | Portnoy, Lisa | 1/16/2020 | 223:11-223:16 | | | |
| 242 | Portnoy, Lisa | 1/16/2020 | 236:10-237:3 | FRE 402, 403, 602, 611 | | |
| 243 | Portnoy, Lisa | 1/16/2020 | 237:6-237:16 | FRE 402, 403, 602, 611 | | |
| 244 | Portnoy, Lisa | 1/16/2020 | 237:18-237:25 | FRE 402, 403, 602, 611 | | |
| 245 | Portnoy, Lisa | 1/16/2020 | 238:15-238:19 | FRE 402, 403, 602, 611 | | |
| 246 | Portnoy, Lisa | 1/16/2020 | 238:22-239:8 | 238:22-239:3 FRE 402, 403, 602, 611 | | |
| 247 | Portnoy, Lisa | 1/16/2020 | 240:2-240:4 | | | |
| 248 | Portnoy, Lisa | 1/16/2020 | 240:6-240:11 | FRE 401, 402, 403, 701; Law of the Case (Order on Motion for Leave to Amend, ECF No. 81 at 10). | | |
| 249 | Portnoy, Lisa | 1/16/2020 | 241:5-242:1 | | | |
| 250 | Portnoy, Lisa | 1/16/2020 | 249:10-249:21 | FRE 402, 403, 602, 611 | | |
| 251 | Portnoy, Lisa | 1/16/2020 | 249:23-250:2 | FRE 402, 403, 602, 611 | | |
| 252 | Portnoy, Lisa | 1/16/2020 | 250:4-250:11 | FRE 402, 403, 602, 611 | | |
| 253 | Portnoy, Lisa | 1/16/2020 | 250:13-250:14 | FRE 402, 403, 602, 611 | | |
| 254 | Portnoy, Lisa | 1/16/2020 | 293:4-293:5 | | | |
| 255 | Portnoy, Lisa | 1/16/2020 | 293:24-294:2 | | | |
| 256 | Portnoy, Lisa | 1/16/2020 | 294:4-295:14 | | | |
| 257 | Sweeney, Kevin | 10/30/2019 | 10:10-10:21 | FRE 401; FRE 402 (relevance); FRE 602 (personal knowledge | | |
| 258 | Sweeney, Kevin | 10/30/2019 | 12:6-12:18 | | | |
| 259 | Sweeney, Kevin | 10/30/2019 | 13:21-14:13 | | | |
| 260 | Sweeney, Kevin | 10/30/2019 | 16:17-18(…1.) | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 261 | Sweeney, Kevin | 10/30/2019 | 17:7-17:11 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 262 | Sweeney, Kevin | 10/30/2019 | 17:25-18:9 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 263 | Sweeney, Kevin | 10/30/2019 | 24:12-24:19 | FRE 802 (hearsay) | | |
| 264 | Sweeney, Kevin | 10/30/2019 | 24:21-25:5 | FRE 802 (hearsay) | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 265 | Sweeney, Kevin | 10/30/2019 | 25:7-25:8 | FRE 802 (hearsay) | | |
| 266 | Sweeney, Kevin | 10/30/2019 | 25:16-26:2 | | | |
| 267 | Sweeney, Kevin | 10/30/2019 | 26:13-27:11 | | | |
| 268 | Sweeney, Kevin | 10/30/2019 | 27:13-27:14 | FRE 802 (hearsay) | | |
| 269 | Sweeney, Kevin | 10/30/2019 | 28:16-28:17 | | | |
| 270 | Sweeney, Kevin | 10/30/2019 | 28:19-29:23 | FRE 802 (hearsay); FRE 402 (relevance); FRE 602 (personal knowledge) | | |
| 271 | Sweeney, Kevin | 10/30/2019 | 30:1-30:13 | FRE 402 (relevance); FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 272 | Sweeney, Kevin | 10/30/2019 | 30:15-30:21 | FRE 402 (relevance); FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 273 | Sweeney, Kevin | 10/30/2019 | 30:23-30:23 | FRE 402 (relevance); FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 274 | Sweeney, Kevin | 10/30/2019 | 32:11-32:12 | | | |
| 275 | Sweeney, Kevin | 10/30/2019 | 32:14-32:14 | | | |
| 276 | Sweeney, Kevin | 10/30/2019 | 33:13-33:15 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 277 | Sweeney, Kevin | 10/30/2019 | 33:17-33:20 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 278 | Sweeney, Kevin | 10/30/2019 | 34:6-34:13 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 279 | Sweeney, Kevin | 10/30/2019 | 35:12-35:24 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 280 | Sweeney, Kevin | 10/30/2019 | 36:1-36:8 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 281 | Sweeney, Kevin | 10/30/2019 | 36:10-36:24 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 282 | Sweeney, Kevin | 10/30/2019 | 37:1-37:6 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 283 | Sweeney, Kevin | 10/30/2019 | 38:11-38:18 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 284 | Sweeney, Kevin | 10/30/2019 | 38:20-39:4 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 285 | Sweeney, Kevin | 10/30/2019 | 39:6-39:6 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 286 | Sweeney, Kevin | 10/30/2019 | 39:14-40:6 | FRE 802 (hearsay) | | |
| 287 | Sweeney, Kevin | 10/30/2019 | 40:8-40:10 | | | |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 288 | Sweeney, Kevin | 10/30/2019 | 42:16-42:25 | FRE 802 (hearsay) | | |
| 289 | Sweeney, Kevin | 10/30/2019 | 43:2-43:8 | FRE 802 (hearsay) | | |
| 290 | Sweeney, Kevin | 10/30/2019 | 43:10-43:18 | FRE 802 (hearsay) | | |
| 291 | Sweeney, Kevin | 10/30/2019 | 43:21-43:21 | FRE 802 (hearsay) | | |
| 292 | Sweeney, Kevin | 10/30/2019 | 43:23-44:12 | FRE 802 (hearsay) | | |
| 293 | Sweeney, Kevin | 10/30/2019 | 44:14-44:17 | FRE 802 (hearsay) | | |
| 294 | Sweeney, Kevin | 10/30/2019 | 45:21-45:24 | FRE 802 (hearsay) | | |
| 295 | Sweeney, Kevin | 10/30/2019 | 46:8-46:11 | FRE 802 (hearsay) | | |
| 296 | Sweeney, Kevin | 10/30/2019 | 46:13-46:13 | FRE 802 (hearsay) | | |
| 297 | Sweeney, Kevin | 10/30/2019 | 46:19-46:24 | FRE 802 (hearsay) | | |
| 298 | Sweeney, Kevin | 10/30/2019 | 47:1-47:5 | FRE 802 (hearsay) | | |
| 299 | Sweeney, Kevin | 10/30/2019 | 47:6-47:25 | FRE 802 (hearsay) | | |
| 300 | Sweeney, Kevin | 10/30/2019 | 48:2-49:18 | FRE 802 (hearsay) | | |
| 301 | Sweeney, Kevin | 10/30/2019 | 49:20-49:20 | FRE 802 (hearsay) | | |
| 302 | Sweeney, Kevin | 10/30/2019 | 49:22-50:6 | FRE 802 (hearsay) | | |
| 303 | Sweeney, Kevin | 10/30/2019 | 50:8-50:19 | FRE 802 (hearsay) | | |
| 304 | Sweeney, Kevin | 10/30/2019 | 50:21-50:24 | FRE 802 (hearsay) | | |
| 305 | Sweeney, Kevin | 10/30/2019 | 58:23-58:24 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 306 | Sweeney, Kevin | 10/30/2019 | 59:16-59:20 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 307 | Sweeney, Kevin | 10/30/2019 | 59:22-59:25 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 308 | Sweeney, Kevin | 10/30/2019 | 60:2-60:3 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 309 | Sweeney, Kevin | 10/30/2019 | 60:10-60:11 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3), 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |
| 310 | Sweeney, Kevin | 10/30/2019 | 61:5-61:8 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3), 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |
| 311 | Sweeney, Kevin | 10/30/2019 | 61:23-62:5 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3), 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |
| 312 | Sweeney, Kevin | 10/30/2019 | 62:7-62:22 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3), 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |

| Designation No. | Witness | Deposition Date | Plaintiffs' Proposed Designations (Page:Line) | Defendants' Objections | Defendants' Counter Designations (Page:Line) | Responses/Objections to Defendants' Proposed Counter Designations |
|---|---|---|---|---|---|---|
| 313 | Sweeney, Kevin | 10/30/2019 | 63:20-63:23 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3); 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |
| 314 | Sweeney, Kevin | 10/30/2019 | 63:25-64:7 | FRE 602 (personal knowledge); FRE 802 (hearsay) | 83:25-85:16; 86:1-88:19; 89:9-90:4; 106:23-108:15; | 83:25-85:16: FRE 401 (not relevant), FRE 611(c) (leading question) (85:11-13); 86:1-88:19: FRE 401 (not relevant), FRE 611(c) (leading question) (88:12-15), includes objection by counsel (88:17); 89:9-90:4: FRE 106 (completeness- 90:5-6), includes objection by counsel (90:3); 106:23-108:15: FRE 401 (not relevant), FRE 611(c) (leading question- 108:4-8), includes objections by counsel (108:9-10) |
| 315 | Sweeney, Kevin | 10/30/2019 | 66:6-66:10 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 316 | Sweeney, Kevin | 10/30/2019 | 66:12-66:16 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 317 | Sweeney, Kevin | 10/30/2019 | 66:18-66:18 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 318 | Sweeney, Kevin | 10/30/2019 | 69:8-69:9 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 319 | Sweeney, Kevin | 10/30/2019 | 69:12-69:21 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 320 | Sweeney, Kevin | 10/30/2019 | 69:23-70:8 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 321 | Sweeney, Kevin | 10/30/2019 | 72:14-72:22 | FRE 602 (personal knowledge); FRE 802 (hearsay) | | |
| 322 | Sweeney, Kevin | 10/30/2019 | 73:8-73:17 | | | |