**Exhibit A**:  Plaintiffs' Revised Objections to Defendants'
<u>Affirmative and Counter Deposition Designations</u>

| Defendants' Affirmative Designations of Martin Lundie | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 43:22 - 44:5 | Leading | |
| 45:9 - 16 | Leading | |
| 64:3 - 11 | Leading | |
| 69:5 - 12 | Leading | |
| 75:14 - 19 | Leading | |
| 239:8 - 16 | Leading | |
| 245:6 - 15 | Leading | |
| 253:15 - 21 | Leading | |
| 256:4 - 10 | Leading | |
| 256:11 - 17 | Leading | |
| 256:20 - 24 | Leading | |
| 257:10 - 258:3 | Leading | |

| Defendants' Affirmative Designations of Paul Carpino | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 255:12 - 21 | Leading | |
| 258:12 - 259:7 | 401, 402, 403 | |

| Defendants' Affirmative Designations of Carlo Chiarello | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 213:8 -13 | Leading | |
| 213:14 - 24 | Leading | |
| 215:21 - 216:5 | Leading | |

| **Defendants' Affirmative Designations of Tory Luelo** | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 191:6 - 12 | Leading | |

| **Defendants' Counter Designations of Roddy Hjort[1]** | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 50:22 - 23 | Optional Completeness (add 50:23 – 25) | |
| 108:19 - 109:8 | Optional Completeness (add 108:17-18) | |
| 110:17 - 21 | Optional Completeness (add 110:16-17) | |
| 117:20 - 119:7 | Optional Completeness (add 117:19-20) | |

| **Defendants' Counter Designations of Kevin Sweeney[2]** | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Ruling** |
| 89:9 - 90:4 | Optional Completeness (add 90:5-6) | |

---

[1] Defendants have represented they would add the requested portions of the testimony if proper optional completeness objections.
[2] Defendants have represented they would add the requested portions of the testimony if proper optional completeness objections.