*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
|---|---|---|
| PX-20 | Foundation | 19, 23 |
| PX-31 | Foundation | 19, 23 |
| PX-48 | Foundation | 19, 23 |
| PX-54 | Foundation | 19, 23 |
| PX-61 | Foundation | 19, 23 |
| PX-64 | Foundation | 19, 23 |
| PX-65 | Foundation | 19, 23 |
| PX-66 | Foundation | 19, 23 |
| PX-67 | Foundation | 19, 23 |
| PX-69 | Foundation | 19, 23 |
| PX-74 | Foundation | 19, 23 |
| PX-84 | Foundation | 19, 23 |
| PX-98 | Foundation | 19, 23 |
| PX-106 | Foundation | 19, 23 |
| PX-109 | Foundation | 19, 23 |
| PX-118 | Foundation | 19, 23 |
| PX-120 | Foundation | 19, 23 |
| PX-122 | Foundation | 19, 23 |
| PX-123 | Foundation | 19, 23 |
| PX-124 | Foundation | 19, 23 |
| PX-125 | Foundation | 19, 23 |
| PX-127 | Foundation | 19, 23 |
| PX-128 | Foundation | 19, 23 |
| PX-129 | Foundation | 19, 23 |
| PX-131 | Foundation | 19, 23 |
| PX-133 | Foundation | 19, 23 |
| PX-134 | Foundation | 19, 23 |
| PX-137 | Foundation | 19, 23 |
| PX-139 | Foundation | 19, 23 |
| PX-146 | Foundation | 19, 23 |
| PX-149 | Foundation | 19, 23 |
| PX-151 | Foundation | 19, 23 |
| PX-152 | Foundation | 19, 23 |
| PX-155 | Foundation | 19, 23 |
| PX-156 | Foundation | 19, 23 |
| PX-159 | Foundation | 19, 23 |
| PX-160 | Foundation | 19, 23 |
| PX-161 | Foundation | 19, 23 |
| PX-163 | Foundation | 19, 23 |
| PX-164 | Foundation | 19, 23 |

*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
|---|---|---|
| PX-165 | Foundation | 19, 23 |
| PX-166 | Foundation | 19, 23 |
| PX-168 | Foundation | 19, 23 |
| PX-170 | Foundation | 19, 23 |
| PX-173 | Foundation | 19, 23 |
| PX-174 | Foundation | 19, 23 |
| PX-176 | Foundation | 19, 23 |
| PX-182 | Foundation | 19, 23 |
| PX-200 | Foundation | 19, 23 |
| PX-201 | Foundation | 19, 23 |
| PX-207 | Foundation | 19, 23 |
| PX-215 | Foundation | 19, 23 |
| PX-220 | Foundation | 19, 23 |
| PX-221 | Foundation | 19, 23 |
| PX-233 | Foundation | 19, 23 |
| PX-236 | Foundation | 19, 23 |
| PX-240 | Foundation | 19, 23 |
| PX-242 | Foundation | 19, 23 |
| PX-243 | Foundation | 19, 23 |
| PX-246 | Foundation | 19, 23 |
| PX-247 | Foundation | 19, 23 |
| PX-247A | Foundation | 19, 23 |
| PX-248 | Foundation | 19, 23 |
| PX-249 | Foundation | 19, 23 |
| PX-250 | Foundation | 19, 23 |
| PX-251 | Foundation | 19, 23 |
| PX-253 | Foundation | 19, 23 |
| PX-254 | Foundation | 19, 23 |
| PX-255 | Foundation | 19, 23 |
| PX-257 | Foundation | 19, 23 |
| PX-263 | Foundation | 19, 23 |
| PX-266 | Improper Lay Opinion, Relevance | 24 (FRE 701, 402 Accounting Opinions) |
| PX-267 | Foundation | 19, 23 |
| PX-270 | Foundation | 19, 23 |
| PX-271 | Foundation | 19, 23 |
| PX-272 | Foundation | 19, 23 |
| PX-275 | Foundation | 19, 23 |
| PX-277 | Foundation | 19, 23 |
| PX-280 | Foundation | 19, 23 |
| PX-281 | Foundation | 19, 23 |

*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
|---|---|---|
| PX-285 | Foundation | 19, 23 |
| PX-288 | Foundation | 19, 23 |
| PX-310 | Foundation | 19, 23 |
| PX-315 | Foundation | 19, 23 |
| PX-316 | Foundation | 19, 23 |
| PX-317 | Foundation | 19, 23 |
| PX-318 | Foundation | 19, 23 |
| PX-320 | Foundation | 19, 23 |
| PX-321 | Foundation | 19, 23 |
| PX-325 | Foundation | 19, 23 |
| PX-329 | Foundation | 19, 23 |
| PX-330 | Foundation | 19, 23 |
| PX-331 | Foundation | 19, 23 |
| PX-332 | Foundation | 19, 23 |
| PX-333 | Foundation | 19, 23 |
| PX-334 | Foundation | 19, 23 |
| PX-335 | Foundation | 19, 23 |
| PX-341 | Foundation | 19, 23 |
| PX-342 | Foundation | 19, 23 |
| PX-344 | Foundation | 19, 23 |
| PX-346 | Foundation | 19, 23 |
| PX-347 | Foundation | 19, 23 |
| PX-348 | Foundation | 19, 23 |
| PX-349 | Foundation | 19, 23 |
| PX-350 | Foundation | 19, 23 |
| PX-351 | Foundation | 19, 23 |
| PX-352 | Foundation | 19, 23 |
| PX-355 | Foundation | 19, 23 |
| PX-356 | Foundation | 19, 23 |
| PX-358 | Foundation | 19, 23 |
| PX-360 | Foundation | 19, 23 |
| PX-361 | Foundation | 19, 23 |
| PX-362 | Foundation | 19, 23 |
| PX-363 | Foundation | 19, 23 |
| PX-364 | Foundation | 19, 23 |
| PX-365 | Foundation | 19, 23 |
| PX-374 | Foundation | 19, 23 |
| PX-375 | Foundation | 19, 23 |
| PX-377 | Foundation | 19, 23 |
| PX-379 | Foundation | 19, 23 |
| PX-383 | Foundation | 19, 23 |

*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
|---|---|---|
| PX-384 | Foundation | 19, 23 |
| PX-388 | Relevance, Prejudice | 28 |
| PX-393 | Foundation | 19, 23 |
| PX-395 | Foundation, Relevance, Prejudice | 19, 23, 28 |
| PX-398 | Relevance, Prejudice | 28 |
| PX-399 | Foundation, Relevance, Prejudice | 19, 23, 28 |
| PX-399 | Foundation | 19, 23 |
| PX-402 | Foundation | 19, 23 |
| PX-406 | Improper Lay Opinion, Relevance | 24 |
| PX-408 | Foundation | 19, 23 |
| PX-409 | Improper Lay Opinion, Relevance | 24 |
| PX-411 | Improper Lay Opinion, Relevance | 24 |
| PX-412 | Foundation | 19, 23 |
| PX-413 | Foundation | 19, 23 |
| PX-415 | Foundation | 19, 23 |
| PX-417 | Relevance, Prejudice | 28 |
| PX-418 | Foundation | 19, 23 |
| PX-420 | Improper Lay Opinion, Relevance | 25 (FRE 701, 402 - Barron Memo) |
| PX-421 | Foundation | 19, 23 |
| PX-423 | Improper Lay Opinion, Relevance | 24, 28 |
| PX-424 | Improper Lay Opinion, Relevance | 24, 28 |
| PX-425 | Improper Lay Opinion, Relevance | 24, 28 |
| PX-426 | Improper Lay Opinion, Relevance | 24, 28 |
| PX-427 | Foundation | 19, 23 |
| PX-428 | Improper Lay Opinion, Relevance | 24, 25 |
| PX-429 | Improper Lay Opinion, Relevance | 24 |
| PX-430 | Foundation | 23 |
| PX-434 | Foundation | 23 |
| PX-435 | Foundation | 19, 23 |
| PX-437 | Foundation | 19, 23 |
| PX-439 | Foundation | 19, 23 |

*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
|---|---|---|
| PX-442 | Foundation | 19, 23 |
| PX-444 | Foundation | 19, 23 |
| PX-446 | Improper Lay Opinion, Relevance | 24 |
| PX-448 | Improper Lay Opinion, Relevance | 24 |
| PX-449 | Foundation | 19, 23 |
| PX-452 | Relevance, Prejudice | 26 (FRE 402, 403 - Draft Policy) |
| PX-453 | Foundation | 19, 23 |
| PX-455 | Foundation | 19, 23 |
| PX-460 | Foundation | 19, 23 |
| PX-462 | Foundation | 19, 23 |
| PX-470 | Foundation | 19, 23 |
| PX-474 | Foundation | 19, 23 |
| PX-477 | Foundation | 19, 23 |
| PX-479 | Foundation | 19, 23 |
| PX-480 | Foundation | 19, 23 |
| PX-481 | Foundation | 19, 23 |
| PX-490 | Foundation | 19, 23 |
| PX-493 | Foundation | 23 |
| PX-494 | Foundation | 23 |
| PX-496 | Foundation | 19, 23 |
| PX-497 | Foundation | 19, 23 |
| PX-498 | Foundation | 19, 23 |
| PX-503 | Foundation | 19, 23 |
| PX-504 | Foundation | 19, 23 |
| PX-506 | Improper Lay Opinion, Relevance | 24 |
| PX-508 | Improper Lay Opinion, Relevance | 24 |
| PX-513 | Foundation | 19, 23 |
| PX-516 | Foundation | 19, 23 |
| PX-517 | Foundation | 19, 23 |
| PX-531 | Foundation | 19, 23 |
| PX-548 | Foundation | 19, 23 |
| PX-550 | Foundation | 19, 23 |
| PX-552 | Relevance, Hearsay, Foundation | 16 (FRE 802, 602, 402 - Applied Value) |
| PX-552 | Foundation | 19, 23 |
| PX-555 | Relevance, Prejudice | 11, 29 |

*Pearlstein v. BlackBerry*
**Defendants' Preserved Objections to Plaintiffs' Exhibits**

| PX | Objection | MIL # |
| --- | --- | --- |
| PX-557 | Relevance, Prejudice | 29 |
| PX-558 | Foundation, Relevance | 27 (FRE 602, 402 - Chen emails), 29 |
| PX-558 | Foundation | 19, 23 |
| PX-560 | Relevance, Prejudice | 29 (FRE 402, 403 - Post-Class Period) |
| PX-561 | Relevance, Prejudice | 29 |
| PX-562 | Relevance, Prejudice | 29 |
| PX-566 | Relevance, Prejudice | 29 |
| PX-569 | Prejudice | 12, 29 |
| PX-578 | Foundation | 19, 23 |
| PX-583 | Foundation | 19, 23 |
| PX-584 | Relevance, Prejudice | 29 |
| PX-588 | Foundation | 19, 23 |
| PX-592 | Foundation | 23 |
| PX-593 | Foundation | 19, 23 |
| PX-597 | Improper Lay Opinion, Relevance | 24 |
| PX-599 | Foundation | 19, 23 |