# MORRISON | FOERSTER

707 WILSHIRE BOULEVARD
LOS ANGELES
CALIFORNIA  90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
PALO ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

March 21, 2022

Writer's Direct Contact
+1 (213) 892.5809
dmarmalefsky@mofo.com

Hon. Colleen McMahon
Senior United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re:   *Pearlstein v. Blackberry Limited*, No. 1:13-cv-7060 (CM) (KHP) (S.D.N.Y.)

Dear Judge McMahon:

    I write with regard to the time estimates reflected in today's order (ECF No. 795), which appears to have inadvertently transposed the time estimates provided to the Court by counsel for the parties at the Final Pretrial Conference, as reflected in the hearing transcript. At the conference (and with respect to witnesses Todd Cox and Paul Holtz, in separate submissions), we estimated a total of 36-39 hours for witness examinations by defense counsel.  The list of witnesses and the time estimates we previously provided are attached.  I believe that plaintiffs' counsel had estimated about 24 hours for their witness examinations at the Final Pretrial Conference.

    Consistent with the time estimates provided at the conference, we ask that the Court modify today's order to permit 35 hours for examination by defense counsel.

Respectfully submitted,

s/Dan Marmalefsky

Dan Marmalefsky

cc:  All counsel of record (by ECF)

MORRISON | FOERSTER

Hon. Colleen McMahon
March 21, 2022
Page Two

| Witness | Defense time estimate |
| --- | --- |
| (to be called by Plaintiffs) | |
| Barron | 15 minutes |
| Boulben | 1 hour |
| Bidulka | 1.5 to 2 hours |
| Connolly | 15 minutes |
| Cox | 1 hour |
| Dinzik | 30 minutes |
| Dietel | 30 minutes |
| Erdem | 1 hour |
| Feinstein | 45-60 minutes |
| Heins | 7 hours |
| Hjort | 15 minutes |
| Kearns | 1 to 1.5 hours |
| Luelo | 30 minutes |
| Lys | 1.5 hours |
| Portnoy | 15 minutes |
| Powell | 2 hours |
| Sweeney | 15 minutes |
| Zipperstein | 1.5 hours |
| (to be called by Defendants) | |
| Carpino | 30 minutes |
| Chiarello | 1 hour |
| Costanzo | 45 minutes |
| Dunham | 45 minutes |
| Ferrell | 2 hours |
| Holtz | 15 minutes |
| Keiningham | 1 hour |
| Lundie | 1.5 hours |
| Schimmel | 1 to 1.5 hours |
| Simonson | 30 minutes |
| Stymiest | 1 hour |
| Tatsis | 1-2 hours |
| Yersh | 3-4 hours |