UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2022
```

MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,

        Plaintiff,

-against-

BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,

        Defendants.

No. 13 Civ. 7060 (CM) (KHP)
(Consolidated)

## NOTICE

McMahon, J.:

The Plaintiffs' response to Defendants' Motion for Judgment on the Pleadings (Dkt. No. 797) is due by 5PM on Monday, March 28, 2022. Defendants' reply if any is due by noon on Wednesday, March 30.

Dated: March 22, 2022

              _____
                  U.S.D.J.

BY ECF TO ALL COUNSEL

1