**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually And On Behalf of All Others Similarly Situated,    ) )  )  )  )  )  Plaintiff, )  )  vs. )  )  )  BLACKBERRY LIMITED (formerly known as )  RESEARCH IN MOTION LIMITED), )  THORSTEN HEINS, BRIAN BIDULKA, )  and STEVE ZIPPERSTEIN, )  )  )  )  Defendants. )  )  | **Case No. 1:13-CV-7060-CM** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2022

~~[PROPOSED]~~ **ORDER**
**REGARDING DEFENDANTS' EQUIPMENT FOR USE DURING TRIAL**

WHEREAS, Defendants BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN ("the Defendants") seek to use certain equipment and devices during the trial in this matter commencing on April 7, 2022;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.      The Defendants and their attorneys, paralegals, assistants and consultants may bring laptop computers, remote controls for same, laser pointers, carts, ~~folding table~~ (we have tables), and various cables, cords and power strips, A/B switches, samples of the products referenced in this litigation, and related equipment into the courtroom for use during the trial commencing on April 7, 2022;

2.      Beginning at 2:30 p.m. on Tuesday, April 5, 2022, the Parties may have access to the courtroom to set up and test the above equipment so that the Defendants will be prepared to proceed with the trial as scheduled.

**IT IS SO ORDERED.**

DATED: 4/4/2022

_____
Hon. Colleen McMahon
United States District Judge

Please coordinate with District Executive's office, Joseph Pecorino, for equipment & access.   212-805-0500