UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN,<br><br>Defendants. | Case No. 1:13-CV-7060-CM-KHP |

## **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted PHV)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

Lewis S. Kahn (admitted PHV)
Craig J. Geraci, Jr. (admitted *PHV*)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiffs and Class Counsel*

**BROWER PIVEN**
 A Professional Corporation
David A.P. Brower
136 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 501-9000

*Additional Class Counsel*

**BECK REDDEN LLP**
David J. Beck (admitted PHV)
Fields Alexander (admitted PHV)
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

*Additional Trial Counsel for Lead Plaintiffs and the Class*

Lead Plaintiffs and Class Representatives Todd Cox and Mary Dinzik ("Plaintiffs"), respectfully move this Court for an Order to: (1) finally approve a $165,000,000 settlement that will dispose of all claims in this Action; (2) find that the Notice plan it approved at preliminary approval met all applicable requirements; and (3) approve the Plan of Allocation for the disbursement of the proceeds among Class Members. In support thereof, Plaintiffs file the accompanying Memorandum of Law and Declaration of Kim E. Miller.

A [Proposed] Order with respect to both this Motion and the Motion for An Award of Attorneys' Fees and Expenses and Compensatory Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

DATED: August 29, 2022

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

/s/ Kim E. Miller
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted PHV)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Lewis S. Kahn (admitted PHV)
Craig J. Geraci, Jr. (admitted PHV)
1100 Poydras St. Ste. 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: craig.geraci@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and Class Counsel*

**BROWER PIVEN**
 **A Professional Corporation**

*/s/ David A.P. Brower*
David A.P. Brower
136 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 501-9000

*Additional Class Counsel*


**BECK REDDEN LLP**

*/s/ David J. Beck*
David J. Beck (admitted PHV)
Fields Alexander (admitted PHV)
1221 McKinney Street, Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: dbeck@beckredden.com
Email: falexander@beckredden.com

*Additional Trial Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

On August 29, 2022 the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller