UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN PEARLSTEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BLACKBERRY LIMITED (formerly known as RESEARCH IN MOTION LIMITED), THORSTEN HEINS, BRIAN BIDULKA, and STEVE ZIPPERSTEIN, <br><br> Defendants. | Case No. 1:13-CV-7060-CM-KHP |

## NOTICE OF PLAINTIFFS' MOTION FOR CLASS DISTRIBUTION ORDER

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (KM-6996)
J. Ryan Lopatka (*admitted PHV*)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

Lewis S. Kahn (*admitted PHV*)
Craig J. Geraci, Jr. (*admitted PHV*)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiffs and Class Counsel*

**BROWER PIVEN**
 A Professional Corporation
David A.P. Brower
136 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 501-9000

*Additional Class Counsel*

Pursuant to the Court's Final Judgment and Order of Dismissal With Prejudice dated September 29, 2022 (ECF No. 837) and the Stipulation and Agreement of Settlement dated June 7, 2022 (ECF No. 817), Lead Plaintiffs and Class Representatives Todd Cox and Mary Dinzik ("Plaintiffs") hereby move for an Order:

(i) approving the administrative determinations of the Claims Administrator, JND Legal Administration ("JND"), accepting and rejecting Claims;

(ii) ordering that no Claims received after February 15, 2023 may be accepted for any reason whatsoever;

(iii) authorizing the payment of $301,379.04 out of the Settlement Fund to JND for its remaining accrued and anticipated fees and expenses incurred in connection with services performed in giving Notice, preparing tax returns for the Net Settlement Fund, processing Proofs of Claim, and administering and distributing the Settlement Fund through the Initial Distribution;

(iv) authorizing the Initial Distribution of the Net Settlement Fund while maintaining a 10% reserve to address any tax liability and claims administration-related contingencies that may arise;

(v) authorizing subsequent distributions, no earlier than six (6) months from the date of the Initial Distribution, of any unclaimed, residual balance in the Net Settlement Fund, to the extent that Lead Counsel determines that it is economically feasible to distribute said unclaimed balance to Authorized Claimants, after payment of any remaining amounts due to the Claims Administrator;

(vi) ordering that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are

released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Settlement Fund, are barred from making any further claim against the Net Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Court's order; and

(vii)    granting such other and further relief as this Court deems appropriate.

In support of this motion, Plaintiffs submit herewith the Memorandum of Law in Support of Plaintiffs' Motion for an Order for Distribution of the Net Settlement Fund and the Declaration of Luiggy Segura in Support of Plaintiffs' Motion for Class Distribution Order. Plaintiffs also rely on the Stipulation and all other pleadings, orders, and matters of record.

Lead Counsel have conferred with counsel for Defendants in this Action, who do not oppose the relief requested in this Motion.

DATED: February 28, 2023                    Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
J. Ryan Lopatka (admitted PHV)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com
Email: j.lopatka@ksfcounsel.com

-and-

Lewis S. Kahn (admitted PHV)
Craig J. Geraci, Jr. (admitted PHV)
1100 Poydras St. Ste. 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: lewis.kahn@ksfcounsel.com
Email: craig.geraci@ksfcounsel.com

*Lead Counsel for Lead Plaintiffs and Class Counsel*

**BROWER PIVEN**
**A Professional Corporation**

*/s/ David A.P. Brower*
David A.P. Brower
136 Madison Avenue, 5th Floor
New York, NY 10016
Tel: (212) 501-9000

*Additional Class Counsel*

## CERTIFICATE OF SERVICE

On February 28, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller

3